UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:23-mj-654-MG |
| | ) | |
| RAMIRO RICO DE LEON, | ) | -01 |
| GREGORY HENDERSON, JR., | ) | -02 |
| OCTAVIO VICENCIO, | ) | -03 |
| ERICK FOSTER, | ) | -04 |
| GEORGE TAYLOR, | ) | -05 |
| J.C. SMITH, | ) | -06 |
| DONTORIA GILBERT, | ) | -07 |
| DAVID BENNETT, | ) | -08 |
| GREGORY EASTER, | ) | -09 |
| LAUREN EGGERT, | ) | -10 |
| QUOSHAWN STEWART, | ) | -11 |
| CHRISTOPHER NORFOLK, | ) | -12 |
| MAURICE ERVIN, | ) | -13 |
| MICHAEL SANDERS, | ) | -14 |
| JAMES CROONS, | ) | -15 |
| CHARLES RICHARDSON, III, | ) | -16 |
| LANDON JONES, | ) | -17 |
| EDWARD BRONAUGH, | ) | -18 |
| DONOVAN TIPLER, and | ) | -19 |
| MARVIN, JOHNSON, JR. | ) | -20 |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the Government's Motion to Seal Docket 1, and for leave to file a redacted complaint in its place. Upon consideration of the same, the Court grants the Government's Motion.

IT IS THEREFORE ORDERED that Docket 1 of the above captioned matter remain SEALED, and the United States is ORDERED to file the redacted complaint previously submitted at Exhibit 1 of its Motion.

So ORDERED.

Date: 9/1/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.