AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| SEE ATTACHMENT A | ) | 1:23-mj-654-MG |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____See Attachment A_____ in the county of _____Marion_____ in the _____Southern_____ District of __Indiana and elsewhere__ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 21 U.S.C. §§ 841 and 846 | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, to include 400 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl, 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, and/or 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine |
| 7 U.S.C. § 2156, 18 U.S.C. § 371 | Conspiracy to Engage in an Animal Fighting Venture |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

s/Elyse L. Podwojski
_____
_Complainant's signature_

Elyse L. Podwojski, Special Agent, FBI
_____
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by_
_(reliable electronic means)_

Date: _____

_____
_Judge's signature_

City and state: _____Indianapolis, Indiana_____

_____
_Printed name and title_

| Print | Save As... | Attach | Reset |
|---|---|---|---|

**ATTACHMENT A**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:23-mj-654-MG |
| | ) | |
| RAMIRO RICO DE LEON, | ) | -01 |
| GREGORY HENDERSON, JR., | ) | -02 |
| OCTAVIO VICENCIO, | ) | -03 |
| ERICK FOSTER, | ) | -04 |
| GEORGE TAYLOR, | ) | -05 |
| J.C. SMITH, | ) | -06 |
| DONTORIA GILBERT, | ) | -07 |
| DAVID BENNETT, | ) | -08 |
| GREGORY EASTER, | ) | -09 |
| LAUREN EGGERT, | ) | -10 |
| QUOSHAWN STEWART, | ) | -11 |
| CHRISTOPHER NORFOLK, | ) | -12 |
| MAURICE ERVIN, | ) | -13 |
| MICHAEL SANDERS, | ) | -14 |
| JAMES CROONS, | ) | -15 |
| CHARLES RICHARDSON, III, | ) | -16 |
| LANDON JONES, | ) | -17 |
| EDWARD BRONAUGH, | ) | -18 |
| DONOVAN TIPLER, and | ) | -19 |
| MARVIN JOHNSON, JR. | ) | -20 |
| | ) | |
| Defendants. | ) | |

**COUNT 1 – Between no later than November 2022 and August 23, 2023**

| | |
|---|---|
| RAMIRO RICO DE LEON, | -01 |
| GREGORY HENDERSON, JR., | -02 |
| OCTAVIO VICENCIO, | -03 |
| ERICK FOSTER, | -04 |
| GEORGE TAYLOR, | -05 |
| J.C. SMITH, | -06 |
| DONTORIA GILBERT, | -07 |
| DAVID BENNETT, | -08 |
| GREGORY EASTER, | -09 |
| LAUREN EGGERT, | -10 |
| QUOSHAWN STEWART, | -11 |

**COUNT 2 – Between no later than December 2020 and August 23, 2023**

| | |
|---|---|
| GREGORY HENDERSON, JR., | -02 |
| CHRISTOPHER NORFOLK, | -12 |
| MAURICE ERVIN, | -13 |
| MICHAEL SANDERS, | -14 |
| JAMES CROONS, | -15 |
| CHARLES RICHARDSON, III, | -16 |
| LANDON JONES, | -17 |
| EDWARD BRONAUGH, | -18 |
| DONOVAN TIPLER, and | -19 |
| MARVIN JOHNSON, JR. | -20 |

**TABLE OF CONTENTS**

Page No.

I.    TRAINING AND EXPERIENCE ................................................................................ 1

II.   PURPOSE OF THE AFFIDAVIT ............................................................................ 3

III.  SUMMARY OF INVESTIGATION......................................................................... 3

IV.   PROBABLE CAUSE THAT THE TARGET SUBJECTS ARE ENGAGED IN A
      DRUG TRAFFICKING CONSPIRACY ................................................................... 5

     A.    HENDERSON and Others Are Engaged in an Ongoing Drug Trafficking
            Conspiracy.................................................................................................... 5

        1.    RICO DE LEON Is Supplying Drugs to HENDERSON.....................5

        2.    Octavio VICENCIO and George TAYLOR Are Participants in the
                  Drug Trafficking Conspiracy.............................................................15

        3.    Erick FOSTER is a Participant in the Drug Trafficking Conspiracy.......19

        4.    JC SMITH Is a Participant in the Drug Trafficking Conspiracy..........  24

        5.    Quoshawn STEWART Is a Participant in the Drug Trafficking
                  Conspiracy.........................................................................................28

        6.    David BENNETT and Dontoria GILBERT Are Participants in the
                  Drug Trafficking Conspiracy..............................................................34

        7.    Gregory EASTER and Lauren EGGERT Are Participants in the Drug
                  Trafficking Conspiracy......................................................................39

     B.    HENDERSON Is Also Distributing Drugs to Additional Individuals...................43

        1.    Terrill HAWKINS Is Continuing to Engage in Drug Distribution.........43

        2.    Amos LITTLES Is Continuing to Engage in Drug Distribution...........48

        3.    Tyrone BELL Is Continuing to Engage in Drug Distribution............... 50

        4.    Antwan CHANEY Continues to Participate in the Drug Trafficking
                  Activity............................................................................................ 52

i

5.    Danyell MCCULLOUGH Is a Participant in the Drug Trafficking Conspiracy…………………………………………………………… 54

6.    HENDERSON Is Also Engaged in Manufacturing Sheets of K2………. 58

C.    Financial Investigation Further Confirms the Drug Trafficking Activity Is Ongoing ...........................................................................................................60

V.    PROBABLE CAUSE THAT THE TARGET SUBJECTS ARE ENGAGING IN DOGFIGHTING .................................................................................................. 68

A.    The Dogfighting Enterprise Continues to Operate................................................ 68

1.    Background on Animal Fighting Ventures………...…………………… 69

2.    Dogfighting Organizations (to Include the Dogfighting Enterprise) Have An Organized Structure and Defined Roles……………………… 75

B.    The Dogfighting Enterprise Is Currently Operating Indianapolis........................ 78

1.    Initiation of the Dogfighting Investigation………...…………………… 78

2.    Historical Dogfighting Incidents by the Dogfighting Enterprise………...82

3.    BRONAUGH's Roll and Hold Pet Express LLC………………………..88

4.    BRONAUGH Phone Analysis………………………………………...91

5.    Roll and Hold Pet Express Indiana Business "Clients"………………….92

6.    Events leading up to BRONAUGH's Arrest……………………………95

7.    Roll and Hold Pet Express Business Payments………………………...101

8.    JONES Is Involved in the Dogfighting Enterprise……………………..103

9.    NORFOLK, RICHARDSON, TIPLER, and ERVIN Are Involved in the Dogfighting Enterprise………………………………………………...109

10.    Evidence of the Conspiracy Obtained From the Target Phones………..117

11.    JOHNSON JR. Is Involved in the Dogfighting Enterprise……………..147

VI.    CONCLUSION.................................................................................................. 154

ii

<u>**AFFIDAVIT IN SUPPORT OF APPLICATION**</u>

Elyse L. Podwojski, being duly sworn under oath, states as follows:

**I.**
**TRAINING AND EXPERIENCE**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice.  I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.      I have been employed by the FBI as a Special Agent since July 2019.  I am currently assigned to the Safe Streets Gang Task Force (SSGTF), FBI Indianapolis Division, Indianapolis, Indiana. In connection with my official FBI duties, I investigate criminal violations of state and federal controlled substance laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846 and 848, as well as the laundering of drug trafficking proceeds in violation of Title 18, United States Code, Sections 1956 and 1957. Furthermore, I investigate weapons violations enumerated in Title 18, United States Code, Section 921 and 922.

3.      I have personally conducted and/or assisted in numerous criminal investigations involving controlled substances and weapons violations. I have received training in the enforcement of laws including controlled substances as found in Title 21 of the United States Code.  I also have been actively involved in various types of electronic surveillance, including wire and electronic communication interception of target telephones in prior investigations.  I have also acted as an administrative agent in investigations using electronic and wire surveillance.  I have participated in the debriefing and interviews of defendants, witnesses, informants (confidential sources), and others who have knowledge both of the distribution and transportation of controlled substances and also of the laundering and concealing of

1

proceeds from drug trafficking.  I have reviewed numerous investigative reports and interviews related to the possession, manufacture, and delivery of, including possession with intent to deliver, controlled substances.  I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances and their use of telephones and code language to conduct their transactions.  I am familiar with and have participated in all of the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, the use of pen registers, and undercover operations.  I have had conversations with drug traffickers concerning their methods of operation in the course of investigative interviews and have participated in the execution of numerous search warrants relating to illegal drug trafficking.  My experience and training enable me to recognize methods and means used for the distribution of controlled substances and for the organization and operation of drug conspiracies, including the means employed to avoid detection.

4.      I have participated in federal electronic wiretap investigations involving individuals involved in the trafficking and distribution of controlled substances.  I am familiar with the ways in which narcotics traffickers conduct their illicit business, including, but not limited to, their methods of importing and distributing controlled substances and their use of telephones and coded language to conduct their transactions.

5.      I know from my training and experience that individuals involved in the trafficking of controlled substances often maintain possession and control of firearms to attempt to protect themselves and their illegal controlled substances enterprise (that is, both their drugs and drug proceeds). Furthermore, drug traffickers will utilize those firearms as a means to intimidate or ensure the loyalty of their associates and/or subordinates and to prevent those with intimate knowledge of the organization from disclosing information to law enforcement.

**II.**
**PURPOSE OF THE AFFIDAVIT**

6.      This affidavit is submitted in support of a Complaint, as the facts herein demonstrate probable cause that:

a.      Between no later than November 2022 and August 25, 2023, the following individuals engaged in a Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, to include 400 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl, 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, and/or 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine: in violation of Title 21, United States Code, Sections 841 and 846: Ramiro RICO DE LEON, Gregory HENDERSON Jr. (hereinafter, HENDERSON), Octavio VICENCIO,  Erick FOSTER, George TAYLOR, JC SMITH, Dontoria GILBERT, David BENNETT, Gregory EASTER, Lauren EGGERT, and Quoshawn STEWART.

b.      Between no later than December 2020 and August 25, 2023, the following individuals engaged in a Conspiracy to Conspiracy to Engage in an Animal Fighting Venture, in violation of Title 7, United States Code, Section 2156 and 18, United States Code, Section 371: Gregory HENDERSON, Christopher NORFOLK, Maurice ERVIN, Michael SANDERS, James CROONS, Charles RICHARDSON III, Landon JONES, Edward BRONAUGH, Donovan TIPLER, and Marvin JOHNSON JR.

**III.**
**SUMMARY OF INVESTIGATION**

7.      As set forth below, an investigation commenced in Spring 2022 by the Federal Bureau of Investigation, Safe Streets Gang Task Force, revealed that numerous individuals in Indianapolis, Indiana, have been conspiring to distribute controlled substances, including fentanyl and methamphetamine, to

3

include Gregory HENDERSON JR. (HENDERSON), who began federal supervised release in 2022 after sustaining a conviction for being a Felon in Possession of a Firearm, Cause Number 1:18-cr-397.  In furtherance of that investigation, a total of four cellular phones were intercepted pursuant to court authorization.[1]  Target Phone 1 is the cellular telephone assigned to telephone number ending in 9699, subscribed in the name of DAVION ARELLANO, but utilized by Gregory HENDERSON, and Target Phone 2 is the cellular telephone assigned to telephone number ending in 8615, subscribed in the name of Growthanddevelopment Constructioninc, but utilized by Gregory HENDERSON. Intercepts over Target Phones 1 and 2 commenced on approximately May 3, 2023, and continue to the present time. Target Phone 4 is the cellular telephone assigned to telephone number ending in 6844, subscribed to Chris Lacy, but utilized by Christopher NORFOLK a/k/a Chris Lacy. Intercepts over Target Phone 4 commenced on or about August 1, 2023, and continue to the present time. In addition to these Target Phones, the FBI has also been intercepting a WhatsApp account corresponding to Target Phone 1 (hereinafter, the Target Account).[2]  Intercepts over the Target Account commenced on June 12, 2023, and continue to the present time.

8.      As a result of the intercepts over the Target Phones and Target Account, other agents and I learned that in addition to drug trafficking and money laundering, Gregory HENDERSON, Christopher NORFOLK, Michael SANDERS, and other Target Subjects were engaging in violations of Title 7, United

---

[1] Target Phone 3 is not relevant to this Affidavit, and is therefore not described further, or discussed. Target Phones 1, 2, and 4 are collectively referred to as "the Target Phones."

[2] WhatsApp is a WhatsApp is an application-based communications system utilizing the internet to connect to other WhatsApp users. WhatsApp allows the sending of text messages, voice calls, video calls, voice message recordings, and multimedia messages through end-to-end encryption from any mobile telephone device or computer to another. A WhatsApp account is automatically associated with the phone number from the device that downloads the application, and that WhatsApp can only be associated with one phone number (in the case of Target Account 1, it is associated with the phone number corresponding to Target Phone 1, which is being used by Target Subject Gregory HENDERSON, and which is currently the subject of court authorized wire and electronic intercepts).

States Code, Section 2156 (Animal Fighting Ventures-Dogfighting). As a result, the FBI SSGTF joined investigative efforts with the ongoing investigative efforts of the U.S. Department of Agriculture-Office of Inspector General (USDA-OIG), which had already commenced their investigation into NORFOLK, Edward BRONAUGH, and other individuals, as described below.

## IV.
## PROBABLE CAUSE THAT THE TARGET SUBJECTS ARE ENGAGED IN A DRUG TRAFFICKING CONSPIRACY

### A. HENDERSON and Others Are Engaged in an Ongoing Drug Trafficking Conspiracy

9.      Through investigation to date, I have learned that Ramiro RICO DE LEON, Gregory HENDERSON Jr. (hereinafter, HENDERSON), Octavio VICENCIO,  Erick FOSTER, George TAYLOR, JC SMITH, Dontoria GILBERT, David BENNETT, Gregory EASTER, Lauren EGGERT, and Quoshawn STEWART are engaging in an ongoing conspiracy to distribute controlled substances, to include methamphetamine, fentanyl, and cocaine. Below is a summary of some of the facts regarding this conspiracy.

### 1. Ramiro RICO DE LEON Is Supplying Drugs to HENDERSON

10.      Through investigation to date, I believe that Ramiro RICO DE LEON is currently located in Mexico, and is HENDERSON's primary source of supply. Through my investigation, which includes a review of HENDERSON's WhatsApp account dating back to November 2022, I have learned that until November 2022 this intermediary (not charged herein) communicated with HENDERSON primarily over iMessage to obtain controlled substances from RICO DE LEON. In these iMessage conversations HENDERSON appeared to travel to Lexington, Kentucky to pick up controlled substances. As of November 2022, however, RICO DE LEON began dealing directly with HENDERSON (in part, due to the intermediary having medical problems that precluded his ongoing involvement in the illegal activity).

5

11.    HENDERSON and RICO DE LEON primarily communicate over WhatsApp, and have done so dating back to November 2022. For example, on December 9, 2022 at approximately 8:10 a.m., Ramiro RICO DE LEON sent a message to HENDERSON at Target Account 1, "Are things picking up better?" HENDERSON responded, "It's steady [HENDERSON has good drug customer activity][3] it's coming together I'm trying to expand on the big plays [large quantity sales] I can get em I just need that real deal [HENDERSON needs good quality product to draw in quality customers] Ours ain't bad and I'm giving it to em for a cool number [HENDERSON has decent product, which he's selling for a good price] that's why I'm able to compete." RICO DE LEON replied, "I got one one thats fire [RICO DE LEON had good quality product] but I need to give My people at least 20k put of the one You have so we can get another one [RICO needs HENDERSON to pay $20,000 for the drug shipment that HENDERSON had already received, in order to receive another one]." RICO DE LEON then clarified how much HENDERSON owed him from the purchase price of $20,000, sending, "So I need like another 13 from you [RICO DE LEON needs $13,000 from HENDERSON in order to give him the next shipment]."

12.    On December 28, 2022, at approximately 11:55 a.m., RICO DE LEON sent the following to HENDERSON on Target Account 1: "Ok. How much You getting the glass [methamphetamine] for?" HENDERSON replied, "1250 if they front it to me 1000 if I pay for it [HENDERSON receives pounds of methamphetamine for $1,250 if it is fronted to him, but only has to pay $1,000 if he pays for it outright from his current supplier.]" RICO DE LEON offered, "Look lets try to give My people like 15k more and I can get You some [RICO DE LEON wants HENDERSON to pay off some of HENDERSON's debt for past drugs received, and then he could send him some methamphetamine.]" RICO DE LEON then asked, "How long it take You to do 5 [RICO DE LEON wanted to know how long it takes for HENDERSON to

---

[3] I have included my interpretation of coded or cryptic language from intercepts in brackets.  My interpretation is based on my training, experience and involvement in this investigation.

6

sell five pounds of methamphetamine]?" HENDSERSON replied, "I got 20 now [HENDERSON has $20,000 available to pay RICO DE LEON]." RICO DE LEON asked again, "How long You do them [How long does it take for HENDERSON to sell the methamphetamine]?" HENDERSON answered, "I got em Sunday I'm halfway done [HENDERSON received methamphetamine on Sunday (December 28, 2022 was a Wednesday), and he had sold half of his product]." RICO DE LEON replied, "We gonn have to work with that bro."  From this conversation, I believe that RICO DE LEON and HENDERSON were then considering having RICO DE LEON begin supplying HENDERSON with methamphetamine, which HENDERSON was then receiving from a separate source.

13.     On March 28, 2023, at approximately 6:18 p.m., RICO DE LEON sent a picture to HENDERSON at Target Account 1 about HENDERSON's drug debt totaling $26,000 (see photo below). RICO DE LEON then sent a message in reference to the picture, "Bro going thru my books. This what I have wrote down. Lmk if any changes [RICO DE LEON was going through his drug ledger, and sent what HENDERSON owed him for the previously sent narcotics, however RICO DE LEON wanted to know if HENDERSON would be paying that debt down soon]."



14.     On April 1, 2023, at approximately 12:10 a.m. RICO DE LEON texted the Target Account: "And I got this half of soft [RICO DE LEON had powder cocaine available for HENDERSON] I can let you work slowly so you can make your money.  That's what I was gonn tell you tomorrow but now I gotta push this things [RICO DE LEON would supply HENDERSON with cocaine so HENDERSON could grow his business locally in Indianapolis]."  HENDERSON and RICO DE LEON then exchanged a series of messages over the Target Account regarding HENDERSON sending RICO DE LEON money over MoneyGram from previous narcotic transactions.  Later on April 1, 2023, RICO DE LEON asked, "Ok bro. And when you wanna come pick that up [when did HENDERSON want to pick up the cocaine]?"  HENDERSON responded, "I can come up tomorrow."  RICO DE LEON responded, "I'm getting up tomorrow 6 am.  So I'll call my dude and see what time he can meet you. Cause rn [right now] he asleep [RICO DE LEON would contact his associate the following day to coordinate with HENDERSON to pick-up the powder cocaine]."

15.     On April 2, 2023, at approximately 12:54 A.M., RICO DE LEON texted the Target Account: "It's gonna have to be Monday morning brother. He won't be back till tomorrow late afternoon [RICO DE LEON's associate who would be supplying HENDERSON with the cocaine would not be ready until the following day]."  HENDERSON texted, "Ok."  The following day, on April 3, 2023, at approximately 8:41 a.m., RICO DE LEON sent the following to the Target Account: "You talk to my boy [had HENDERSON coordinated with RICO DE LEON's associate to obtain the cocaine]?"  HENDERSON responded, "Morning bro Yeah I'm a hour away [HENDERSON was one hour away from the destination to obtain the cocaine]."  RICO DE LEON responded, "Ok cool." Later in the day on April 3, 2023, RICO DE LEON asked, "You home [had HENDERSON arrived back in Indianapolis with the cocaine]?"  HENDERSON responded, "Yeah my fault bro I got back and got straight

to it Everything good [HENDERSON had returned to Indianapolis and has begun selling the cocaine to his customer base in Indianapolis]."

16.     On June 16, 2023, at approximately 12:31 a.m., RICO DE LEON texted HENDERSON at the Target Account, "If you got the cash for one of 2 of soft @18.5 I got someone that can bring it to you tomorrow  [if HENDERSON had the cash available, RICO DE LEON could get HENDERSON kilograms of cocaine]. These people do cash on hand only tho [RICO DE LEON's cocaine source would not front any cocaine; HENDERSON would have to pay $18,500 per kilogram up front]."  Later in the day on June 16, 2023, at approximately 8:24 p.m., HENDERSON used the Target Account to relay to RICO DE LEON, "Bro I went to 3 different places The cash app is down I have to put it in the bank first or money gram it I'm about to get it done Just letting u know what was taking so long [HENDERSON was having difficulties sending the funds to RICO via Cash App]."  RICO texted, "Ok bro.  You lmk [let me know] was up.  If it's MoneyGram so I can give you a name [if HENDERSON cannot CashApp the funds to RICO DE LEON, RICO DE LEON would need to send the appropriate contact information to HENDERSON so HENDERSON can send the funds via MoneyGram]."

17.     At approximately 9:22 a.m. on June 22, 2023, RICO DE LEON sent a message to HENDERSON at the Target Account: "…We need to get that Ohio thing in motion bro." HENDERSON immediately replied, "I'm on it I'll be ready this weekend."  A minute later, RICO DE LEON sent the following message to the Target Account: "Ok bro. I'm also working on getting you some good trees [in addition to the already planned delivery of controlled substances, RICO DE LEON was also attempting to locate quality marijuana for HENDERSON]." RICO DE LEON added another message, "I had this plug G[4] and I were working with but we left him with a 30k debt. I just talked to him tho and he willing

---

[4] "G" is a reference to the intermediary who used to supply HENDERSON with controlled substances before HENDERSON began receiving controlled substances directly from RICO DE LEON.

9

to let me in again" and then, "He has all them exotics and all kinds of goodied [goodies]," and then, "All the way from like 1k to 2k [the source sold marijuana for between $1,000 and $2,000 per pound]." HENDERSON replied over the Target Account at 9:25 a.m.: "Cool yeah we need those." From investigation to date, I believe that RICO DE LEON was letting HENDERSON know that he had a source who could supply high grade marijuana and marijuana products, and HENDERSON was indicating he was interested in that source.

18.     At approximately 12:44 p.m. on June 23, 2023, HENDERSON used the Target Account to message RICO DE LEON: "Wassup bro I missed your msg yesterday." RICO DE LEON replied, "It's cool bro. You sending the 1k today [would HENDERSON be sending the $1,000 in drug proceeds to RICO DE LEON]?" HENDERSON replied, "Yeah bro I'm collecting now I had to flip some soft to get that for you and the 75 for bro [HENDERSON had to sell powder cocaine to earn the cash that he owed RICO DE LEON and another individual]."

19.     At approximately 2:19 p.m. on June 25, 2023, RICO DE LEON messaged HENDERSON at the Target Account, writing, "Bout to meet my dude bro. See if you can make it happen [RICO DE LEON was about to meet with his drug source, and needed HENDERSON to send cash to facilitate the next drug deal]." HENDERSON replied at 2:56 p.m.: "It sent bro [that is, HENDERSON had made the required payment to RICO DE LEON]."

20.     At approximately 10:06 a.m. on June 28, 2023, RICO DE LEON messaged HENDERSON at the Target Account: "And look you think you can send me the $600? That's for shipping the box. So tey can put it in the mail early today [RICO DE LEON needed HENDERSON to send $600, to pay for the shipping of a box of controlled substances from an unknown destination]." HENDERSON replied at 5:27 p.m., "I'm about to take care of that bro   Any word on the soft yet [HENDERSON could make the payment, but wanted an update on the powder cocaine that HENDERSON required]."   RICO DE LEON

10

did not respond to HENDERSON at the Target Account until 10:16 p.m., when he wrote, "Ok bro. And they putting it together bro [the box of drugs]. Well make it happen."

21.      On July 5, 2023, at approximately 11:18 a.m., RICO DE LEON greeted HENDERSON, "Morning," then, "Hyd [How you doing]." HENDERSON replied, "I'm good bro Just checkin with you You told me to call u today." RICO DE LEON confirmed at approximately 11:42 a.m., "Yeah. If the Ohio thing doesn't workout for you I got some in Lex you can checkout [if HENDERSON can't meet in Ohio to receive the narcotics, RICO DE LEON has some available in Lexington, Kentucky for HENDERSON to purchase]." RICO DE LEON sent an additional message approximately 20 minutes later asking, "Bro. What name should I put on the box? [RICO DE LEON wanted to know who to address the box he's going to send to HENDERSON in the mail.]" RICO DE LEON attempted to call HENDERSON a few minutes later, but HENDERSON did not answer. RICO DE LEON later sent another text at approximately 9:30 p.m., "Confirm if you comin in the am [RICO DE LEON requested HENDERSON to confirm if he is going to go to Lexington to pick up the narcotics in the morning of July 6, 2023]."

22.      On July 17, 2023, at approximately 7:12 p.m., RICO DE LEON sent the following to HENDERSON at the Target Account: "Imma give you the number. Dude you gonn give the money to. Then after that you go pick that up." At 8:08 p.m. that evening, RICO DE LEON texted Target Account 1 and provided a contact card with the name "R" and a phone number ending in 7648 [that is, the individual listed in RICO DE LEON's contact as "R" was who HENDERSON will meet to provide the $6,000]." On July 17, 2023, at approximately 8:20 p.m., HENDERSON's Target Account received an incoming text message from "R", using telephone number ending in 7648. "R" texted an address in Midway, Kentucky. At approximately 8:34 p.m., on July 17, 2023, "R" texted, "Red Camaro." HENDERSON texted, "Ok." On July 17, 2023, law enforcement observed HENDERSON travel to the previously given address in Midway, Kentucky. HENDERSON was observed entering the passenger door of a red Camaro and then

11

quickly exiting. Law enforcement believes the purpose of this meet was so that HENDERSON could supply "R" with funds, approximately $6,000, for fronted narcotics [cocaine that was already received by HENDERSON, in which he owed payment to RICO DE LEON].

23.     On July 17, 2023, at approximately 8:38 p.m., HENDERSON texted RICO DE LEON and asked, "Bro *I'm dropping the money Where to [HENDERSON was providing "R" with the money, and was therefore ready to go obtain the controlled substance]." At 8:40 p.m., RICO DE LEON texted Target Account 1 and provided a contact card with the name "Chikz" and phone number ending in 7982 [The individual listed in RICO DE LEON's contacts as "Chikz," later identified as Octavio VICENCIO, was who HENDERSON would meet to obtain the fentanyl]. At 8:40 p.m., Ramiro RICO DE LEON texted, "He has the whopper [Octavio VICENCIO is in possession of the fentanyl to provide HENDERSON]."

24.     On July 17, 2023, at approximately 8:54 p.m., Target Account 1 received an incoming text message from Octavio VICENCIO that gave a Lexington, Kentucky address. HENDERSON replied, "15 minutes." Octavio VICENCIO responded, "Ok," and HENDERSON later texted, "I'm here." Although law enforcement was unable to observe this meet, it is believed the purpose of this meet was so that Octavio VICENCIO could supply fentanyl to HENDERSON under the direction of Ramiro RICO DE LEON.

25.     On July 18, 2023, at approximately 12:20 a.m., HENDERSON sent RICO DE LEON a message, "I'm home bro." RICO DE LEON replied, "Ok cool. What time you planning on leaving to kings island? So I can check if my boy can meet you there." HENDERSON sent back, "He only gave me a half [Octavio VICENCIO supplied HENDERSON with a half kilogram of fentanyl]." RICO DE LEON responded, "Yeah [confirming he knew VICENCIO had only provided a half kilogram of fentanyl, not a full kilogram]. I want you to bring him a sample tho. Like 10 points [RICO DE LEON wanted HENDERSON to bring someone 10 grams]. Just so he knows what's up with this. Imma getting another

12

one shipped. You want me send it to your addy? We should move this fast [RICO DE LEON wants HENDERSON to meet an unknown person, later identified, to give him a sample of the fentanyl that HENDERSON received from Octavio VICENCIO on July 17, 2023]."

26.    On July 25, 2023 at approximately 11:13 p.m., RICO DE LEON sent the following to HENDERSON at the Target Account, "My boy called me and asked me to be up at the addy early in the morning [RICO DE LEON had someone ship a box of narcotics to HENDERSON and was instructing RICO DE LEON to have someone ready for the delivery early in the morning to grab the package before the actual resident of the home grabs the package first.]" Then another message, "Last week they delivered some in Lex and they delivered it at 6am," and then, "Ok bro I'll be up at 6 myself to be on point. Is there someone at that addy [RICO DE LEON will be up at 6:00 a.m. to help track the package and let HENDERSON know of its arrival, and wanted to ensure someone was there to pick it up.]?" HENDERSON replied, "Yeah."  At 7:36 a.m. on July 26, 2023, RICO DE LEON sent the following to the Target Account: "Out for delivery bro," and then, "Be on standby."  I believe that HENDERSON received a box of drugs that day, because at 12:16 p.m., he sent the following picture:



13

U.S. Postal Inspectors have now confirmed that on the morning of July 25, 2023, a package was received at ▮▮ Ralston Avenue in Indianapolis, Indiana (which is next door to ▮▮ Ralston Avenue, a location that HENDERSON is known to use for drug trafficking purposes). It is believed that the package received on that day contained the contents of the above photograph.

27. At approximately 3:47 p.m. on August 11, 2023, RICO DE LEON sent a series of messages to HENDERSON at Target Account 1, beginning with, "How we looking bro? How much csn we send my peoples? They want me send them 3 bands," then another message a minute later, "And my dude with trees wants some money too bro." HENDERSON responded at approximately 4:03 p.m., "Everything's good I'll be ready in the morning." RICO DE LEON replied a few minutes later, "Ok. Ill send yoi the 3 names bro," and, "And what bout my tree dude? [marijuana source] How much do we have for him?" HENDERSON answered, "Ok 1500." RICO DE LEON acknowledged, "Ok cool bro," and requested, "If you want you can sholt rhat 1500 to my cashapp and ill send it to him and the 3k for my dude we send it bh moneygram." HENDERSON confirmed, "Ok." In this conversation, I believe that RICO DE LEON was wanting HENDERSON to pay down his ongoing drug debt.

28. On August 12, 2023 at approximately 9:34 a.m., HENDERSON sent a message from Target Account 1 to Ramiro RICO DE LEON: "Morning bro send me those names when u can." RICO DE LEON responded at 10:10 a.m., "Morning bro," then a couple minutes later sent another message, "First: Marcelino, Last: Villalva, Slast: Robles, City: Badiraguato, State: Sinaloa, $900." RICO DE LEON clarified at 10:13 a.m., "Do $900 to this one bro. Remaining 100 can put it together with the cashapp." From my training and experience, I know that drug traffickers routinely utilize nominees to send and/or receive drug proceeds, in order to hide their ownership interest in these funds, and on this occasion, I believe that is what RICO DE LEON was doing (utilizing nominee names to receive the drug funds).

**2.      Octavio VICENCIO and George TAYLOR Are Participants in the Drug Trafficking Conspiracy**

29.      On July 28, 2023, George TAYLOR and Marie Kendall were surveilled traveling to Kentucky. This occurred after messages intercepted over Target Account 1 between RICO DE LEON and HENDERSON. Specifically, at 9:24 a.m., RICO DE LEON texted, "How we looking?" and HENDERSON replied at 9:25 a.m., "Getting on the highway."  Earlier that morning, at 8:01 a.m., HENDERSON and George TAYLOR were intercepted over Target Phone 1; in that call, HENDERSON had relayed that he was, "up in the mountains [that is, he was at his home residence, located at ███ Stonecrest Court in Indianapolis]." At 9:18 a.m. on July 28, 2023, surveillance officers observed TAYLOR walk up to HENDERSON's apartment complex on Stonecrest Court; at 9:23 a.m., TAYLOR was seen leaving the complex with a bag in his hands and driving away in the car that he and Kendall had arrived in.  I believe when HENDERSON told RICO DE LEON they were "getting on the highway," he was letting RICO DE LEON know that his courier, TAYLOR, was traveling towards Kentucky.

30.      At approximately 11:41 a.m. on July 28, 2023, RICO DE LEON wrote to HENDERSON at the Target Account, "lmk when you like 30 mins away so I can let them know." Immediately thereafter, HENDERSON used Target Phone 1 to contact TAYLOR; in that communication, HENDERSON stated, "You get that text? …That's the address. Put that address in, let me know when you get thirty minutes away."  At 12:24 p.m., Marie Kendall called HENDERSON at Target Phone 1 and told HENDERSON, "We're thirty minutes away." At 12:26 p.m., HENDERSON sent RICO DE LEON a message on the Target Account: "30 minutes away."  RICO DE LEON then sent the contact card for Octavio VICENCIO (the same contact card that he had sent on July 17, 2023), and wrote, "That's his number" and, "Seen him?"  HENDERSON replied on the Target Account at 1:23 p.m., "Yeah he got it." Surveillance officers were watching TAYLOR and Kendall's activities while these messages were being sent; at 1:09 p.m., officers observed TAYLOR's vehicle in a Kroger parking lot in Kentucky; officers further observed

VICENCIO as the driver of an Impala that arrived in the same parking lot and drove up to TAYLOR's vehicle. Officers then saw TAYLOR's vehicle follow VICENCIO's Impala to nearby Victoria Way in Lexington. Officers then saw VICENCIO's passenger approach TAYLOR's car and meet briefly at the car. Both cars then left the area, and TAYLOR returned to Indianapolis. I believe that on this occasion, VICENCIO brought fentanyl to TAYLOR in Lexington, Kentucky, which TAYLOR then brought back to Indianapolis.

31.    At approximately 7:12 p.m., HENDERSON sent the following message over the Target Account to RICO DE LEON: "Wassup bro. That's cool. You know those new ones aren't the same as that last half." RICO DE LEON responded, "These not as strong or what?" At 7:29 p.m., HENDERSON wrote, "I'm about to have it tested The smell is not as strong Not as hard and it's white the others beige but that don't matter it has 1000 on it I'll see in a little bit." RICO DE LEON responded, "Yeah color doesn't matter. We should be good. Comes from same kitchen." Based, on my review of the historical conversations on WhatsApp it appears that RICO DE LEON's drug trafficking organization stamps their narcotics with "1000," referenced in the picture below (a picture forwarded to HENDERSON on February 2, 2023 from the intermediary of RICO DE LEON previously referenced.)



<u>Seizure of a Half Kilogram of Suspected Fentanyl</u>

32.     On August 1, 2023, RICO DE LEON sent HENDERSON a message over Target Account 1 at approximately 12:55 p.m.: "Let's do 2 whole whoppers [a quantity of fentanyl] and I can put 3k out my pocket." HENDERSON responded, "Ok." RICO DE LEON sent an address at approximately 1:20 p.m. to an address in Winchester, Ohio. RICO DE LEON sent a follow-up text, "Put this addy on gps and give me a eta bro." At approximately 1:48 p.m., HENDERSON replied, "5:00." Accordingly, other agents and I believed that HENDERSON would be bringing fentanyl to a customer in Canal Winchester, Ohio; as such, we began surveillance efforts on HENDERSON and HENDERSON's driver, George TAYLOR, intending to attempt to seize these drugs.

17

33.    At approximately 1:31 p.m. on August 1, 2023, George TAYLOR was observed going to and entering HENDERSON's apartment building ▮▮▮▮ Stonecrest Court, Indianapolis, Indiana) with a backpack. TAYLOR then exited the apartment building a short time later, and drove his silver Chrysler 200 around to the back of the apartment building at approximately 1:58 p.m.  TAYLOR then departed the apartment complex in the silver Chrysler 200 at approximately 2:11 p.m. Physical surveillance was maintained on TAYLOR, and after a short stop to get gas, TAYLOR proceeded on interstate 70 East at approximately 2:33 p.m.  At approximately 4:04 p.m., Ohio State Patrol (OSP) conducted a traffic stop on TAYLOR's silver Chrysler 200, near mile post 21. TAYLOR was the driver and a female, Marie Kendall, was the passenger. In the course of the stop, the stopping officer asked TAYLOR for his license, and TAYLOR stated that he did not have it on him. TAYLOR was asked for the vehicle registration, and he began looking for it, but was unable to find the registration or his identification.  The officer attempted to view the VIN of the vehicle, however the public VIN was obstructed with a piece of paper. TAYLOR and Kendall were asked to exit the vehicle.

34.    TAYLOR told the officer that he was traveling to Columbus to visit "Kings Island" amusement park. I know Kings Island to be in Mason, Ohio near Cincinnati, not Columbus (that is, Kings Island is roughly 84 miles from Columbus, Ohio).  TAYLOR was then asked to provide his name, social security number, and date of birth. TAYLOR stated his name was Danny Wilson, with a date of birth of ▮▮▮▮/1971. TAYLOR provided an SSN of 41577596, which was not the correct number of digits for a social security number. He then stated it was 4159956, also not the correct number of digits for a social security number.

35.    A certified narcotics K9 conducted a free air sniff on the vehicle; at 4:13 pm, the K9 officer indicated that the K9 had positively indicated to the odor of narcotics at the right front passenger door. Accordingly, at 4:17 p.m., a search of the vehicle was conducted. During the search, a small bag of white

18

powder was located between the center console and the front passenger seat. Another small plastic bag was on the center console in a potato chip bag. Several crack pipes were located in a metal tin, under the driver's seat, and inside Kendall's purse. Behind the driver's seat was a white plastic bag with a shoe box. OSP lifted the bag, which was too heavy to contain just shoes. When OSP opened the shoe box, under the shoes was approximately one-half kilogram of a white hard powder in a vacuum-sealed bag. The half-kilogram of drugs tested positive for fentanyl with a Tru-Narc handheld unit and weighed 522 grams in the packaging. TAYLOR and Kendall were arrested for possession of controlled substances.

### 3. Erick FOSTER is a Participant in the Drug Trafficking Conspiracy

36.     On April 30, 2023, at approximately 12:41 p.m. RICO DE LEON communicated via the Target Account with HENDERSON. RICO DE LEON sent a picture of a kilogram quantity of a narcotic and "That's some fire dope bro," and then, "Why don't you pick up a sample bro? You can pick up a sample for you and one for my dude in Ohio [Erick FOSTER] the one you seen long time ago. Me and you split the profits." HENDERSON responded, "Ok let me know when and where."  In this conversation, RICO DE LEON texted, "It's in Chicago. Shiit, if you can pull up today I'm ready and my dude ready. Tomorrow if you want."  HENDERSON indicated he needed to see, "what my girl's doing [a reference to needing to see if Quoshawn STEWART was available to drive him]." It did not appear that HENDERSON was able to travel.

37.     On May 3, 2023, at approximately 6:05 p.m. RICO DE LEON placed a call to HENDERSON on Target Phone 1. In this call, RICO DE LEON said, "When do you find out about, about you pulling up to my, my boy tomorrow [would HENDERSON be going to see FOSTER the next day]," and asked, "you coming out tomorrow?" HENDERSON responded, "Yeah." RICO DE LEON said, "I'm going send you his, his number here in a little bit, so you can call him." HENDERSON responded, "It's

the same brother ain't it [wanting confirmation it was FOSTER he would be meeting with]?" RICO DE LEON responded, "Yeah, same brother… he black… Ohio bro." HENDERSON responded, "okay."

38.    On May 4, 2023 at approximately 11:46 a.m., RICO DE LEON communicated via the Target Account with HENDERSON regarding picking up the narcotics in Ohio: "Morning bro. Ok. How far [how far out from Erick FOSTER's location was HENDERSON then located]?" HENDERSON responded, "I just left it says 2:00." RICO DE LEON responded with a phone number ending in 7150, and wrote, "That's his number. It's a Whatsapp only."

39.    At approximately 1:45 p.m. on May 4, 2023, HENDERSON communicated with FOSTER via iMessage on Target Phone 1: "What up bro This Rico guy [that is, HENDERSON was identifying himself as RICO DE LEON's 'guy'] about 20 minutes away Where to." FOSTER responded, "Ok bet," and, "Pfeifer Ash Dr Canal Winchester, OH 43110 United States". At approximately 2:30 p.m., FOSTER sent, "Ok I'm here." HENDERSON responded, "Turning in silver Malibu." I know that on this date, Quoshawn STEWART picked up HENDERSON in her silver Malibu and acted as his driver. Later on May 4, 2023 at approximately 6:35 p.m., HENDERSON communicated with RICO DE LEON, "I made it back home bro." RICO DE LEON responded, "Nice bro," and then, "See if you can flip a couple onions quick bro [that is, sell some ounces of the newly acquired controlled substances quickly] my peoples want me to send them like 3k." RICO DE LEON also wrote, "With this one you shouldn't have no trouble [the drugs that HENDERSON had just gotten from FOSTER were high quality and should sell easily]." From these communications, I believe that FOSTER gave HENDERSON controlled substances on May 4, 2023.

40.    On June 14, 2023, at approximately 2:42 p.m., HENDERSON received a message over the Target Account from RICO DE LEON: "Myboy in Oh [FOSTER] need something with a suppressor on it [FOSTER needed a firearm with a suppressor]," and another message a minute later: "I also need you to come grab samples from him [RICO had samples with his Ohio distributor, FOSTER, which he wanted

HENDERSON to give out to test on the customer base in Indianapolis]." HENDERSON acknowledged RICO DE LEON at approximately 3:00 p.m., "Ok let me know when."

41.     On June 14, 2023 at approximately 7:13p.m. RICO DE LEON placed a call to HENDERSON on Target Phone 1, and stated, "Listen bro when do you think you can go over to….to Columbus [Columbus, Ohio] and see my dude [see Erick FOSTER] and pick up a sample of the one I told you, remember? That…that's like really potent, but it's the flavor." HENDERSON responded, "I can try to set it up for tomorrow."

42.     On June 15, 2023 at approximately 10:14 a.m. RICO DE LEON communicated via the Target Account with HENDERSON. RICO DE LEON sent, "You still got my boys # [did HENDERSON still have FOSTER's contact information]?" HENDERSON responded, "Yeah." At approximately 4:42p.m. RICO DE LEON sent: "Did you talk to my boy?" HENDERSON responded "…yeah I'm here."

43.     On June 15, 2023 at approximately 2:49 p.m., law enforcement officers observed HENDERSON get into the passenger seat of a blue Dodge Charger (Michigan license plate RIP8138), at ███ N. Hawthorne Lane in Indianapolis. Law enforcement officers later identified the driver as George TAYLOR. The blue Dodge Charger driven by TAYLOR was surveilled going to Ohio. I believe from the investigation to date, that TAYLOR was driving HENDERSON to meet with FOSTER.

44.     On June 15, 2023, at approximately 5:14 p.m. FOSTER placed a call to HENDERSON at Target Phone 1. In the call, FOSTER asked, "You in Columbus or are you at-- by that address you came to last time?" HENDERSON responded, "Nah, I'm downtown." FOSTER asked, "did you see that address?" GH responded, "Yeah, I'm putting it in now."

45.     On June 15, 2023, at approximately 5:40 p.m., law enforcement officers observed the blue Dodge Charger (Michigan RIP8138) exit the interstate and proceed into the Winchester Square shopping mall. TAYLOR later parked the vehicle behind Alumni Pub, located at 6412 Winchester Blvd, Canal

21

Winchester, Ohio. At approximately 6:05 p.m., Erick FOSTER was observed exiting near the back of Alumni Pub and walked to a silver Dodge Charger (Ohio license plate JWT1864, FOSTER's vehicle). FOSTER then met with HENDERSON and TAYLOR near the blue Dodge Charger. Approximately ten minutes later, HENDERSON and TAYLOR departed back towards Indiana.

46.     On June 15, 2023, at approximately 6:20 p.m. FOSTER exited the building near the back of Alumni Pub, got into the driver's seat of the silver Charger (Ohio license plate JWT1864), and approximately 24 minutes later was observed backed into the driveway of ███ Upland Meadow Dr, Canal Winchester, Ohio. FOSTER was observed in the front yard with an unidentified white female and a child. The Ohio license plate JWT1864 on FOSTER's vehicle, is registered on a 2022 silver-colored Dodge Charger GT in his name, Erick FOSTER, and at the address, ███ Upland Meadow Dr, Canal Winchester, Ohio, where surveillance observed FOSTER return to after the narcotics deal with HENDERSON. Additionally, the BMV driver's license photo of FOSTER appeared to be the same individual as the black male who met with HENDERSON and TAYLOR near the blue Dodge Charger.

47.     On July 28, 2023, at approximately 1:24 p.m. RICO DE LEON communicated via the Target Account with HENDERSON. RICO DE LEON sent: "Need to take half to Ohio too and you getting paid for that too. Let's run this shit bro. My dude ready to ship 2 more Monday if need be." HENDERSON responded, "Bet." At approximately 10:11 p.m., RICO DE LEON sent: "And when can you make the trip to Ohio?" HENDERSON responded, "Yeah No later than Sunday on Ohio."

48.     As set forth above, on August 1, 2023, George TAYLOR was observed going to HENDERSON's apartment (located at ███ Stonecrest Court, Indianapolis, Indiana) at approximately 1:31 p.m. with a backpack, and approximately a minute later, TAYLOR was observed entering the apartment building. TAYLOR then exited the apartment and drove the silver Chrysler 200 around to the back of the apartment building at approximately 1:58 p.m., then departed the apartment complex in the

22

silver Chrysler 200 at approximately 2:11 p.m. Physical surveillance was maintained on TAYLOR, and after a short stop to get gas, TAYLOR proceeded on interstate 70 East at approximately 2:33 p.m. As described previously, TAYLOR was stopped and arrested, and found to be in possession of approximately a half kilogram of fentanyl.

49.    Based on my investigation to date, I believe that TAYLOR was bringing the seized fentanyl to FOSTER on August 1, 2023.  This belief was strengthened with subsequent communications over the Target Account. Specifically, on August 1, 2023 at 8:06 p.m., RICO DE LEON sent the following message to HENDERSON over the Target Account: "Was up with bro? he show up?" RICO DE LEON then wrote at 11:40 p.m.: "Have you heard anything from bro [what was going on with the delivery that TAYLOR was supposed to have made]?"  HENDERSON replied, "Nothing bro."  At approximately 11:22 a.m. on August 2, 2023, RICO DE LEON sent the following to HENDERSON on the Target Account: "What should I tell my peoples tho [about the fact that the drug shipment never made it to Ohio]," and then, "Cuz they bout to call me and ask me if we delivered in Oh [Ohio]."  HENDERSON just replied that his sister had done some research, and determined that TAYLOR was likely in police custody.  RICO DE LEON asked, "He solid [would TAYLOR inform on them]."  HENDERSON replied affirmatively, indicating that his sister was trying to get him released on bond.  RICO DE LEON indicated he wanted to help with that effort: "Ok bro lets help him out."

50.    From investigation to date, I believe that half of the kilogram of fentanyl was brought by TAYLOR to Ohio (but then seized by police), and half of the kilogram was retained by HENDERSON. On August 2, 2023 at approximately 11:23 a.m., RICO DE LEON sent the following to HENDERSON at the Target Account: "What you wanna do with that other half [the fentanyl that HENDERSON had retained]."  HENDERSON replied, "I'll get rid of it. I'm just waiting on a couple of people to cash out but should be able to put half down on it [HENDERSON could pay for a portion of the fentanyl up front,

23

and wanted to sell that half kilogram of fentanyl].” At approximately 11:57 a.m., RICO DE LEON wrote, “My boy fro Columbus [FOSTER] still needs to see some of that whopper, tho [FOSTER still needed fentanyl]. What can we do to bring him a zip [could HENDERSON bring FOSTER an ounce of fentanyl].”

51. FOSTER continues to communicate with RICO DE LEON over WhatsApp, based on my review of service provider records. Based upon my review of these records, FOSTER and RICO DE LEON have communicated on multiple times in August 2023, most recently on August 22, 2023.

### 4. JC SMITH is a Participant in the Drug Trafficking Conspiracy

52. JC SMITH lives in Apartment ▮▮▮▮ Stonecrest, two floors above HENDERSON’s Apartment ▮. SMITH continues to assist HENDERSON in his drug trafficking activities, as summarized below.

53. At approximately 3:32 p.m. on May 31, 2023, HENDERSON used Target Phone 2 to call JC SMITH. In this call, HENDERSON asked, “Can you grab me a skipper [ounce of an unspecified controlled substance], you know? you moving around?” SMITH replied, “I’m in the crib but I can. … What you want?” HENDERSON again stated, “Skipper. I’m ‘bout to pull up.”

54. On June 14, 2023, at approximately 11:58 a.m., HENDERSON received an incoming call on Target Phone 2 from JC SMITH.  In the call, SMITH asked, “Aight, and you got something, down there [did HENDERSON have controlled substances at his current location]?” HENDERSON responded, “I’m, I’m headed there now.”  SMITH said, “Aight.  Put me at one and a half [SMITH wanted a quantity of one and a half of a controlled substance].”  HENDERSON responded, “A’ight.”

55. At approximately 12:45 p.m. on June 23, 2023, HENDERSON and SMITH had a discussion over Target Phone 2 about two of HENDERSON’s drug customers possibly overdosing. In the call, SMITH asked, “You ain’t heard nothin’ about BJ?” HENDERSON replied that he had not, and SMITH stated, “I’m thinking everything cool. I just want him to call me back.  Michelle came over, and

24

I don't know what the fuck. She in the hospital too. …Um, his cousin." HENDERSON asked, "She in the hospital too?" After SMITH affirmed, HENDERSON asked, "Man, I ain't give dude the wrong shit, did I?" SMITH replied, "I don't know what the fuck." The two spoke again at 1:15 p.m. that day, with HENDERSON stating, "Yeah, they just left from over here, man. Yeah, that nigga OD'ed, man." SMITH affirmed, "That's what I said!" HENDERSON stated, "But I'm saying, it's the same when he described what it looked like. He ain't been nowhere bro. He had to get that out of my apartment, man."

56.     At approximately 8:27 p.m. on July 9, 2023, SMITH called HENDERSON on Target Phone 2. In this call, SMITH asked, "Did, did you get right on that, uh, what's it called, I been waiting on you for? Ice mountain [had HENDERSON obtained the methamphetamine that they had been waiting for]." HENDERSON replied, "Hell nah." SMITH replied, "Man, okay. Okay. …Cowboy trying to do something. So that's why I was waiting to—I don't know, you know, what you want? He like, he don't care what the ticket is right now [the customer waiting for the methamphetamine was so desperate to get his hands on methamphetamine, he did not care about the price]." HENDERSON replied, "I don't want to—uh, see how many [HENDERSON wanted SMITH to see how many pounds of methamphetamine the customer wanted]." SMITH indicated he would do so and call HENDERSON back.

57.     On July 12, 2023, at approximately 5:16 p.m., HENDERSON placed an outgoing call on Target Phone 2 to an Unknown Male at telephone number ███-0291 (UM0291). In this call, HENDERSON asked, "You want me to leave it with JC [JC Smith] or wait [HENDERSON needed to know if UM0291 wanted HENDERSON to leave the controlled substances with JC SMITH, or wait until HENDERSON was personally available to supply UM0291]?" UM-0291 said, Nah, just uh, just uh, wait. I'll get it from you I ain't trippin." HENDERSON replied, "Okay." UM0291 continued, "'Cause I'm getting' it from someone, for somebody else anyway they ain't off work. So shit you cool [after obtaining the controlled substances from HENDERSON, UM0291 was going to supply a third party with the

25

controlled substances. The third party was not going to be available until he/she got off work].” HENDERSON responded, “A'ight.”

58.     At approximately 5:03 p.m. on July 19, 2023, HENDERSON used Target Phone 2 to call SMITH. In the call, HENDERSON asked, “You got some…you got some Kim left [did SMITH have any cocaine left in his apartment]?” SMITH replied, “Nope, it's all gone.” From investigation to date, I have learned that HENDERSON keeps some of his controlled substances in his own apartment, and some in SMITH's apartment.

59.     On August 3, 2023, at approximately 12:14 p.m., HENDERSON received an incoming call on Target Phone 2 from SMITH.  In the call, SMITH asked, “You got anything at the house?  Got a play for you [SMITH needed to know if HENDERSON had any drugs available in Apartment C1, because SMITH had a drug customer, or play, who was wanting to be supplied].” HENDERSON responded, “Nope [HENDERSON does not have any at the house at this time].”  SMITH acknowledged, “Okay.” HENDERSON continued, “Oh, I just, Mose do [Mose Bell is in possession of narcotics].  He, he around by the park [SMITH should go see Mose Bell at HENDERSON's stash house, ███ N. Hawthorne Lane in Indianapolis].”  SMITH replied, “Okay. Alright. I'll just go around there ███ N. Hawthorne].” HENDERSON acknowledged, “Aight.”

60.     On August 12, 2023 at approximately 4:48 p.m., HENDERSON used Target Phone 2 to call JC SMITH, but an unknown female had SMITH's phone. UF0298 answered, “Uh, I got his phone. I'm- I'm 'bout to go to (U/I) and get the water [methamphetamine] right quick.” HENDERSON replied, “(U/I). Tell him 'Maine [Jermaine HAWKINS] need a elbow around [one pound of methamphetamine] by the park [at ███ Hawthorne Lane, Indianapolis, Indiana].”

61.     On August 13, 2023 at approximately 8:04 p.m., HENDERSON used Target Phone 2 to call SMITH at phone number ███-0298, where HENDERSON explained, “I grabbed the uh change

26

from Jermaine, too. [HENDERSON grabbed some of the drug proceeds from Jermaine HAWKINS].” SMITH responded, “A'ight, bet. I'll get it from you, probably later or tomorrow or whatever.” HENDERSON agreed, “Yep,” and SMITH stated, “Yep. I'm, I'm up here if you need me. [SMITH lives at ███ Stonecrest Court, Apartment ██, Indianapolis, Indiana, an apartment located above HENDERSON (███ Stonecrest Court, Apartment ██), and is available to HENDERSON if he is needed for any further drug trafficking activities.]”

62.    On August 14, 2023 at approximately 4:48 p.m. HENDERSON received an incoming call on Target Phone 2 from SMITH; in the call, SMITH asked, “Hey, uh. You got anything now at the crib?” HENDERSON said, “Uh, nope. I got it with me [HENDERSON was carrying his available drugs with him, and had none at Apartment ██ of ███ Stonecrest Court].” SMITH replied, “Damn. Skin [unknown drug customer] needed... Uh, where you at? You around them? Light Skin was tryna pull up on you. You want me have him call you?” HENDERSON directed SMITH, “By the park [HENDERSON was then located at ███ N. Hawthorne Lane distributing narcotics and wanted the customer to meet him at that location].” HENDERSON followed up stating, “…You ain't been downstairs yet [HENDERSON's apartment is downstairs from SMITH's at ███ Stonecrest]?” SMITH responded negatively, “Nope. I'm 'bout to—I need to go take them out. (UI). I'm 'bout to go take them out now. I got you. [SMITH was going to let dogs in HENDERSON's apartment outside for HENDERSON while HENDERSON was dealing narcotics on N. Hawthorne Lane].”[5] HENDERSON acknowledged SMITH, “Right on,” and SMITH continued, “I'm 'bout to do that. Come on (U/I) see if we take the dogs out. Um, I'll probably pull around there [after SMITH takes the dogs out he will head over to Hawthorne Lane].” HENDERSON replied, “Alright,” and the call concluded.

---

[5] I believe that HENDERSON keeps his full grown fighting dogs at ███ Ralston Avenue, but also has younger dogs or puppies at his apartment on Stonecrest, and also has a dog, Rocco, that generally resides with Danyell MCCULLOUGH at her primary residence.

63. On August 14, 2023 at approximately 8:44 p.m. HENDERSON received an incoming call on Target Phone 2 from JC SMITH, where SMITH informed HENDERSON, "Skin [drug customer] on his way back." HENDERSON understood, "Alright." SMITH stated, "He want what he got earlier [the unknown customer "Skin" wants the same order of narcotics that he received the last time.]" HENDERSON understood, "Alright."

**5.      Quoshawn STEWART is a Participant in the Drug Trafficking Conspiracy**

64. In the course of the investigation, Quoshawn STEWART has assisted HENDERSON in the distribution of controlled substances. For example, on May 4, 2023, STEWART drove HENDERSON to Ohio so that HENDERSON could complete a drug transaction, as further described below.

65. On May 3, 2023, at approximately 12:10 p.m., HENDERSON received an incoming call on Target Phone 1 from RICO DE LEON; in this call, RICO DE LEON told HENDERSON, "Hey listen bro. Listen. I got… Listen. I got I got a half of of some of the, like… It's not the same stuff that you got, it's better. It's better [that is, RICO DE LEON could supply HENDERSON with a "half" of a controlled substance that is of better quality than what HENDERSON has bought previously]. …I got a half of that in in Ohio [RICO DE LEON was informing HENDERSON that RICO DE LEON's distributor in Ohio had controlled substance(s) available]. I don't. I don't know if want to come grab it. It's the same dude that you sold him (U/I) [RICO DE LEON has another distributor in Ohio, from whom HENDERSON has previously sold controlled substances]." RICO DE LEON continued, "Yeah I don't know if you want to come grab it bro and and I don't know if we could whole sell it. Just like flip it fast or something [RICO DE LEON was suggesting that HENDERSON sell the controlled substances as is and not cut the controlled substances, in an effort to quickly get cash flow]." HENDERSON replied, "Yeah I could. You saying it's a little better than what I had?" RICO DE LEON responded, "Yeah yeah." HENDERSON said, "Hell yeah. I need it. I can. Yeah I probably can power. I'm I'm ah see. I can

28

probably power what I got up with it a little bit. I ain't going. I ain't going to cut through. I'm just going to." RICO DE LEON responded, "Yeah just let it. Just let it (U/I)... Li-li-li-listen bro. Just what I'm trying to do. I got… I got some people that can send me some. That can send me some windows [methamphetamine]. And, and, I also got some other plays but I gotta… I got to come back with a little bit. A little bit of money. You know that. Like I said, bro, with that whole situation with you was so fucked up. But my finances went down all of that. You been straight bro. You the man. You the real one for real. But uh. So like I said you you can go. You can go grab that. I can call my dude tonight and like hey we going to come grab that tomorrow. Uh. And like I said like just don't don't cut it. Just let it go like that and we can just. All I need is to grab that money bro and I, I can get you some more work [RICO DE LEON wanted HENDERSON to quickly sell the half kilogram of drugs in order to get more cash flow to finance more "work" (narcotics) for HENDERSON]. Like some windows [methamphetamine] or something. That the soft [powder cocaine]. We still waiting on that shit [RICO DE LEON could supply HENDERSON with methamphetamine, but was still waiting on the cocaine]." HENDERSON responded, "okay."

66. On May 4, 2023 at approximately 10:54 a.m., HENDERSON and Quoshawn STEWART spoke over Target Phone 1; HENDERSON asked STEWART, "You ready? …I'm by the park [HENDERSON was at his stash/distribution spot, ▇▇ N. Hawthorne Lane, which is nearby a park, and is routinely referred to as "the park" in his intercepted communications]." STEWART replied, "Okay. I'll see you soon." On May 4, 2023 at approximately 11:14 a.m., surveillance personnel observed a silver Chevrolet Malibu arrive at ▇▇ N. Hawthorne Lane and park on the east side of the street facing south. The front passenger, later identified as Quoshawn STEWART, exited the car and walked up to and entered the residence. Approximately six minutes later, STEWART exited the residence and walked back out to the Malibu. At approximately 11:20 a.m., HENDERSON exited the residence and walked out to talk to

29

STEWART at the Malibu before they eventually both entered the vehicle, with HENDERSON in the passenger seat. Surveillance followed them to the Shell gas station at 3402 N. Emerson Avenue before they departed northbound on Emerson, and surveillance was lost. From investigation to date, I believe that on this occasion, STEWART and HENDERSON traveled to Ohio to meet the drug distributor that RICO DE LEON and HENDERSON had discussed the day prior (as summarized above) in STEWART's silver Malibu.

67.     On May 4, 2023, at approximately 1:34 p.m., HENDERSON received an incoming call on Target Phone 1 from RICO DE LEON using telephone number ███████-6740 (a Mexican based phone number). RICO DE LEON asked, "How much you going to be here bro [how far out was HENDERSON from Ohio]?" HENDERSON responded, "Like thirty minutes." RICO DE LEON said, "Ok. You want me to call my dude on What's App? Cause that number is What's App only. So go ahead and call him so he can give you an address [RICO DE LEON instructed HENDERSON to contact the Ohio distributor through What's App coordinate picking up the suspected half kilogram]." Based on my training and experience drug traffickers commonly used messaging applications in order to avoid law enforcement detection. I believe the Ohio distributor only utilizes WhatsApp communications for this reason. Based upon investigation to date (including surveillance efforts that captured HENDERSON in STEWART's car that day), I believe that STEWART drove HENDERSON to Ohio to pick up the controlled substances on this occasion.

68.     On May 19, 2023, HENDERSON and Quoshawn STEWART were observed meeting; from the context of the calls preceding the meet, and from STEWART's actions after they met, it appeared that the purpose of the meet was for STEWART to obtain controlled substances from HENDERSON. At approximately 1:40 p.m. that afternoon, STEWART called HENDERSON at Target Phone 1, and asked HENDERSON, "Yeah, you around?" HENDERSON replied that he was: "Yeah, I'm on the R

[HENDERSON was then located at ███ Ralston Avenue in Indianapolis, where HENDERSON stores controlled substances, and where he frequently conducts his narcotics deals].” At 2:06 p.m., HENDERSON used Target Phone 1 to call STEWART, asking STEWART, “Trying to see where you was at [HENDERSON wanted to know if STEWART was still coming to see him].” STEWART replied, “I’m like, uh, I’m leaving from the Meadows right now [STEWART was nearby and would be at ███ Ralston Avenue shortly].”

69.     After the 2:06 p.m. call of May 19, 2023 described above (specifically, at 2:13 p.m.), surveillance officers observed a silver Malibu registered to Quoshawn STEWART pull into the driveway at ███ Ralston Avenue. At 2:17 p.m., surveillance officers observed STEWART exit ███ Ralston Avenue, and then they followed STEWART away from the residence. STEWART was observed driving to a nearby gas station, where they then saw STEWART walk over to a GMC Sierra truck. STEWART entered the truck, and remained for less than a minute. She then walked inside the gas station and the Sierra truck immediately departed from the gas station. STEWART then got back into her car and departed, never observed getting gas while at the gas station. From my training and experience, I know that drug traffickers routinely conduct drug transactions in public areas such as parking lots and gas stations, as this protects both the buyer and seller of the transaction from being the victim of violence or robbery (and also enables both parties to hide their residence and/or stash house location). The public nature of a parking lot or gas station (particularly when the deal is conducted within a vehicle) enables the drug traffickers to shield their true purpose for being there from a casual observer (that is, to conduct the transaction). I believe it is likely that on May 19, 2023, STEWART first obtained controlled substances from HENDERSON, and then sold them at the gas station to a customer in a GMC Sierra.

70.     From investigation to date, I believe that STEWART distributes fentanyl pills, among other controlled substances. On May 18, 2023, STEWART and HENDERSON spoke over Target Phone 1; in

31

this call, STEWART relayed that she would be to see him shortly: "Yeah, I'm at the gas station right now. Any second." STEWART then asked, "Okay. Blue? They, they blue [did HENDERSON have blue fentanyl pills, that look like prescription M-30 oxycodone]?" HENDERSON confirmed, "Yeah." STEWART then relayed, "Right here, 'bout to turn in."

71. From my investigation, I have learned that STEWART was arrested by the Indianapolis Metropolitan Police Department (IMPD) on September 27, 2022, related to an incident earlier that year when she knocked over a shelf in a gas station and then fired a gun in the direction of the gas station clerk after he refused to let her buy cigarettes for a juvenile. When STEWART was taken to the jail, searching officers found a small amount of fentanyl and a gram of marijuana.

72. On June 14, 2023, at approximately 7:18 p.m., HENDERSON used Target Phone 1 to call Quoshawn STEWART. In this call, HENDERSON asked STEWART, "You got something going on tomorrow?" STEWART replied, "Nah, I don't think so." HENDERSON asked, "Tryna to (UI) [based on the context of the rest of the call as well as conversations with HENDERSON's Mexico source of supply, RICO DE LEON, I believe HENDERSON was asking Quoshawn STEWART to take him to Columbus, Ohio to meet a distributor there the next day]?" STEWART asked, "What time you tryna do that?" HENDERSON responded, "Anytime before 3:00 [based on a previous communication with RICO DE LEON, RICO DE LEON suggested that HENDERSON arrive at Columbus, Ohio around 3pm]." STEWART replied, "Oh okay. Yeah. Alright." HENDERSON responded, "Probably about (UI) by 11:00 [HENDERSON wants to leave Indianapolis around 11:00 a.m.]." On this occasion, although STEWART had expressed a willingness to drive HENDERSON to his meet with a drug distributor in Ohio the next day, HENDERSON ultimately had another Target Subject assist him.

73. Through the course of the investigation, STEWART has routinely called HENDERSON and requested to meet with him; HENDERSON's usual response is to tell her where she can come to meet

32

him. For example, at approximately 11:34 a.m. on July 7, 2023, STEWART called HENDERSON at Target Phone 1 and asked, "Yeah, you around?" HENDERSON replied, "I'm at the apartment," and the call ended thereafter. At 11:50 a.m. that morning, STEWART called HENDERSON again and said, "Yeah, I'm at the gate." After HENDERSON gave her the gate code, the call ended. STEWART was seen on surveillance coming up to ███ Stonecrest at 11:51 a.m., and leaving at 11:54 p.m.  On another occasion, STEWART called HENDERSON at Target Phone 1 at approximately 5:18 p.m. on July 22, 2023 and asked, "Yeah, you there?" HENDERSON replied, "About to pull up." STEWART replied, "Okay. I'm here," and the call ended. At approximately 8:33 p.m. on July 30, 2023, STEWART again called HENDERSON at Target Phone 1; on this occasion, STEWART said, "Yeah, you around?" HENDERSON replied, "Yeah. By the park [HENDERSON was at his stash house on Hawthorne Lane]." At 8:53 p.m. that evening, STEWART called HENDERSON, and HENDERSON simply said, "I'm 'bout to pull up," and the call ended after STEWART replied, "Okay."

74.     On August 17, 2023, at approximately 2:40 p.m., STEWART's silver Malibu was observed arriving at ███ N. Hawthorne Lane, Indianapolis, Indiana [one of HENDERSON's stash and distribution locations]. Shortly after arriving, a black female was observed exiting the front passenger seat of STEWART's vehicle and approaching the front door of the residence, which appeared to be locked.  At approximately 2:44 p.m., the black female proceeded to walk back towards the silver Malibu and re-enter the front passenger side.  At approximately 2:52 p.m., the black female exited the passenger seat of the silver Malibu, re-approached the front door, and entered the residence. At approximately 2:59 p.m., the black female passenger exited the residence and re-entered the front passenger side of the silver Malibu. Shortly thereafter, STEWART's vehicle departed the residence. I know that since approximately August 3, 2023, HENDERSON begun using an additional phone number, ███-4555, which is not being intercepted by law enforcement. However, pen register/trap and trace (PRTT) data over this new phone

33

number demonstrates that HENDERSON is using the new phone in large part as a replacement to Target Phone 1.  Based on my training and experience, I know drug traffickers routinely switch out their cellular devices to avoid law enforcement detection. After a review of the pen register for HENDERSON's new number there were three incoming calls from phone number ███████-4334 on August 17, 2023, at approximately 1:53 p.m., 1:54 p.m., and 2:44 p.m. Law enforcement's review of open-source information indicates this phone number is attributable to STEWART.  Based on the surveillance and review of the pen register data, it is my belief that at approximately 1:53 p.m. and/or 1:54 p.m., STEWART telephonically contacted HENDERSON to obtain controlled substances.  At 2:44 p.m., while sitting in the silver Malibu in the driveway, STEWART called HENDERSON to notify him that the black female passenger could not enter the residence.

75.     Based on the nature of their discussions, and the very brief time that STEWART spends at HENDERSON's locations when she stops by, I believe that STEWART is continuing to obtain controlled substances from HENDERSON. As set forth above, HENDERSON has largely discontinued the use of Target Phone 1 with most drug customers as of early August 2023, but STEWART has been seen at HENDERSON's locations through August, as recently as August 17, 2023 (described above). Accordingly, I believe that STEWART continues to obtain drugs from HENDERSON, based on the review of the pen register data on HENDERSON's new phone.

### 6.     David BENNETT and Dontoria GILBERT Are Participants in the Drug Trafficking Conspiracy

76.     On July 25, 2016, David BENNETT was arrested, and ultimately found guilty in the Southern District of Indiana, for being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). BENNETT was released from the Bureau of Prisons in 2021; on April 6, 2023, he was arrested after IMPD stopped him in a car that contained two firearms as well as ten grams of suspected cocaine on his person, and an additional ten grams of suspected cocaine in his passenger,

34

Dontoria GILBERT's possession (which BENNETT claimed the cocaine as his own). BENNETT was arrested for this offense and released on bond thereafter. On May 10, 2023, he was federally arrested, as this was a violation of BENNETT's supervised release. BENNETT admitted to violating his supervised release by not reporting his April 2023 arrest, and is serving a fourteen month sentence for that violation at FCI Terre Haute.

77.     Beginning on May 15, 2023, Dontoria GILBERT began calling HENDERSON on the Target Phones; in some of these calls, BENNETT is included in the call from jail. Through investigation to date, I believe that GILBERT began purchasing cocaine from HENDERSON, picking up BENNETT's business while he is in prison.

78.     On May 21, 2023, at approximately 12:32 p.m., Gregory HENDERSON received an incoming call from Dontoria GILBERT; in this call, David BENNETT was on another phone in GILBERT's possession, so HENDERSON and BENNETT were able to speak while GILBERT held the phones near each other. GILBERT said to BENNETT, "Okay, hello," then, "White [HENDERSON] on the phone [informing BENNETT that she had HENDERSON on the line]." In the call, BENNETT said, "Man, you, this, uh, man, I need you man." Later in the call GILBERT asked, "You got--you got some, um, some, um software [powder cocaine], Whitey?" BENNETT continued, "Nine [nine ounces of cocaine]?" HENDERSON replied, "Yeah, I do." BENNETT then asked, "What you want [How much is HENDERSON charging for the cocaine]?" In the call, HENDERSON told GILBERT, "Tell him I just—whatever the math, I just been going the speed limit [HENDERSON was charging $5,500 for a nine ounce quantity of cocaine]." GILBERT then told BENNETT, "He says sixty, sixty-five." HENDERSON clarified, "Nah, fifty-five." GILBERT clarified to BENNETT, "Fifty-five [$5,500 for the nine ounces]. He said he's just been going the speed limit." The call continued, finishing when BENNETT asked GILBERT to meet with HENDERSON in-person so they can FaceTime instead of speaking on the phone.

35

Based on my training experience, I know that using FaceTime is a means to avoid law enforcement detection.

79.     I believe that BENNETT has maintained his primary cocaine source while in prison, and that GILBERT has been dealing with that source as well as HENDERSON.[6] Moreover, on at least two occasions since June 2023, HENDERSON has had to come to GILBERT to get cocaine when HENDERSON has been out of cocaine. For example, on May 27, 2023, at approximately 8:04 p.m., HENDERSON used Target Phone 1 to call GILBERT; in the call, GILBERT asked, "What do you want me to tell him? You want me to tell him you trying like, what? What you trying to do?" HENDERSON replied, "Nine [he needed nine ounces, or a quarter kilogram of cocaine]." GILBERT replied, "Ok. I'm have to call him. I'm about to leave the house in about thirty minutes." In this call, I believe GILBERT was agreeing to contact BENNETT's cocaine source and procure nine ounces of cocaine for HENDERSON. On June 23, 2023, I believe HENDERSON again needed cocaine, in that he used Target Phone 1 to call GILBERT, and in this call, GILBERT asked, "I guess I'll call you then, when I get—you want me, you want me to go get it again?" HENDERSON replied, "Yeah, you can." In the call, HENDERSON clarified how much he wanted: "A half [he needed a half kilogram of cocaine]." GILBERT asked, "You said what?" HENDERSON replied, "It's a half, though, double what we—what I got last time." GILBERT agreed, and the call ended. On another occasion, on July 10, 2023 at approximately 2:53 p.m., HENDERSON used Target Phone 1 to call Dontoria GILBERT; in the call, he asked her, "What up, though? Can you get uh, think you can call them [could GILBERT call her alternate source of supply to receive cocaine]?" GILBERT replied, "…yep I'm 'bout to text him now, and see what

---

[6] My belief is based, in part on a May 21, 2023 phone call between HENDERSON, BENNETT and GILBERT over Target Phone 2. In this call, BENNETT said, "Tell him [HENDERSON] I got to uh, (UI) connection, man. Tell him he need to (UI). GILBERT relayed to HENDERSON, "He [BENNETT] saying you need to holler at the Migos." BENNETT chimed in, "Tell him I can put him on the phone with him." HENDERSON replied, "Ok."

uh, what you want, what you- you want today?" HENDERSON replied, "Yeah, as soon as possible [HENDERSON wanted the cocaine as soon as possible]." GILBERT clarified, "Okay, what you want [how much cocaine do you want]?" HENDERSON stated, "A half [a half kilogram of cocaine]." GILBERT confirmed she understood, and the call shortly ended.

80.     On July 17, 2023, at approximately 1:40 p.m., HENDERSON received an incoming call on Target Phone 1 from GILBERT. GILBERT and HENDERSON began the conversation talking about getting in contact with an unknown male, named "2G," whom David BENNETT was requesting that HENDERSON call, following a drug deal that GILBERT conducted with 2G that did not go to plan. GILBERT said to HENDERSON, "Ok look, Whitey. I was supposed to give some um. The uh. What was he [2G] supposed to be getting? The uh. What is it called? What he was supposed to be getting from you [HENDERSON]?" HENDERSON answered, "That um, uh the Kim [cocaine]?" GILBERT replied, "Yeah, yeah, yeah. That." GILBERT then explained the story of how she met with "2G" and how there was confusion about the narcotics deal. GILBERT said, "It was not what it was supposed to be [instead of selling 2G narcotics, she received cocaine from 2G that she did not need]. So-I got-he said, he said, to uh call him so that he can make some money and I give him back the shit [2G wanted the product back, so he could make a profit]." HENDERSON replied, "Yeah, I told Dave [BENNETT] I had that shit too [HENDERSON had already told BENNETT that he had cocaine he could provide BENNETT and GILBERT]." HENDERSON indicated in the call that he had just seen 2G the night before, and that he was willing to call 2G on behalf of BENNETT and GILBERT. GILBERT continued, "So, ok, Whitey. Let me know. Cause, tell him I got everything. I got it, I got his form too. I ain't did nothing with it [GILBERT had not touched or altered the cocaine she had received from 2G the night before]." Like, I had said I can't talk to him. I said I already got it from Whitey so why am I, you know. Guess what I'm

about to do is give him a deal or something. Yeah, but, I need…Yes, I need the money back from him." HENDERSON replied, "OK [again agreeing to call 2G and get the money back]," and the call ended.

81.     On July 23, 2023, at approximately 4:21 p.m., HENDERSON placed an outgoing call to GILBERT. GILBERT said, "What's up, Whitey?" HENDERSON replied, "What's going on?" GILBERT answered, "Nothin'." HENDERSON said, "I got, uh, I got them sheets [synthetic marijuana] and that Kim [cocaine] for bro' [for BENNETT's benefit, to be sold by GILBERT] whenever you wanna grab it." GILBERT replied, "Okay. I could, um, come and grab it then. I'm about to leave from out Michigan and I can come there then." HENDERSON answered, "Okay." GILBERT replied, "Okay. I'll call you when I get out East."

82.     At approximately 11:35 p.m. on August 4, 2023, HENDERSON received an incoming call from GILBERT and BENNETT on Target Phone 1.  In the call, HENDERSON said, "I'm 'pposed to uh, hook up with 2G tonight, man, uh for his birthday, man." BENNETT responded, "Man. Tell that nigga, man.  I can't believe he played me like that, man, knowing nigga, the situation.  Man, he knew better than that man.  Tell him that's fucked up though, man [as set forth above, around July, 17, 2023, GILBERT, acting on behalf of BENNETT, mistakenly paid 2G for an unknown quantity of cocaine.  After the transaction between GILBERT and 2G, BENNETT requested that HENDERSON contact 2G to return GILBERT's money, as summarized above]."  HENDERSON responded, "That's what I was gonna say. (UI) he tried like the other, like the other nigga wasn't, wasn't tryna comply and shit." BENNETT replied, "No.  That don't matter, though.  Hey, you should've got my money back, bro.  I don't know the fuck about that.  That was small ass shit, man [2G did not return GILBERT's money from the July 17, 2023 cocaine sale]." BENNETT continued, "He got $3,500 up out of her bro [Around July 17, 2023, GILBERT had provided 2G with $3,500 for the cocaine]."  Later in the conversation, HENDERSON said, "Man, I thought it was a few hundred, man.  What [HENDERSON had assumed GILBERT only provided 2G a

few hundred dollars from the July 17, 2023 cocaine transaction]?"  BENNETT said, "I need my shit back, bro [BENNETT was still requesting his money back from the July 17, 2023 cocaine sale]."  HENDERSON replied, "Man. I'm definitely gon' address that tonight.  Hell no.  I didn't know that [HENDERSON would intervene and get BENNETT's money back from the July 17, 2023 cocaine sale between GILBERT and 2G]."

### 7. Gregory EASTER and Lauren EGGERT Are Participants in the Drug Trafficking Conspiracy

83.     In May 2023, Gregory EASTER and Lauren EGGERT were cohabitating at an Indianapolis, Indiana residence where EASTER was serving a house arrest/GPS monitoring sentence for a October 2022 conviction for Unlawful Possession of a Firearm by a Serious Violent Felon.

84.     On May 15, 2023, at approximately 2:11 p.m., surveillance officers observed HENDERSON depart ███ Ralston Avenue, a known stash house for HENDERSON's narcotics trafficking, in his Chevy Cruze. Surveillance officers observed HENDERSON travel to English Village Apartments, located at 545 English Village Drive, Indianapolis. At approximately 2:34 p.m., surveillance officers observed HENDERSON park in front of one of the apartment buildings within the complex. Surveillance officers observed HENDERSON exit his vehicle, then enter the common door of apartment at approximately 2:35 p.m., then a few minutes later surveillance officers observed HENDERSON exit the building with his right hand in his sweatshirt pocket and head back to the Chevy Cruze. This is the apartment building in which EASTER and EGGERT were then living.

85.     On May 18, 2023, EASTER was the subject of a home visit by Marion County Community Corrections (MCCC) and IMPD after MCCC received information that there was possible narcotics activity involving EASTER. In conducting the home visit on May 18, 2023, officers found $2,100 in U.S. Currency, and they found hidden behind the water heater in a closet a bag containing approximately 30

blue M30 pills,[7] which are commonly found to contain fentanyl, suspected crack cocaine (roughly 3 grams), a small amount of suspected heroin, as well as marijuana, suspected synthetic marijuana, and a digital scale.  EASTER claimed that the drugs belonged to EGGERT; EGGERT was called on the phone by MCCC, and EGGERT stated that there was "hard white (heroin), pills (fentanyl pills), and marijuana" in the house. EGGERT said the drugs were hers.  Both EGGERT and EASTER were arrested for this offense. EGGERT bonded out on the same day that she was charged with the offense (May 23, 2023); EASTER remained in the Marion County Jail until he pled guilty to Dealing in a Narcotic Drug on August 10, 2023. The next day, on August 11, 2023, EASTER was released to Pretrial home detention while his sentencing is pending (and while his probation violation for the underlying 2022 conviction is also pending).

86.     On May 24, 2023 at approximately 9:18 p.m. (the day after EGGERT was charged and bonded out on a Dealing in a Narcotic Drug felony case), HENDERSON received a call on Target Phone 1 from Lauren EGGERT on behalf of Gregory EASTER, who was still in Marion County Jail.  EASTER could be heard on the phone giving EGGERT instructions on what to tell HENDERSON, "Tell him [EGGERT needed to tell HENDERSON]…Everything up in there, you know- you know what I mean? Shit…you know it don't stop us, so God damnit, shit…Tell him [despite being incarcerated, EASTER did not intend to stop dealing drugs, and HENDERSON needed to deal to EGGERT to make that happen while EASTER was in custody pending felony drug charges], God damnit- uh, I need to fuck with you [EASTER needed drugs from HENDERSON, so that he could sell them and make money]. You heard me?" EASTER asked HENDERSON, "Did you hear him?" HENDERSON, replied, "Yeah that's cool." EASTER ordered, "Tell him [HENDERSON]…you need my usual, uh…asap [prior to being arrested,

---

[7] Through my training and experience, I know this to be a quantity consistent with trafficking, rather than personal consumption.

EASTER and HENDERSON had an established drug relationship, and EASTER wanted HENDERSON to distribute to EGGERT the usual amount of narcotics that he had been receiving from HENDERSON while on GPS monitoring/home detention]. Tell him [HENDERSON] you're trying to get my usual like right now type shit." EGGERT understood, "Alright. I got you. He can hear you." HENDERSON agreed, "Yep, yep. Yep, you don't need to be- you don't need to be explained."

87.    On May 25, 2023 at approximately 1:27 p.m., HENDERSON received a text message on Target Phone 1 from EGGERT: "Hey what side of town u on? Imma be ready to see u in the next 2 hrs tryba figure out where imma need to be before mfs call me back and I haven't got shit done [EGGERT wanted to know where she would need to meet HENDERSON in order to pick up the narcotics that EASTER requested from HENDERSON the day before when the three of them were on the phone together]." HENDERSON replied, "Keystone." EGGERT responded, "Bet imma hit u when I'm ready." In this time frame, EASTER called EGGERT multiple times from the Marion County Jail, and their conversations were captured on the Marion County Jail call system; in these calls EASTER repeatedly told EGGERT to, "handle business [that is, continue with the drug trafficking activity while EASTER was incarcerated]." At approximately 1:42 p.m., EGGERT and EASTER spoke over the Marion County Jail phone, and EGGERT relayed that she had contacted HENDERSON, and they had agreed to meet later (which did, in fact occur, in the texts set forth above). Subsequent calls, at approximately 1:48 p.m. and 1:57 p.m. on May 25, 2023, were similar, where EASTER and EGGERT talked over the jail phones, and EASTER again instructed EGGERT to, "handle business." At approximately 2:32 p.m. on May 25, 2023, EGGERT said she was on the way to meet "dude [that is, HENDERSON]," and EASTER instructed EGGERT to meet with another customer after meeting with "Greg [HENDERSON]." At approximately 3:30 p.m. on May 25, 2023, EGGERT sent a message to HENDERSON at Target Phone 1, "I'm ready when u are." HENDERSON replied, "█████ Hawthorne Ln [a known stash and distribution location for

41

HENDERSON.]" EGGERT confirmed to HENDERSON that she was leaving: "Here I come." Surveillance officers observed HENDERSON quickly meet EGGERT at her vehicle parked at the end of the driveway of ███ N. Hawthorne Lane. I believe on this occasion, EGGERT met with HENDERSON in order to obtain drugs for further distribution.

88.   On May 29, 2023 at approximately 5:17 p.m. HENDERSON and EGGERT exchanged a conversation through a series of text messages over Target Phone 1, where EGGERT requested, "Can u slide on me in a lil bit.. imma need the same thing [EGGERT was ordering the same the thing from May 25, 2023, which was EASTER's usual order from HENDERSON previously.]" HENDERSON confirmed, "Yeah." At approximately 6:44 p.m., EGGERT asked, "Can u come now?" HENDERSON asked, "Wya [Where you at?]" and EGGERT replied, "███ Cordell st." EGGERT expressed the urgency of the matter and then offered, "…I mean yea I can drive if u need me to." HENDERSON agreed and EGGERT replied, "Okay same spot? [███ N. Hawthorne Lane] Yeah, Bet here I come." At approximately 8:24 p.m., surveillance observed HENDERSON quickly meet EGGERT at her vehicle. EGGERT immediately pulled away from the residence after this short interaction with HENDERSON.

89.   On June 27, 2023 at approximately 4:41 p.m., HENDERSON placed a call to EGGERT on Target Phone 1, and HENDERSON was initially confused as to who was contacting him. EGGERT clarified, "This is Lauren, Greg's girl- Little Greg [Gregory EASTER's girlfriend]." HENDERSON understood, "Uh… Uh, okay. What's up? I ain't know who you was." EGGERT replied, "Well, I changed my number." Based on my training and experience, I know drug traffickers often change their phone numbers to avoid law enforcement detection. EGGERT then requested, "I was wanting to slide on you in a minute [EGGERT wanted to receive her "usual" order of narcotics from HENDERSON]." HENDERSON acknowledged, and told her where to meet him, "Okay. I'm by the park [███ N. Hawthorne Lane]." EGGERT understood and the call shortly ended.

42

90.    On July 27, 2023 at approximately 2:45 p.m. HENDERSON received text messages on Target Phone 1 from Lauren EGGERT, "Hey bro can u meet in a few?" then another text to clarify her drug order, "Same thing [EGGERT wanted her usual order of narcotics from HENDERSON]."

91.    On August 5, 2023 at approximately 2:25 p.m., HENDERSON received a text message on Target Phone 1 from Lauren EGGERT, "Are u good? I haven't heard from u." HENDERSON replied, "Yeah you I'm about to call from the new number." At this time HENDERSON had started using a replacement phone for Target Phone 1, and started switching his customers over to the new phone number. Through my review of HENDERSON's new phone number, I know that EGGERT continues to call HENDERSON, as recently as August 21, 2023.

## B.    HENDERSON Is Also Drug Trafficking With Additional Individuals

### 1.  Terrill HAWKINS Is Continuing to Engage in Drug Distribution

92.    Terrill HAWKINS has been intercepted over the Target Phones engaging in drug trafficking activity with HENDERSON on a routine basis; surveillance efforts have confirmed that the two have met in person.  From investigation to date, I believe that HAWKINS primarily obtains crack cocaine from HENDERSON.

93.    For example, at approximately 8:17 p.m. on May 11, 2023, HAWKINS called HENDERSON at Target Phone 1. In this call, the two greeted each other, and HAWKINS asked, "Hey, uh, you got some hard [crack cocaine] as well?"  HENDERSON replied affirmatively, and HAWKINS requested, "You let…you let me like, uh…let me get like, like, maybe like a half (UI)."  HENDERSON replied, "I'm on the R [that is, he was available to distribute the requested cocaine, and HAWKINS could come see him at ███ Ralston Avenue, Indianapolis, IN, one of HENDERSON's distribution sites]."

94.    Although HAWKINS appears to primarily obtain crack cocaine, I believe that he relies on HENDERSON to receive other controlled substances as well.  For example, at approximately 6:26 p.m.

on May 12, 2023, HAWKINS called HENDERSON at Target Phone 1; in this call, HAWKINS asked, "Hey, you never get, um, right the other way [did HENDERSON have another controlled substance]?" HENDERSON replied negatively, and HAWKINS replied, "Damn, ok. Shit, I'll probably be ready for ya uh, little later on today." On another occasion, on June 26, 2023, HAWKINS called HENDERSON on Target Phone 1; in this call, HAWKINS said, "Damn, man, all I need is a four, man. Ah, the uh, I need some, um, dog [heroin], bruh." HENDERSON replied that he would, "be out in a minute...probably about thirty minutes." HAWKINS told HENDERSON, "…you call me when you come out, bro," and the call ended.

95.    At approximately 1:23 p.m. on May 23, 2023, HENDERSON used Target Phone 1 to call HAWKINS.  In that call, HENDERSON asked about purchasing a TV through HAWKINS, and said he would be "ready later on" to obtain the TV. HAWKINS replied, "Ok, bro. Just call me bro. ..I mean, I need to holler at you bro. I need to grab some shit bro."  HENDERSON replied, "A'ight," and said, "I'm 'bout to be on the R in a minute."  HAWKINS replied, "A'ight. I'm bout to be on my way over there bro. 'Cause I ain't got shit, bro." In this call, I believe HAWKINS was relaying his need to obtain more controlled substances for sale, because he was out, and HENDERSON indicated his willingness to resupply HAWKINS, telling him to go to ▮▮▮ Ralston Avenue to do so.

96.    At approximately 12:52 p.m. on May 25, 2023, HAWKINS called HENDERSON at Target Phone 1. In that call, HAWKINS began the call stating, "Hell boy…answer the God damn phone, boy, God damn, you make a motherfucker go out of business [HAWKINS was in need of more crack cocaine from HENDERSON, and was concerned he would lose customers due to his inability to obtain it from HENDERSON]." In the call, HAWKINS said, "Oh my God, boy. Where you at? West?  …I need to see you real quick, bro."  HENDERSON responded, "Probably about…15, 20 minutes.  I'll meet you down

44

there." At 1:48 p.m., the two spoke again; HAWKINS asked, "You on the R bro?" HENDERSON appeared to answer affirmatively, and HAWKINS ended the call saying, "I'm coming to the R right now."

97. In addition to obtaining cocaine from HENDERSON, HAWKINS also obtains methamphetamine from HENDERSON.[8] For example, on July 9, 2023 at approximately 11:37 p.m., HAWKINS called HENDERSON on Target Phone 1. The two greeted each other, and HAWKINS stated, "Hey, uh dude went out to the to the Menard's, right?" HENDERSON said, "Yeah." HAWKINS continued, "Uh, remember-member he asked me about it though... um, uh (U/I) grown man and shit?" HENDERSON wasn't following what HAWKINS was saying, and HAWKINS attempted to clarify, "How much a grown man?" HENDERSON asked HAWKINS to repeat what he said and HAWKINS replied, "How much is grown man?" HENDERSON still confused asked, "You said a grown man?" HAWKINS confirmed and HENDERSON asked, "Yeah, what about him?" HENDERSON still didn't seem to understand what HAWKINS was trying to ask, and HAWKINS specified, "He wanna holler real quick. He just wanna-just wanna - one or two drink a water [methamphetamine], real quick." HENDERSON confirmed, "Alright." HAWKINS reiterated, "I told him they could do what they wanna do, right [HAWKINS was asking if HENDERSON had methamphetamine available for sale]?" HENDERSON agreed, "Yeah." HAWKINS continued the conversation and asked for some time to meet

---

[8] HENDERSON appears to have multiple methamphetamine customers, including Garrett Wayne, who is currently on federal supervised release. For example, on May 9, 2023 at approximately 1:28 p.m., HENDERSON received a text from Garrett Wayne: "Something is down in Danville our internet and everything is out. I'm just waiting on a text so I can bounce. I need to grab one water [methamphetamine] when we link I got the cash." Based on WhatsApp toll data, the phone number utilized by Garrett Wayne, and is also in the contact with RICO DE LEON's WhatsApp number. At approximately 3:05 p.m. on May 9, 2023, Garrett Wayne sent a text to tell HENDERSON he was leaving shortly: "I'm about to leave Danville in like 10 minutes and hopefully my phone will work it said call failed when I just tried to answer." Then later that night at approximately 7:19 p.m. Wayne sent another text to HENDERSON, "I'm on my way out there." From investigation to date, I believe that Wayne was telling HENDERSON he was on his way to meet with HENDERSON to get methamphetamine.

with HENDERSON stating, "...y-you-you give me about ten minutes, though, you hear me?" HENDERSON agreed and the call shortly concluded.

98.    At 5:19 p.m. on July 19, 2023, HAWKINS called HENDERSON at Target Phone 1. In this call, HAWKINS immediately asked, "Where's the uh….what's the receipt on two [what was the price for an unspecified amount of controlled substances]? Huh?"  HENDERSON replied, "I'm at the park [█████ N. Hawthorne Lane, Indianapolis, Indiana, another location used by HENDERSON to store and distribute drugs]."  HAWKINS again asked, "I said what's the receipt on two," and HENDERSON told HAWKINS, "You know I'm not about to do all that man [HENDERSON was not willing to discuss prices of drugs over the phone, preferring that HAWKINS go to the N. Hawthorne Lane residence so they could discuss it in person]."  HAWKINS protested, "I mean, shit, I need…to let them know, bro [HAWKINS needed to know the price, so he could relay to his customer the ultimate price he would charge for the drugs]." HENDERSON declined to answer, and HAWKINS ended the call by indicating he would call HENDERSON back.

99.    On August 3, 2023, at approximately 10:47 p.m. HENDERSON received a text message from HAWKINS. The text from HAWKINS read: "bro i know you going through it pluses I got a old school sting [a narcotics customer] who seen every thing. I'm trying to Holla at you on some real shit or can you send me mos numbet [HAWKINS was requesting a phone number for Mose Bell, or "mos," a known narcotics dealer involved in the drug trafficking network with HENDERSON, if HENDERSON was unavailable to provide controlled substances]."

100.   On August 10, 2023, at approximately 8:44 p.m. HENDERSON received a text message from HAWKINS. HAWKINS' text read, "bro my guy is ready to cash out [HAWKINS has a customer ready to pay for narcotics]."  At 11:35 p.m., HAWKINS then called HENDERSON at Target Phone 1; HENDERSON immediately answered the phone by saying, "I called you, man…  On another phone.

46

…Call the other phone." HAWKINS replied, "Oh, okay, okay. What you into?" HENDERSON again repeated, "Call the other phone" and ended the call. From this brief phone call, I believe that HENDERSON was indicating an unwillingness to discuss drug trafficking over Target Phone 1, telling HAWKINS to call him at his new phone number. I know that since approximately August 3, 2023, HENDERSON begun using an additional phone number, ending in 4555.[9] However, pen register/trap and trace (PRTT) data over this new phone number demonstrates that HENDERSON is using the new phone in large part as a replacement to Target Phone 1. Based on my training and experience, I know drug traffickers routinely switch out their cellular devices to avoid law enforcement detection. A review of the PRTT data over HENDERSON's new phone demonstrates that just before the 11:35 p.m. call described above, HENDERSON tried to call HAWKINS on his new phone (as corroborated in his statement in the 11:35 p.m. call, "I called you, man"); immediately after the 11:35 p.m. call, the PRTT data on HENDERSON's new phone demonstrates a new call from HAWKINS, wherein the two spoke for over a minute. I believe, through my training, experience, and involvement in this investigation, that the two likely discussed HAWKINS' earlier text, wherein HAWKINS appeared to indicate that he had drug proceeds for HENDERSON.

101. My review of PRTT data over HENDERSON's new phone demonstrates that HAWKINS has continued to contact HENDERSON on this new phone number, as recently as August 22, 2023. As such, I believe that HAWKINS and HENDERSON continue to engage in ongoing drug trafficking activities.

---

[9] I believe that this new phone number was obtained by HENDERSON due to the arrest of Target Subjects George TAYLOR and Marie Kendall in possession of approximately 500 grams of fentanyl on August 1, 2023, as described above. I believe that HENDERSON was likely concerned about his other phones (Target Phone 1 and/or Target Phone 2) being saved in the phones of the individuals arrested on August 1, 2023, as these Target Phones have been heavily used by HENDERSON in the past several months to further his drug trafficking activities.

## 2. Amos LITTLES Is Continuing to Engage in Drug Distribution

102.    Amos LITTLES has been intercepted over the Target Phones engaging in drug trafficking activity with HENDERSON on a routine basis; surveillance efforts have confirmed that the two have met in person.

103.    For example, at approximately 10:36 p.m. on June 19, 2023, Amos LITTLES called HENDERSON at Target Phone 1. In this call, LITTLES stated, "I was trying to tell my people that just 'cause it look like that, that's not what (UI) is the thing."  HENDERSON replied, "Yeah."  I believe in this portion of the conversation, LITTLES was reporting that customers did not like the look of a recently obtained controlled substance.  At that point, Amos LITTLES' live-in girlfriend Louise CRAIN joined in the conversation, asking, "That ain't, that ain't the old stuff, right [CRAIN wanted confirmation that the drugs they just received were not from an older batch of drugs, which appears to not have been well-liked by customers]?"  HENDERSON confirmed that was the case, "Nah," and CRAIN replied, "Oh, okay. Cool man, thank you."

104.    At approximately 3:18 p.m. on July 20, 2023, Amos LITTLES called HENDERSON at Target Phone 1. In this call, LITTLES asked, "How you doin' fam?"  HENDERSON replied he was doing well, and LITTLES stated, "Uh, I wanted to holla at you. Where you at?"  HENDERSON replied, "I'm on the…on the R [that is, he was available to distribute the requested narcotics, and LITTLES could come see him at ███ Ralston Avenue, Indianapolis, Indiana, one of HENDERSON's distribution sites]."  LITTLES replied, "Okay. Right on. I need two [LITTLES needed to come purchase an unknown type/quantity of controlled substances], right on…"

105.    In addition to the drug trafficking activities being conducted by LITTLES with HENDERSON, LITTLES' live-in girlfriend, Louise CRAIN, is also engaged in drug trafficking activity with HENDERSON. For example, at approximately 11:42 a.m. on August 9, 2023, HENDERSON

received an incoming call from Louise CRAIN. In the call, CRAIN asked, "But, uh, can I holler at you? We got the cash [CRAIN and LITTLES were prepared to provide HENDERSON cash up front in return for controlled substances]." HENDERSON replied, "Yeah, I'm here [HENDERSON is available to supply CRAIN with controlled substances]." CRAIN responded, "Okay. Just, just one whole time [Crain wanted a quantity of one whole controlled substance]." HENDERSON confirmed the transaction, "Okay."

106.    At approximately 12:06 p.m. August 13, 2023, Amos LITTLES called HENDERSON at Target Phone 2; in this call, the two greeted each other, and LITTLES stated, "Hey, uh, my people just called me, I was just trying to see if I can touch base with you. That's all. Before I tell 'em okay." HENDERSON replied, "Yeah. I'm here." At approximately 12:16 p.m. on August 13, 2023, HENDERSON received a text on Target Phone 2 from Amos LITTLES that read, "Getting 2&2 Amos [that is, LITTLES was requesting two quantities of two different types of narcotics]." Approximately ten minutes later, HENDERSON received a call on Target Phone 2 from Amos LITTLES; in this call, LITTLES stated, "I'm on my way bro." HENDERSON acknowledged, and LITTLES continued, "…where I'm coming, to the apartment?" HENDERSON replied, "Yeah." LITTLES asked, "Did you get my text? [Did HENDERSON see LITTLES request for narcotics?]" HENDERSON confirmed, and LITTLES stated, "Okay. I'm on my way."

107.    At approximately 10:05 p.m. on August 14, 2023, LITTLES called HENDERSON at Target Phone 2. In that call, LITTLES reported, "Hey, I need to holla at you [LITTLES needed to see HENDERSON to obtain additional controlled substances]. I ain't gon' meet with him 'til probably another hour though [LITTLES did not need to meet with his unspecified customer to provide the needed drugs for approximately an hour]." HENDERSON replied he was "at the crib," and LITTLES replied, "Okay.

49

I'll call you before I'm coming."  LITTLES attempted to call HENDERSON at Target Phone 2 at approximately 11:09 p.m. that evening, but HENDERSON did not appear to answer the phone.

### 3.  Tyrone BELL Is Continuing to Engage in Drug Distribution

108.    Tyrone BELL has been intercepted over the Target Phones engaging in drug trafficking activity with HENDERSON on a routine basis. Additionally, surveillance efforts have confirmed that Tyrone BELL has visited ▮▮▮ N. Hawthorne, a stash and distribution location for HENDERSON.

109.    For example, at approximately 11:01 p.m. on May 13, 2023, HENDERSON used Target Phone 2 to call Tyrone BELL. In the course of this call, HENDERSON relayed, "they sitting down and chopping it up man [that is, controlled substances were being prepared for distribution]."  BELL replied, "Oh, okay. Yeah, that's why I was callin' to check on it [BELL was calling to see if the unspecified type of drugs were prepared]. …How right's it look [did the controlled substances look to be of good quality]?" HENDERSON replied, "Dialed in." BELL replied, "Yeah, hell yeah. …I get with you tomorrow, man, when I get out [BELL would come see HENDERSON for controlled substances the next day]."

110.    HENDERSON continued to engage in drug trafficking activities with BELL in June and into July 2023. For example, at approximately 6:08 p.m. on July 16, 2023, HENDERSON used Target Phone 2 to call Tyrone BELL. In this call, HENDERSON appeared to be returning a missed call from BELL, telling BELL, "I couldn't get no signal in that store." BELL replied, "Yeah. Uh, yeah. I pulled up man. I had a couple…That's why I'm calling, I had to bust a move [BELL relayed that he had just driven to one of HENDERSON's locations, because he had drug customers he needed to supply]." HENDERSON asked, "Did you?" BELL affirmed, "Yeah. I just pulled off and shit [BELL just left HENDERSON's spot]."  HENDERSON replied, "Oh, shit. You cool [did BELL need any controlled substances from HENDERSON]?" BELL replied, "Nah. I ain't cool. I had, I had some hard…I had to make a couple moves [BELL needed crack cocaine so that he could sell it to his drug customers].  Where

you gon' be at? You gon' be there [was HENDERSON returning to the location that BELL had just left]?" HENDERSON replied affirmatively, and the call ended.

111.    At approximately 2:48 p.m. on July 20, 2023, Tyrone BELL called HENDERSON at Target Phone 2. In this call, HENDERSON relayed he was, "'Bout to pull in the alley [HENDERSON was about to leave his present location]." BELL asked, "Uh, you ain't got no whats-its-name on the property with you [did HENDERSON have any drugs on his person]?" HENDERSON replied negatively, and asked, "Like what [how much did BELL need]?" BELL replied, "Ah, I probably want to grab ol' what's-her-name. A zip or something [BELL needed an ounce of cocaine]. But I already, they got somebody coming down though [the individual to whom BELL intended to sell the cocaine was on their way to see BELL]. …Yep, cause I know I ain't got enough on me. I know I should of got some yesterday or something [BELL did not have enough cocaine to supply his customer, and was wishing he had re-supplied from HENDERSON the day before]." HENDERSON asked BELL, "You want me to run and grab it real quick [did BELL want HENDERSON to go get cocaine]?" BELL replied affirmatively, "Yeah, that's cool. I'm getting ready to pull up down there." The call ended shortly thereafter.

112.    At approximately 2:53 p.m. on August 12, 2023, HENDERSON used Target Phone 2 to call Tyrone BELL. In this call, the two greeted each other, and HENDERSON relayed, "Yeah, I'm ready to pull up on you. You still right there?" BELL asked, "Yeah, by the park [BELL was near ███ N. Hawthorne Lane, one of HENDERSON's stash and distribution locations]?" HENDERSON affirmed ("Yeah") and the call ended. I believe on this occasion, the two Target Subjects were preparing to meet so that BELL could receive additional controlled substances. I believe this, in part, due to the nature of the relationship between the two (meaning, through this investigation BELL has consistently received controlled substances from HENDERSON, rather than the other way around), and also because I know "the park" is a location consistently used by HENDERSON to store and distribute controlled substances.

113.    On August 14, 2023, at approximately 2:59 p.m. HENDERSON received an incoming call on Target Phone 2 from Tyrone BELL, where BELL asked, "Shit, you make it up here, yet?" HENDERSON replied, "Yeah, I'm leavin'." BELL acknowledged and continued, "Oh, okay…Yeah, I thought you was you on (UI)." HENDERSON answered, "Yeah, I got you. Going by—go back by the park ▮▮▮ N. Hawthorne Lane, one of HENDERSON's stash and distribution locations]." BELL responded, "Oh, okay…Yep, I'm ridin' straight down that way." HENDERSON understood, "Okay."

### 4.  Antwan CHANEY Continues to Participate in the Drug Trafficking Activity

114.    On May 12, 2023, at approximately 9:10 p.m. HENDERSON used Target Phone 1 to call Antwan CHANEY.  In this call, CHANEY asked HENDERSON to, "Give me somethin' great. Tony the Tiger." HENDERSON responded, "Tony the Tiger. Got some kibbles [crack cocaine] layin' around." CHANEY asked, "Ah, you ain't ready yet?" HENDERSON answered, "I got a little. I got some kibbles [crack cocaine] layin' around." CHANEY responded, "Kibbles? Shit I might need ya. I need to see ya in a second. I was checkin' with ya makin sure you was straight." Later on in the conversation, CHANEY asked, "Couple, couple, coup-, what about a couple girls [powder cocaine]?" HENDERSON answered, "Yeah, yeah, yup." CHANEY replied, "Alright. Alright, I'm gonna call you when I get back to the crib."

115.    On June 4, 2023, CHANEY communicated with Gregory HENDERSON over Target Phone 1 via text message between approximately 3:23 a.m. and 3:41 a.m. CHANEY sent, "They want some soft [cocaine]," and then asked HENDERSON, "You want me too come to you?" HENDERSON confirmed, "Yeah." Later that day, at approximately 6:21 p.m., CHANEY placed a call to HENDERSON on Target Phone 1, and said, "Hey bro, my fault about last night, man. I got that for you." HENDERSON answered, "Damn, you was having too much fun, wudn't you?" CHANEY and HENDERSON then discussed how they had too much fun the night before and were unable to complete the payment for the deal. CHANEY said, "I got that for you though. If you got time to stop through. If not, I can give it to you

when I step out." HENDERSON asked, "You at the crib?" CHANEY replied, "Yeah." HENDERSON answered, "I'm out west. I'ma hit you when I come across." Later that night, CHANEY received an incoming call from HENDERSON at approximately 8:12 p.m. HENDERSON asked CHANEY, "Where you at?" CHANEY replied, "At the crib. 'Bout to – I was 'bout to lay down in a second, though." HENDERSON asked, "Wanna slide by the park [██ N. Hawthorne Lane, Indianapolis, a known stash house for HENDERSON's narcotics trafficking]?" CHANEY answered, "Yeah, yeah, yeah. That'll be perfect. That'll be perfect. Alright." HENDERSON responded, "Alright." However, it appeared by the conversation HENDERSON and CHANEY had the next day (June 5, 2023), CHANEY did not pay HENDERSON for the narcotics. On June 5, 2023, CHANEY sent HENDERSON a text message at approximately 10:33 a.m., "Man I swear I got the cash and some more for you I was tired as fuck from the night before I passed out we will handle it today."

116.    On July 28, 2023, at approximately 5:42 p.m. HENDERSON used Target Phone 1 to call CHANEY.  In the call, CHANEY asked, "I need one [an unknown quantity of narcotics], can I come see you?" HENDERSON replied, "Uh, yeah." CHANEY then asked, "Where you at?" HENDERSON responded, "I-I'm leaving up, uh, up here on Shadeland. Headed, headed over on Emerson. I'mma--let me—I'mma call you in a few seconds." Later that night at approximately 6:13 p.m., CHANEY received an incoming call from HENDERSON on the Target Phone, where CHANEY asked, "Where you at?" HENDERSON answered, "I'm on forty, forty-second and Em [The apartment building located at 4120 Stonecrest Court, Indianapolis, HENDERSON's primary residence and where he stores some of his narcotics]." CHANEY replied, "A'ight, I'm on my way. Where I came last time?" HENDERSON replied, "Yep". CHANEY answered, "A'ight, here I come." At approximately 6:33 p.m. that night, CHANEY received an incoming call from HENDERSON where CHANEY stated, "Three minutes I'm at the door." CHANEY then asked, "You got a CashApp?" HENDERSON confirmed, "Yeah." CHANEY replied,

"A'ight, bet, I'm- I'm- I'm- I'm at the outside now." At approximately 6:35 p.m. the same day, surveillance officers observed CHANEY park his vehicle in the parking lot of HENDERSON's apartment complex and walk into the apartment building (███ Stonecrest Court, Indianapolis, Indiana).

117. Since approximately August 3, 2023, HENDERSON has largely replaced Target Phone 1 with a new phone number. Law enforcement does not have wire and electronic intercepts for this new phone number, however, HENDERSON's call log data is extremely similar to HENDERSON's target phones which indicates that HENDERSON's new number is a 'replacement phone.' Law enforcement believes that HENDERSON now predominantly uses this new cellular telephone to further conduct his drug trafficking activities. Based on my training and experience, I know drug traffickers routinely switch out their cellular devices to avoid law enforcement detection. CHANEY has continued contact with HENDERSON on this new phone number and has had contact with HENDERSON as recently as August 22, 2023.

### 5.    Danyell MCCULLOUGH Is Assisting HENDERSON in the Drug Trafficking Conspiracy

118. Danyell MCCULLOUGH has been intercepted repeatedly over Target Phones 1 and 2. Through a number of conversations between the two, I have learned that MCCULLOUGH is aware that HENDERSON's primary occupation is drug trafficking.

119. On May 3, 2023 at approximately 10:18 p.m. HENDERSON used Target Phone 2 to call MCCULLOUGH, and in the course of the conversation, they talked about the dog, Rocco, that they appear to jointly care for but which appears to routinely live with MCCULLOUGH.  MCCULLOUGH explained, "I think he high? I think he got a bag, hold of the doctor." HENDERSON was confused and told MCCULLOUGH, "At Noah Hospital. She said, she need the package [the package the dog got into that was making the dog sick] and she gave me a number to call and she said we can bring him in there." MCCULLOUGH replied, "Well listen to what I'm saying. I think he ahold of, some stuff [an unspecified

type of narcotics that were being held at MCCULLOUGH's residence]." HENDERSON asked, "What stuff?" MCCULLOUGH answered, "But what. He looks high. Like he got ahold of something." HENDERSON asked again, "Like what?" MCCULLOUGH wasn't sure and explained, "I got different, I got different stuff over here [MCCULLOUGH has some different narcotics at her residence on ███ Emerson Court South Drive than whatever HENDERSON keeps at the location and was trying to tell HENDERSON that those drugs were what the dog likely ingested]. So you want me to just say what he got ahold of? What he probably got into [MCCULLOUGH wanted to know if HENDERSON wanted her to say what type of drug the dog probably got into over the phone, because she knew HENDERSON was law enforcement conscious and did not like talking about drug trafficking activity over the phone]? Cause he is always in my stuff, that's why I tell him to go leave out of the room all the time." HENDERSON, frustrated, said he would talk to MCCULLOUGH soon and ended the call.

120.    On June 12, 2023 at approximately 11:58 p.m., HENDERSON received a call on Target Phone 2 from Danyell MCCULLOUGH. At this time, HENDERSON was traveling back from a vacation cruise that went to the Bahamas and was reentering into the United States. HENDERSON told MCCULLOUGH, "Well they [U.S. Customs and Border Patrol (CBP)] said when my name came through their- their federal shit [HENDERSON explained that CBP stopped him as he returned to the United States because his name was flagged from being on federal supervised release]. Shit. They, they already know. I, I told them I got my papers (U/I) said we already know everything and shit. [HENDERSON had paperwork for being a felon and received paperwork to travel]." MCCULLOUGH replied, "Oh. They just wanted to check your shit [MCCULLOUGH believed HENDERSON was stopped because CBP wanted to look through his phone because he's a felon]." HENDERSON discussed a mishap of losing his phone at the hotel, then requested money from MCCULLOUGH: "I need a hundred dollars on CashApp. You got it?" MCCULLOUGH replied, "I sent that dude four hundred dollars. He was looking for you."

HENDERSON responded, "Who you talkin' bout? My 'Ese [RICO DE LEON]'?" MCCULLOUGH wasn't sure who he was referencing: "I don't know who he is, I just know that you already send money to him and he looks like um- sending messages through it like, um- so I got two emails from- on email he was like, 'Um, Whitey, are you okay?'" HENDERSON confirmed, "Yeah That's Ram- Rami Rico. That's my Mexican [that is his source of supply for narcotics, Ramiro RICO DE LEON]." MCCULLOUGH understood, "Okay yeah. I just see him- I send him four hundred 'cause that's all I had on CashApp…but I can go put the, uh, one hundred dollars, a hundred real quick…"

121.   On June 13, 2023, MCCULLOUGH called HENDERSON at Target Phone 2, and immediately said, "Hey, my love. I meant to call you on that other phone. Um, I had a question.  Should I…I meant to call you on your other phone 'cause I have a question…for someone."  HENDERSON said, "Okay," and the call ended. A minute later, at 12:47 p.m., MCCULLOUGH called HENDERSON at Target Phone 1, and said, "Yeah, um, he wants to know, well, ok, somebody I know wants to know how much is the um, ball of ice [methamphetamine]. How much would you sell it for?"  HENDERSON ultimately told her, "About 50 bucks."  MCCULLOUGH told HENDERSON, "Ok, I'm probably going to go down there and grab it. I'll bring the change with me." On this occasion, HENDERSON claimed that he did not "have it," but I believe that is because he did not want to tell her where he was located at that time. In this call, I know that MCCCULLOUGH is aware that HENDERSON sells methamphetamine.[10]

122.   On June 21, 2023 at approximately 12:45 p.m., HENDERSON received a call on Target Phone 2 from MCCULLOUGH discussing her lost phone. MCCULLOUGH asked, "Was it in there?" and

---

[10] I believe that, on occasions, HENDERSON has stored controlled substances with MCCULLOUGH. On May 3, 2023, MCCCULLOUGH and HENDERSON spoke over Target Phone 2, and MCCULLOUGH was concerned that the dog had gotten into those drugs, telling HENDERSON, "I think he gotta…well listen to what I'm saying. I think he a hold of, some stuff. We can't take him [to the veterinarian].  He looks high. Like he got a hold of something."

then followed up, "I went out there to get shit out the car…you was supposed to be seein' if I set my phone down." HENDERSON said he was "Going back out there now." The two continued their conversation and MCCULLOUGH was still distraught over losing her phone. HENDERSON tried to recall where MCCULLOUGH may have left her phone and stated, "I grabbed the percs [Percocet pills] out the back. Hand them to you. You threw them on the front seat. And then- it wasn't on- uh, (U/I) these are mine but I didn't see, you ain't had nothing in here."

123.    On July 4, 2023 at approximately 6:18 p.m., HENDERSON received a call from MCCULLOUGH and she asked, "Can I get like two rollers [ecstasy pills] from you?" HENDERSON replied, "Uhhhh, I don't. I don't think there's any down there." MCCULLOUGH asked, "Where they at? With your brother?" HENDERSON replied, "That's what I'm sayin. I don't think he have none down there. Ah. My uh, let me see if "Q" [Quincy Griffin, who resides at ████ Ralston Avenue, a stash and distribution location for HENDERSON] got some." MCCULLOUGH responded, "Okay. (U/I) call me back, let me know…" and then the call shortly concluded.

124.    On June 16, 2023 at 7:36 p.m., MCCULLOUGH called HENDERSON at Target Phone 2 and asked him to help her because her car was stalled in a bad area of town. HENDERSON replied that she would have to call a tow truck, because, "I'm getting' ready to jump on the highway. I gotta meet these people…my people that you sent the money to, bae." In this call, I believe that HENDERSON was referencing the drug traffickers with whom he deals in Lexington, Kentucky, and wanted to be cryptic about it. From this call, I further confirmed that MCCULLOUGH has been informed about HENDERSON's illegal activities.

125.    Additionally, on August 14, 2023 at 2:47 p.m., HENDERSON received an incoming call on Target Phone 2 from phone number ending in tan2739 (UM2739). UM2739 wanted HENDERSON to supply synthetic marijuana by printing paper with legal language and smuggling it into the jail as legal

documentation. Within this call, HENDERSON confirms he will help UM2739, and states, "Okay. Yeah. My girl, she just went to buy the printer too so yep. Alright." HENDERSON then recruited MCCULLOUGH to assist in this arrangement with UM2739. At approximately 3:54 p.m. (about an hour after HENDERSON's discussion with UM2739), Danyell MCCULLOUGH sent a text message to HENDERSON on Target Phone 2, "I will set the printer up and print thos docs after I cook dinner. Do you want them tonight are you gonna come and get them 2morrow?" HENDERSON replied at 3:57 p.m., "It ain't no rush I just wanted to get the ball rolling." From this call, however, I believe that MCCULLOUGH is assisting HENDERSON in his efforts to create sheets of synthetic marijuana or known as K2, further described below.

### 6. HENDERSON Is Also Engaged in Manufacturing Sheets of K2

126. HENDERSON has been intercepted over the Target Phones discussing synthetic cannabinoids, or K2, which are human-made chemicals that can be sprayed on paper so they can be smoked. Based on my training and experience, these chemicals are commonly sprayed on legal paper or documentation in order to be smuggled into a jail. As set forth above, on July 23, 2023, HENDERSON spoke with GILBERT about this illegal activity. HENDERSON has spoken with other individuals about this as well.

127. For example, on May 26, 2023 at approximately 12:28 p.m., HENDERSON received a text message on Target Phone 2 from Breon Nichols that read, "What up bro. This one da same as da last one. Just letn u know. I think it need another bath..lol [the synthetic marijuana Nichols purchased from HENDERSON needed to be sprayed more]." Later that day at approximately 12:56 p.m., HENDERSON received a text message from Breon Nichols on Target Phone 2, asking, "Bro u think can switch it out for da newspaper [synthetic marijuana]..lol.i can bring all this back. Idk bro. It just ain't hitn..let me know [Nichols was looking for a better high and wanted to switch out his synthetic marijuana]."

128.    On August 14, 2023 at 2:47 p.m., HENDERSON received an incoming call on Target Phone 2 from an unknown male (UM2739). HENDERSON asked, "You want me to put it on the—What you want me to put it on the blank sheets?" UM2739 responded, "Nah. Hell no. I want you to put a case log on it. You know? You can do a case log for uh... conspiracy, RICO, Nine-twenty—[UM2739 was wanting HENDERSON to create documents that looked like legal papers, so that the fake 'legal papers' could be smuggled into the jail with less scrutiny]." HENDERSON understood: "Okay." and UM2739 continued, "You know, Nine-twenty--. You know (UI). Look, I got my man though who got a bag, though. Know what I'm sayin'? I just wanna start tomorrow, we gon' get it going. They perfect, though. (UI), they motherfuckers been doin' that mediocre (UI). But I got my mans in Pollock, Louisiana. I got some real motherfuckers, though, and you know what I'm sayin'. They, they already see what they doin' is... They making the envelopes to nothin'. Sendin' 'em (UI), sendin' 'em out where a motherfucker who leaves. And then, they mail it up back to them, like they they lawyers." HENDERSON acknowledged, and UM2739 reaffirmed, "Yeah. Don't be...that's a million dollar game, man. You owe me one."

129.    This August 14, 2023 call continued, with UM2739 then expressing urgency, and continuing to explain his plan, "…I'm waitin' on you. I'm waitin' on you. Overnight. Hey, overnight that shit. I got you…I'ma tell, I'ma tell, I'ma tell you (UI) I got a lil' shit goin' on that's makin' a lot of paper [money]. That's why I need some paper [money] though. So I can make this shit bigger like... I'm playin' with a little paper but I'm make—but I'm making progress [UM 2379's drug operation was small, but he was working to expand it]. (UI) what I'm doin' 'cause I gotta see shit from the bottom up. It's not that I'm tryna jump back out here like I'm big homie. It ain't like that up here in Chicago. Like, uh...Yeah. So I had to, I had to figure it out from the bottom but I know now and I got like 20 spots. Like, nickel spots. I got like 20 spots on all type of shit. On a (UI) up shit, so shit boomin' is different now—now just me me tryin' to find somebody to buy fifty and a hundred here and there. I'ma move 50 and 100 a day but it

be...(UI) though…So yeah. That's what I'm sayin'. Let's get some shit crackin', though. I do need you to send me a couple dollars though. I needa emergency for real." HENDERSON replied, "I'ma, I'ma uh... I'ma CashApp you a little later." UM2739 said, "A'ight. And be in but let's get on that overnight, uh... Overnight that to me. I'ma give you the address when you uh... when you ready (U/I) for it."

130.    In this call, HENDERSON confirmed he understood: "Okay. Yeah. My girl [McCULLOUGH], she just went to buy the printer too so yep. Alright."[11] UM2739 wanted to confirm, "…what's the name? I got them, I got them at uh... quick little six-fifty. I just had them at that goin' through another nigga already so I wanna keep them like that for him but I want them to see what you got. And we can worry about the price and that if we got a—'cause I know we ain't know what they doin'. You feel me?...So I know you doing that for one. I was doing him two for that. For what, you know what I'm sayin'? He was doin' me 1300 at a time. I (UI)…You know what I'm sayin'? I was givin' him two. Making him have to jam one for us and jam one for him. See I'm here in the bottom with his ass 'cause he got a, he got a lot of (UI) too so... we ain't gotta worry about, you know what I'm sayin'? He's tryna do nothin'...too much too fast. We can milk his ass all the way out while we get this three little bands real quick…That shit like swiping cards." UM2739 laughed and HENDERSON positively confirmed, "Yeah."

C.    **Financial Investigation Further Confirms the Drug Trafficking Activity Is Ongoing**

131.    I have conferred with the IRS-Criminal Investigation Special Agent assigned to this investigation, Special Agent James Howe, regarding the usage of laundered drug proceeds, the usage of bank accounts to launder money, the usage of wire remitters to launder money, the usage of peer to peer

---

[11]   I know that HENDERSON did, in fact buy a printer; at 3:54 p.m. on August 14, 2023, Danyell MCULLOUGH sent a text message to HENDERSON on Target Phone 2: "I will set the printer up and print thos docs after I cook dinner. Do you want them tonight are you gonna come and get them 2morrow?" HENDERSON replied at 3:57 p.m., "It ain't no rush I just wanted to get the ball rolling."

payment systems to launder money, the usage of nominees and other money laundering related issues specific to this investigation, and regarding other investigations in the past.   The IRS-Criminal Investigation Special Agent assigned to this investigation has provided the financial information set forth below.

### Wire Transfers – HENDERSON and RICO DE LEON

132.    From March 22, 2023 through June 19, 2023, 17 wire transfers totaling $15,600 were sent from Indianapolis, Indiana (16) and Louisville, Kentucky (1) to Sinaloa, Aguascalientes and Mexico City, Mexico.  The wire transfers were sent to nine individuals, including RICO DE LEON, in Mexico.  The wire transfers were sent using the name of Corree Williams and the telephone numbers provided by the sender to send the wire transfers was either Target Phone 1 or Target Phone 2.  Investigators obtained surveillance footage from CVS Pharmacy for May 17 and May 18, 2023, which was the location that transmitted the MoneyGram wire transfers on those days.  The surveillance footage shows HENDERSON, not Corree Williams, sent the two wire transfers on May 17 and May 18, 2023. Additionally, surveillance units observed HENDERSON enter the CVS Pharmacy on May 18, 2023.   Other investigators and I believe it is likely that all 17 wire transfers detailed above were sent by, or on behalf of, HENDERSON.

133.    On June 12, 2023, HENDERSON's Target Phone 1 was imaged by investigators in Florida pursuant to a search warrant.  The image included a history of WhatsApp conversations and images.  The WhatsApp conversations show that images of receipts for 15 of the 17 wire transfers discussed above were sent through WhatsApp to RICO DE LEON's phone number ██████6740.  Additionally, investigators intercepted photos of wire transfer receipts sent by HENDERSON through WhatsApp to RICO DE LEON for the remaining two wire transfers. Based on my training and experience, it is common for drug traffickers to send wire transfers to their sources of supply.  Further, it is common for drug

traffickers to take photos of wire transfer receipts and send them to their sources of supply as proof that the wire transfers were sent.

134.    All of the payees for the 17 wire transfers discussed above, including RICO DE LEON's own name, were provided by RICO DE LEON to HENDERSON through WhatsApp messaging.   The messages were either recovered from the June 12, 2023 search warrant on HENDERSON's phone or they were intercepted by investigators.

135.    Intercepts have shown that RICO DE LEON and HENDERSON discuss using nominee names to send wire transfers.   For example, on June 14, 2023, RICO DE LEON called HENDERSON and they discussed nominee names.   The following is an excerpt from the intercepted conversation:

> *RICO DE LEON: Or..or...or anyway you can bring one band tomorrow. One Friday?*
> *HENDERSON: Yeah I can do that.*
> *RICO DE LEON: Okay sounds good. I'm gonna send you the name, bro. Cause they wanted the name.*
> *HENDERSON: Okay.*
> *RICO DE LEON: (UI) you should try to find somebody. Like somebody to help you do the...that money transfer bro, so you won't be like burning your name all the time.*
> *HENDERSON: Okay. Yeah. That's ahhh....that's ahh alias anyway, but yeah I'll still. Yeah.*
> *RICO DE LEON: Oh thats a fake name?*
> *HENDERSON: Yeah.*
> *RICO DE LEON: Oh that's cool then. That's cool. But ugh...(UI)*
> *HENDERSON: Yep.*
> *[Phone cutting out]*
> *RICO DE LEON: Alright bro I'm gonna send you the name, and I'm a call my dude and let him know that you can be over there tomorrow. Cause yeah, if you can do that...we got two of them just sitting around. You know?*
> *HENDERSON: Okay.*
> *RICO DE LEON: Alright...Alright Bro.*
> *HENDERSON: Alright.*
> *RICO DE LEON: I'll let you know later on then.*
> *HENDERSON: Okay.*
> *RICO DE LEON: Alright bro bro.*

136.    Based on my training and experience, I am aware that a vast majority of controlled substances distributed in the United States, including Indiana, are trafficked in the United States by drug

62

trafficking organizations based in Mexico.  It is common for drug proceeds generated in the United States to be sent by wire remitters to drug trafficking organizations in Mexico.

137.   Based on the investigation to date, other investigators and I believe it is likely that most of the wire transfers were received by nominees in Mexico and contained drug trafficking proceeds.  It is common for drug trafficking organizations to utilize wire remitters, such as MoneyGram, throughout the United States to wire the proceeds of drug trafficking to Mexico or to states on or near the border that is ultimately destined for Mexico.  The use of wire remitters enables the drug trafficking organizations to quickly move large amounts of drug distribution proceeds across geographically distant areas and avoid law enforcement detection and possible bulk cash seizures.  Additionally, sending wire transfers in someone else's name to multiple nominees further inhibits law enforcement's ability to detect the wire transfers/drug trafficking activity.

### CashApp – HENDERSON, RICO DE LEON and MCCULLOUGH

138.   CashApp is a peer to peer payment system that allows users to transfer money between banks, bank accounts and accountholders.  Additionally, CashApp users can receive, send and spend funds directly from their CashApp balance.  CashApp payments can be conducted on mobile devices and computers.

139.   Based on intercepts and subpoenaed CashApp information, I believe that HENDERSON is utilizing a CashApp account in the name of Danyell MCCULLOUGH to facilitate his drug trafficking and money laundering activity.  HENDERSON and MCCULLOUGH appear to be in a relationship and MCCULLOUGH has been intercepted on multiple occasions during this investigation.  On April 4, 2023, Target Phone 2 was linked directly to the CashApp account utilized by HENDERSON that is in MCCULLOUGH's name.  MCCULLOUGH appears to use a separate CashApp account also in her name that is linked to phone number ███████-6443, which is a telephone number utilized by MCCULLOUGH

and intercepted on multiple occasions. Both CashApp account profiles for these two accounts in the name of MCCULLOUGH show an address of ███ Emerson Court South Drive in Indianapolis, Indiana 46218.

140. The CashApp account utilized by HENDERSON that is in MCCULLOUGH's name had payments totaling approximately $17,876 from January 3, 2023 through July 29, 2023 that involved the following individuals that I believe are either HENDERSON's drug customers and / or coconspirators: Breon NICHOLS, Antwan CHANEY, Bobby VAUGHN, William MITCHELL, George TAYLOR, Jermaine HAWKINS, Terry ALEXANDER, Tyrone ESTERS, Jovan DAVIS and Quincy GRIFFIN.

141. The CashApp account utilized by HENDERSON that is in MCCULLOUGH's name sent approximately $15,386 in CashApp payments between January 21, 2023 and July 30, 2023 to RICO DE LEON's CashApp account. Additionally, the separate CashApp account in the name of MCCULLOUGH that is used by MCCULLOUGH sent three payments totaling $1,099 to RICO DE LEON's CashApp account in November 2022, December 2022 and April 2023. I believe MCCULLOUGH sent these three CashApp payments at the direction of HENDERSON.

142. On December 23, 2022, the CashApp account utilized by HENDERSON that is in MCCULLOUGH's name sent a $1,000 CashApp payment to a CashApp account held by Marquis JACKSON. JACKSON has been known to investigators since 2019 as a source of controlled substances to the Indianapolis area. JACKSON lives in the Los Angeles, California area and supplies methamphetamine, cocaine and heroin.

143. The CashApp account utilized by HENDERSON that is in MCCULLOUGH's name was funded by CashApp payments as well as direct transfers from HENDERSON's personal Huntington Bank account. From January 21, 2023 through July 30, 2023, $16,355 was transferred from HENDERSON's Huntington Bank account to the CashApp account. Investigators confirmed that approximately $7,310 of the $16,355 in transfers to the CashApp account were funded by cash deposits into HENDERSON's

Huntington Bank account. Investigators believe it is likely the remaining $9,045 in transfers from HENDERSON's bank account to the CashApp account were also funded by cash deposits into HENDERSON's bank account; however investigators have not yet received complete records from Huntington Bank and they are unable to confirm the cash deposits.

144. Intercepts have shown that RICO DE LEON and HENDERSON discuss sending money from HENDERSON to RICO DE LEON via CashApp. For example, on July 15, 2023, RICO DE LEON called HENDERSON and they discussed controlled substances and CashApp payments. The following is an excerpt from the intercepted conversation:

> RICO DE LEON: A'right bro, so, you think you can send me the one (1) band, tomorrow?
> HENDERSON: Yeah I can- yeah, I can do that.
> RICO DE LEON: A'right, I'mma send you a name, bro. We don't-- uh-uh my people that was telling me too, they don't have no Cash App, or know about that. I'mma send you a CashApp.
> HENDERSON: Okay.

145. It is common for drug traffickers to utilize nominees and/or nominee accounts to conduct financial transactions, including CashApp payments, with drug proceeds on their behalf. Using nominees and/or nominee accounts to conduct financial transactions conceals the nature, source, ownership and control of the drug proceeds in violation of 18 USC 1956(a)(1)(B)(i) money laundering-concealment. Further, conspiring to deposit drug proceeds in this manner is a violation of 18 USC 1956(h) money laundering (conspiracy).

### *Maurice ERVIN*

146. According to the Indiana Secretary of State, First Impression Property Management LLC filed Articles of Organization on February 17, 2016. The Articles of Organization list Maurice ERVIN as the registered agent. On June 22, 2022, First Impression Property Management LLC filed a Business Entity Report with the Indiana Secretary of State listing ERVIN as a member and president.

65

147.   Marion County property records indicate that First Impression Property Management LLC owns five properties in Marion County, Indiana including ███ N. Sherman Drive in Indianapolis, which is currently occupied by Christopher NORFOLK.

148.   On May 16, 2022, a total of $13,000 in cash was deposited into the First Impression Property Management LLC bank account at two separate Huntington Bank branches in Indianapolis, Indiana.  $6,000 was deposited at one branch and $7,000 was deposited at a second branch.  I believe the $13,000 in cash was split up and deposited between the two branches in order to avoid government reporting requirements that require the bank to file a Currency Transaction Report for each deposit of cash over $10,000.  I believe it is likely that ERVIN, or someone on ERVIN's behalf, conducted the deposits in this manner in an attempt to conceal the deposit of cash generated from unlawful activity.

149.   From October 22, 2020 through October 19, 2021, ERVIN sent nine wire transfers totaling $10,650 to Chihuahua, Mexico.  ERVIN sent the wire transfers through MoneyGram and Western Union. Seven of the wire transfers were sent from the Indianapolis, Indiana area and two wire transfers were sent from Victorville and Fontana, California which are near Los Angeles.

### Jermaine HAWKINS

150.   According to account profile information subpoenaed from CashApp, HAWKINS' address as of April 4, 2023 is ███ N. Hawthorne Lane in Indianapolis, Indiana 46218.  From May 14, 2023 through July 25, 2023, HAWKINS sent five CashApp payments totaling $230 to the CashApp account utilized by HENDERSON but in MCCULLOUGH's name.   From investigation to date, I know that Jermaine HAWKINS resides at ███ Hawthorne Lane, which is a residence routinely used by HENDERSON to store and distribute controlled substances.

66

### Quoshawn STEWART

151.    According to account profile information subpoenaed from CashApp, STEWART's address as of June 3, 2019 is ███ Meadows Drive, Apartment ██ in Indianapolis, Indiana 46205.  On July 20, 2022, STEWART sent two CashApp payments totaling $36 to MCCULLOUGH's CashApp account (the CashApp account utilized by MCCULLOUGH).

### George TAYLOR

152.    According to account profile information subpoenaed from CashApp, TAYLOR's address as of July 8, 2023 is 2716 ██████ Avenue in Indianapolis, Indiana 46218.  From May 25, 2023 through July 26, 2023, TAYLOR sent 26 CashApp payments totaling $2,830 to the CashApp account utilized by HENDERSON but in MCCULLOUGH's name.

### Antwan CHANEY

153.    According to account profile information subpoenaed from CashApp, CHANEY's address as of May 30, 2022 is ████ North Gray Street in Indianapolis, Indiana 46201.  From January 27, 2023 through July 29, 2023, CHANEY sent five CashApp payments totaling $2,079 to the CashApp account utilized by HENDERSON but in MCCULLOUGH's name.

### Terrill HAWKINS

154.    According to account profile information subpoenaed from CashApp, HAWKINS' address as of April 11, 2023 is 9517 █████ Lane in Indianapolis, Indiana 46235.  On June 21, 2023, a $300 CashApp payment was sent from MCCULLOUGH's CashApp account (the CashApp account utilized by MCCULLOUGH) to HAWKINS.

### Dontoria Gilbert

155.    On June 5, 2023, GILBERT sent a $200 CashApp payment to the CashApp account utilized by HENDERSON but in MCCULLOUGH's name.  On June 8 and 23, 2023, the CashApp account utilized

67

by HENDERSON but in MCCULLOUGH's name sent two CashApp payments totaling $400 to GILBERT.

## V.
## PROBABLE CAUSE THAT THE TARGET SUBJECTS ARE ENGAGING IN DOGFIGHTING

### A.    The Dogfighting Enterprise Continues to Operate

156.    As set forth below, beginning in October 2022, the USDA-OIG began investigating a local dogfighting ring based in Indianapolis, Indiana. The federal Animal Welfare Act defines "animal fighting venture" as "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least two animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(l). It is illegal to sponsor or exhibit an animal in an animal fighting venture. 7 U.S.C. § 2156(a)(l). It is also illegal to possess, train, sell, buy, transport, deliver or receive an animal for purposes of having the animal participate in an animal fighting venture. 7 U.S.C. § 2156(b). Each of these offenses are felonies punishable by up to five years in prison. 7 U.S.C. § 2156(j); 18 U.S.C. § 49. The Secretary of Agriculture is authorized to enforce the Animal Welfare Act, which provides that "[t]he Secretary or any other person authorized by him shall make such investigations as the Secretary deems necessary to determine whether any person has violated or is violating any provision of this section." 7 U.S.C. § 2156(e).

157.    If two or more persons conspire either to commit any offense against the United States, or defraud the United States, or any agency thereof in a manner or for any purpose, and one or more of such persons do any act to affect the object of the conspiracy, each shall be fined under title 18 U.S.C. §371 or imprisoned not more than five years, or both.

158.    As set forth below, the following individuals have been engaging in an ongoing conspiracy to an animal fighting venture, in violation of Title 7, United States Code, Section 2156: Gregory

68

HENDERSON, Christopher NORFOLK, Maurice ERVIN, Michael SANDERS, James CROONS, Charles RICHARDSON III, Landon JONES, Edward BRONAUGH, Donovan TIPLER, and Marvin JOHNSON Jr. (hereinafter collectively referred to as "the Dogfighting Enterprise").

### 1.    Background on Animal Fighting Ventures

159.    The following background information is based on my conversations with the USDA-OIG agent who has joined this investigation.  In the United States, dog fighting typically involves terrier-type dogs which dogfighters prefer for their compact muscular build, short coat, and the aggression that some display toward other dogs. A dogfight occurs when two dogs are released by their owners or handlers in a controlled environment, to attack each other and fight. An organized fight ends when one dog withdraws, when a handler "picks up" their dog and withdraws from the match, forfeits the match by other means, or when one or both dogs suffer extreme injuries that do not allow them to continue. It is possible for the participating dogs to be severally injured and possibly die from injuries during an organized fighting event.

160.    Dogfighters select the strongest, most aggressive, and capable fighting dogs and selectively breed, sell, and fight only those dogs that display particular traits suggesting they would make good fighters. Both male and female dogs are utilized as fighters in organized events. Male dogs are matched against respective males, while female dogs are paired against other females.

161.    The most common way that a dogfighter tests a particular dog to ascertain whether the dog is "game" is to "roll" the dog. A "roll" is a dogfight conducted for purposes of "game-testing" rather than for wagering. "Roll" fights generally last from five to fifteen minutes, at which point the handlers usually stop the fight. However, "roll" fights can result in serious injury or death to one or both dogs.

162.    Not all the pups in a litter bred from fighting dogs will show the inclination to fight. Dogfighters refer to dogs who do not demonstrate a willingness to fight by the time they reach maturity as a "cur", "cold" or "shy." To avoid public scrutiny, dogfighters typically do not sell these dogs to non-

dogfighters or take them to an animal shelter. Since reluctant or non-aggressive dogs have no value to a dog-fighting enterprise, they are often "culled" or killed. My fellow investigators and I are aware of subjects of dog-fighting investigations having killed dogs by shooting them, strangling them, bludgeoning them, drowning them, electrocuting them, or by neglecting their needs until they die of starvation or from the effects of their wounds.

163.    It is a common practice for individuals involved in the breeding, raising, conditioning, and exhibition of fighting dogs to possess multiple dogs of both sexes and of a variety of ages. This practice is followed for several reasons. First, dogfighters maintain a stock of dogs at different weights and both sexes because, in dogfights, dogs are matched against other dogs to an agreed upon weight against dogs of the same sex. Maintaining a stock of several dogs thus increases the odds of owning a dog of the required sex that can be readily conditioned to the agreed upon weight for a contracted match. Second, dogfighters also maintain multiple dogs to selectively breed, sell, and fight dogs displaying certain traits or to otherwise advance a particular dogfighting "bloodline."

164.    Further, dogfighters must possess an inventory of multiple dogs since they can be injured severely or die from their wounds received during a fight. Possessing multiple dogs also increases the prospects of owning a dog who will become a Champion or Grand Champion. Dogfighters also routinely test and "roll" their dogs, including against their own dogs.

165.    Organized dogfights are typically governed and judged by an agreed upon set of rules and practices leading up to and during the fight. Owners or handlers of fighting dogs enter a verbal or written contract with their opponent several weeks before the fight, often referred to as a "match" or "show." The owners or handlers agree upon: (1) the sex and weight of the dogs at the time of the fight; (2) the date and geographic area in which the fight will occur (the exact location of which is often a guarded secret until shortly before the fight); (3) a referee; (4) the payment of "forfeit" money that is lost if one participant

pulls out of the match or if a participant's dog does not arrive at the agreed-upon weight; and (5) monetary entry fees or wagers placed by the respective fighters.

166. To facilitate the movement and delivery of dogs involved in sales, transfers between owners, distant breeding agreements, or actual fights, dog fighters will often employ the use of a fighting dog "transporter." Dog fighters utilize transporters that understand the dog fighting culture, the underlying criminal nature of the business, and the need to transport these "fighting dogs" in such a manner that the dogs cannot interact. Due to the fighting dogs' breeding, willingness to fight, and training, they are typically "canine aggressive" and often attack when placed in proximity of other dogs, regardless of breed or circumstances. These attacks can result in serious injuries and/or death. Transporters familiar with dogfighting are aware of these characteristics and know to keep the dogs separated at all times during the shipping process. Such overt aggression amongst dogs would typically cause concern and alarm from conventional pet transporters thus bringing unwanted attention to the full purpose of the dogs and their movements. Transporters will often advertise their services via on-line forums used by dog fighters. In addition, dog fighters and breeders will share their "favorite" transporter with each other on these forums, by word-of-mouth, and through other methods of electronic and digital communications.

167. It is common for fighting dog transporters to travel extensively from state to state picking up and delivering multiple fighting dogs to numerous locations. The customers of these transporters will sometimes represent to the transporter that a dog is being transported for a specific fight; or for a "keep," *i.e.*, to be prepared for a specific fight; or to be bred to a specific dog from a fighting "bloodline."

168. These transporters may not operate as a legitimate, registered, overt business, because they are aware of the intentions of their customers, and derive their income predominantly or exclusively from those engaged in illegal activities with the dogs. Such transporters may charge additional fees for transporting a dog with scars or injuries, because they know they will be bearing the risk of criminal

71

liability for possessing or transporting fighting dogs if they are stopped by law enforcement during the transport.

169.    Dogs used in animal fighting ventures are housed separately from other dogs, in pens, cages, or on chains, so that they will not hurt or kill other dogs when the handler is absent.

170.    Due to the known criminality of dog fighting, owners and handlers often take steps to house fighting dogs away from public view, such as by placing them in remote areas, or at the back of property lines, in wooded areas, inside sheds, garages, barns, or basements, or by erecting tall opaque fences around areas where fighting dogs are maintained.

171.    When maintained outside, dog fighters routinely keep their dogs tethered by a large metal chain securely anchored into the ground. Often these chains are very heavy which continually strengthens the muscles of the dogs. Often these chains are consistent with those utilized to tow or restrain vehicles during transport and recovery. The chains are clearly excessive in their weight and construction necessary to tether any animal of this size and strength. It is not uncommon to find dogs with injuries from the chains and collars constantly bearing and abrading against their fur and skin. The dogs are chained near each other but just outside of the reach of each other to maintain aggression. The chain length is often long enough for the dog to walk in a circle; to see and bark at other dogs, to keep them in a state of agitation, and to enter/exit some sort of shelter. Often, the dogs' continual circular movement on the chain wears down the area surrounding the shelters, exposing the dirt and mud. In addition, the dog shelter is often a 50-gallon plastic barrel turned on its side with a hole cut into it for access or a minimal wooden doghouse.

172.    Dog fighters often use specialized tools to include, but not limited to, weighted collars, weighted leashes, weighted vests, heavy chains, tread mills (often human tread mills modified to hold pit bull-type dogs in place), "jenny mills" or "cat mills" to condition dogs, and other devices capable of being used to exercise or restrain fighting dogs. Additional specialized tools include, but are not limited to,

wooden sticks or handles constructed of wood, plastic, or nylon, referred to as "break" or "bite" sticks that are used to pry open dogs' jaws; weight scales; and breeding stands. Breeding stands, often referred to as "rape stands" are used to physically restrain the female during the mating process, when she is in "heat."

173.   In contracted matches, dog fighters often weigh their dogs using a digital or manual hanging scale. The purpose of weighing the dogs is to ensure that both fighting dogs are at the agreed upon weight.

174.   Prior to each contracted match, fighting dogs are placed in a conditioning period similar to what a human fighter or boxer completes prior to his or her scheduled bout. This conditioning period is referred to as a "keep" and can vary from each owner, trainer, or handler. Owners will often utilize a third-party individual who is experienced at physically conditioning and preparing a dog for a contracted match. The "keep" will encompass physical conditioning, weight control, and endurance training for the dog, as well as vitamins, supplements, and special diets.

175.   Although dogs used for fighting are often housed outside, a dog in a "keep" may be housed indoors or near the owner/handler for several reasons. One reason is to prevent the dog from becoming sick or injured by other dogs before an upcoming match, which could cause the dog to forfeit and the owner to pay a forfeit fee. Another reason is that dogs in a "keep" require constant exercise and monitoring, which is easier when the dog is in close proximity rather than off-site or outside. Dogs intended for fighting purposes are also often housed inside residences if they are injured, ill, pregnant, weaning, or if a dog fighter does not have another location to keep them or wants to keep them out of view.

176.   It is common for those operating dog fighting ventures to maintain pedigrees, books, records, ledgers, and journals relating to the purchase, transportation, sale, breeding, and conditioning of fighting dogs. These materials can be found to exist in handwritten, printed, or electronic formats. Owners,

73

breeders, trainers, and fighters often maintain information regarding dog-fighting activities in order to stay current with the dog fighting community.

177. Additionally, individuals within the dogfighting community typically possess "underground" dog fighting publications similar to magazines that are published and distributed to enthusiasts through periodic subscriptions, which describe and report on recent fight details and past results from around the country using coded language. They also describe various "kennels" or dog breeders who raise dogs for animal fighting purposes. There are also online versions of published magazines that serve the same purpose, as well as websites where dog fighters post pedigrees to demonstrate the fighting lineage of their dogs.

178. Dogfighters today tend to communicate via social media (e.g., Facebook Messenger), cell phone, Telegram, email, text messages, or website chat rooms dedicated to "game dogs." Dogfighters routinely schedule matches and exchange documents, tips, photographs, or videos relating to dog fighting activities via electronic means. Dogfighters exchange videos, for example, to demonstrate the strength and gameness of their dogs, thus increasing the value of their dogs.

179. Dogfighters sometimes post dog pedigrees on certain websites and/or online forums. Dogfighters use these websites and/or forums for breeding information to prove, verify, and research the lineage of their dogs or dogs they are fighting against or considering buying or breeding to. The pedigree for each dog may contain an indicator of how many fights the dog has won, it's direct lineage to other winning dogs, whether the dog is a "Champion" or a "Grand Champion," and the breeding history of the dog going back four generations. There are also fields for "Breeder", "Owner", and "Registered Name."

Some pedigrees have pictures of the dogs. Each pedigree typically has a unique five-digit number that appears in the webpage internet address for that pedigree.

### 2. Dogfighting Organizations (to Include the Dogfighting Enterprise) Have An Organized Structure and Defined Roles

180. Dogfighting rings or organizations throughout the country maintain a very similar organized structure and unique set of rules followed by all. Individuals may hold only one role within the organization or may hold multiple roles.

181. Each dogfighting ring consists of multiple dog owners, who house the dogs kept for fighting, and who are the stakeholders in a dog fight. Before any sanctioned[12] dog fight occurs within the enterprise, the owners must agree upon the weight/sex of the dogs to be fought, the rules for the fight,[13] the purse for the winning dog owner, and other details. It is the dog owners who put up the money for the dogfighting purse; in a sanctioned dog fight, each dog owner submits significant 'earnest money' to the mutually agreed upon referee, who holds that money until the fight. We have identified Gregory HENDERSON, Christopher NORFOLK, Maurice ERVIN, Michael SANDERS, James CROONS, Charles RICHARDSON III, Landon JONES, Edward BRONAUGH, Donovan TIPLER, and Marvin JOHNSON JR. as dog owners, who maintain dogs for purposes of dogfighting.

182. Dogfighting rings also require one or more referees. Dogfighting referees are individuals who are highly respected and trusted within the fighting community; they are tasked with holding the earnest money ahead of a sanctioned fight, and they are in the fighting pit during the dog fight to call fouls, look for cheating, and resolve disputes during the fight. On the day of a sanctioned fight, the two

---

[12] For a dog fight to be sanctioned, it needs to be scheduled, and witnessed to be valid. Sanctioned fights are generally reported to an underground magazines/publications.

[13] Generally, in fights occurring within the United States, the rules commonly used are the Cajun Rules of Dogfighting; these rules are used to regulate and judge organized dog fighting matches, providing a detailed list of 19 rules covering all aspects of fights, even specifying the referee must organize a rematch if a bout is broken up by law enforcement.

fighting dogs are weighed, and if they meet the previously agreed upon weight terms, the owners then hand over to the referee the additional money to meet the purse; the referee then holds that money until the fight is over.[14] The referee receives a percentage or 'cut' of the purse in exchange for fulfilling these duties. As such, the referee's handling of the money, as caused by the dog owners, is a violation of Indiana Code 35-45-5-3 (Professional Gambling), which states, in pertinent part, "A person who knowingly or intentionally…accepts…for profit, money or other property risked in gambling, commits professional gambling, a Level 6 felony."  Within the Dogfighting Enterprise, we have thus far identified Maurice ERVIN as a referee.

183.    The dog owners may go into the pit with the dog during the actual dog fight, or they may use 'handlers.' These handlers are experienced dog fighters who are responsible for motivating the dog to fight, for picking up the dog and taking it back to the corner when required by the rules of the fight.  Within the Dogfighting Enterprise, we have thus far identified Maurice ERVIN, Donovan TIPLER, and James CROONS as handlers.

184.    The dog owners also utilize a 'caller' or 'corner man' during a dog fight; the caller is tasked with encouraging and advising a dog handler, and with raising side bets with spectators, who first pay an entrance fee to watch the dog fight. These side bets can cover any number of aspects of the fight, to include which dog will draw first blood, which dog will attack from up top, or which dog will ultimately win the fight.  The owner may be the one to cover these side bets that are elicited by the caller, or other backers

---

[14] The referee may hand the money to an induvial he designates to hold it during the actual bout instead of holding it himself, as these purses may consist of a large amount of U.S. Currency, depending on the fight.

may be used by the owner to cover these bets.  Through investigation to date, we have not yet definitively identified callers within the Dogfighting Enterprise.

185.    The dogfighting is routinely facilitated by one or more transporters, who, for a fee, will transport dogs to various geographic locations in order to deliver dogs involved in sales, transfer dogs between owners, facilitate breeding agreements between geographically separated owners, or transport dogs for actual fights. Within the Dogfighting Enterprise, we have thus far identified Edward BRONAUGH as a dog transporter. As set forth in more detail below, BRONAUGH routinely travels throughout the United States to transport dogs for these purposes; as such, it is believed that his actions are likely in violation of Title 18, United States Code, Section 1952, which states, in pertinent part, "Whoever travels in interstate…commerce…with intent to…otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity,[15] and thereafter performs…an act [described herein], shall be fined under this title, imprisoned not more than 5 years, or both."

186.    For a dog fight to occur, the owners must identify a sponsor willing to hold the fight; the sponsor provides safe location for which to have the fight.  This is generally the last thing that the owners agree to in a sanctioned fight, and this is a 'close hold' item, generally only made known to the other members of the dogfighting ring within the day of the fight, so as to evade law enforcement detection. Oftentimes, these fights occur in a residential basement.  The owner of the residence, the sponsor of the fight, receives a cut of the purse, side bets, or entry fees paid by the spectators. As such, a sponsor's actions appear to be in violation of Indiana Code, Section 35-45-5-4 (Promoting Professional Gambling), which states, in pertinent part, "[A] person who…having control over the use of a place, knowingly or

---

[15] "Unlawful activity" is defined to include any business enterprise involving gambling in violation of the laws of the State in which they are committed or of the United States.

intentionally permits another person to use the place for professional gambling, commits promoting professional gambling, a Level 6 felony." Within the Dogfighting Enterprise, we have thus far identified Landon JONES and Christopher NORFOLK as sponsors.

187.    Dogfighting rings also have spectators who come to watch the fights, both sanctioned and unsanctioned.[16] These spectators pay an entrance fee to watch the fight; portions of this fee go to the fight sponsor, referee, and dog owners. These illegal dogfights are spectated by other members of the dogfighting ring (e.g., dog owners who are not fighting that particular day), as well as by other trusted individuals who want to see the fight and gamble on the outcome of the match. Within the Dogfighting Enterprise, we have thus far identified numerous individuals as spectators on various occasions (in addition to their other roles within the Dogfighting Enterprise), to include Gregory HENDERSON, Christopher NORFOLK, Maurice ERVIN, Charles RICHARDSON III, Landon JONES, Michael SANDERS, and Edward BRONAUGH, Donovan TIPLER, Marvin JOHNSON JR, and James CROONS.

**B.      The Dogfighting Enterprise Is Currently Operating in Indianapolis**

**1.      Initiation of the Dogfighting Investigation**

188.    The USDA-OIG and the Indiana Gaming Commission have been investigating the dogfighting activities of Indianapolis, Indiana resident BRONAUGH since his October 2022 arrest in Mississippi. On or about October 4, 2022, BRONAUGH was stopped as the driver and sole occupant of a van in Madison, Mississippi by a Madison Officer for a traffic violation. The officer detected the odor of marijuana in BRONAUGH's van. A subsequent search of the van revealed not only a felony amount of marijuana, but also eleven pit bulls of various ages and conditions. The officer contacted the local Animal Control Officer, who is also a sworn officer for the Madison, Mississippi Police Department. That

---

[16] Unsanctioned fights occur more frequently than sanctioned fights, and occur to harden or season a dog in preparation for a sanctioned bout.

officer recognized the wounds and scars on two of the adult pit bulls as being consistent with those animals having been utilized for dog fighting. The injuries on one of these dogs appeared to be newly inflicted, while the other dog's wounds appeared to be older. Other dogs within the van appeared to be malnourished and in need of care. The animals were examined by a veterinarian and then seized by Madison Animal Control. BRONAUGH was arrested on charges of Possession of a Controlled Substance, Transporting Animals for Fighting Purposes, and Animal Cruelty. BRONAUGH's van was seized following his arrest. Pictures of one of the dogs and BRONAUGH's van appear below.

 

189.    Officers also located a handwritten ledger inside the van, which USDA-OIG agents have examined, and indicate that it appears to be a record of BRONAUGH's dog transports and includes the pick-up and drop-off states (e.g., FL-IN, NC-NY, MO-PA, FL-MI, etc.) with telephone numbers listed for

each location. Indiana is referenced multiple times within the ledger, pages of which are depicted below:



190. According to statements made by BRONAUGH to the arresting officer on October 4, 2022, BRONOUGH operated his own business known as "Roll and Hold Pet Express." BRONAUGH provided a residential address of ▮▮▮ N. Olney Street, Indianapolis, Indiana. The Mississippi officer later informed a member of the Indiana Gaming Commission that BRONAUGH explained he routinely transports dogs for his business, but BRONAUGH was evasive as to where the pit bulls from his van had come from, or where he was to deliver them.

191. On or about October 7, 2022, BRONAUGH was interviewed by investigators, at which time, BRONAUGH's attorney was present. BRONAUGH was asked if he could provide information on

81

illegal dog fighting operations occurring in Indiana. In response, BRONAUGH asked investigators if they wanted to know about "rollin dogs or fightin dogs." Soon after, the interview concluded at the request of BRONAUGH's attorney. BRONAUGH's comment to investigators is consistent with someone knowledgeable with dog fighting terminology and who understands the difference between dogs simply being "rolled" or engaged in active fighting matches.

192.     Members of the Madison, Mississippi Police Department obtained a search warrant for the contents of BRONAUGH's cell phone, which had been seized at the time of his October 4, 2022, arrest. A review of the contents of BRONAUGH's cell phone revealed, among other things, a 10-minute video of a dog fight, a video of BRONAUGH showing the size of his dog's teeth, and a PDF document titled, "Appendix 32 Cajun Rules for Dogfighting." Through this investigation, I have learned that the "Cajun Rules of Dogfighting" to be a set of rules and guidelines commonly used to regulate and judge organized dog fighting matches.

**2.     Historical Dogfighting Incidents by the Dogfighting Enterprise**

193.     Since BRONAUGH's arrest in 2022 (which has not yet been litigated/resolved and charges are still pending), the USDA-OIG has been investigating multiple suspected dog fighters within the Southern District of Indiana, which were initially identified through a review of BRONOUGH's cellular phone. Investigation to date, as described further below, has revealed that the Dogfighting Enterprise is actively operating in the District. Moreover, investigation reveals that these individuals have been operating for a lengthy period of time.

194.     For example, on June 1, 2001, Christopher NORFOLK contacted Indianapolis Police Department, alleging that his dog had been shot in the head in a nearby garage, which was then Michael SANDERS' property.  The police searched that garage, and found spent shell casings on the floor and blood marks on the walls. Seven pit bull dogs were found on the property, tied up at separate locations in

the backyard, and the dogs were all in dire need of medical attention, with no shelter, food, water, and most with scars and/or fresh wounds, which was consistent with dogfighting. Michael SANDERS' sister was interviewed at the house, and she indicated SANDERS owned all seven dogs, which were all seized by law enforcement.  Michael SANDERS was not at the property, as he had been arrested earlier that evening for shooting at Christopher NORFOLK.[17]

195.    In 2005, Christopher NORFOLK was convicted in Marion County, Indiana  for Torturing a Vertebrate Animal.  On this occasion, on April 29, 2005, the police had been called to NORFOLK's residence on 35th Street in Indianapolis due to complaints of an active dog fight in progress. When the police officers arrived at the house, they saw that multiple dogs were being housed behind the house, two bleeding from fresh cuts from their faces. On a table in the backyard of the home, officers found two dog ears that had been cut from the heads of two different dogs, lying on a pair of scissors. Next to the ears was a bottle of baby powder talc, which I have learned is used to stop the bleeding when cutting the ears of fighting dogs, as well as a sledgehammer.[18] Officers also found rolls of carpet and loose boards, which were able to be fashioned into a temporary dogfighting pit.  Four dogs were seized from the property on this occasion.

196.    On or about August 6, 2010, USDA-OIG Special Agents, and members of the IMPD, Marion County Sheriff's Department, and Animal Care and Control Officers, executed a search warrant at ▮▮ 16th Street, Indianapolis, Indiana. At the time of the execution of the warrant, officers located a dogfighting pit and arena inside the attached garage. Inside the pit, officers encountered two dogs who were actively engaged in a fight. Additionally, officers located animal fighting paraphernalia throughout

---

[17] A review of Marion County, Indiana records reveals that SANDERS was ultimately not charged for this offense.

[18] Dogs' ears are frequently cut prior to fights, so as to avoid the other dog biting or chewing on the ear, which may cause the dog to be moved to a disadvantageous position or cause it to stop fighting.

the garage and residence, including a dog treadmill, break sticks, dog carriers, veterinary medicine, chains, scales, leashes, and collars.  Charles RICHARDSON III, Maurice ERVIN, and twenty-two others were present at this dog fight; RICHARDSON and ERVIN were arrested by IMPD for charges relating to the Attendance at an Animal Fighting Contest. ERVIN was convicted of Use of an Animal in a Fighting Contest (in that one of the two dogs in the pit was his, and he was handling the dog in the pit, so he was functioning as an owner and handler); RICHARDSON and other individuals were convicted of Attending an Animal Fighting Contest (that is, they were spectators at the dog fight). Nine dogs were seized by law enforcement on this occasion.

197.    On May 18, 2016, IMPD officers executed a search warrant at ██  █ Webster in Indianapolis, which is currently, and was then, Charles RICHARDSON III's residence. On this occasion, when RICHARDSON observed the police coming to his residence, he ran from his front porch, through his house, and out the back door, ultimately evading law enforcement. In the search of RICHARDSON's home, officers found assorted drugs (cocaine, marijuana, alprazolam) and other drug indicia (multiple scales, etc…), and also found evidence of illegal dogfighting. Specifically, officers seized treadmills, dogfighting literature, a breeding stand, and dogfighting ledgers.  Five dogs were seized by law enforcement on this occasion. RICHARDSON sustained convictions in Marion County, Indiana as a result of this search warrant, for Dealing in Cocaine, and Promoting an Animal Fighting Contest.

198.    On October 20, 2016, police were called by neighbors to an Indianapolis residence due to a concern of dogs being abused. When police arrived, the neighbors informed officers that the dogs behind the house were very thin, and had parts of their lips missing; they further indicated that they had been confronted by a man who was angry and aggressive about their concern for the dogs. While the officer was speaking to the neighbors, Maurice ERVIN arrived at the residence. Officers went to the backyard, followed by ERVIN, and saw the dogs were gone; ERVIN said that he had removed the dogs, and stated

84

that he owned the property. ERVIN then claimed the dogs were his cousins' dogs, and that ERVIN's sons were responsible for caring for the dogs.  ERVIN was asked why he had removed the dogs from the property; he stated that he knew the dogs would be taken. ERVIN refused to disclose where the dogs were then located.  Officers observed six total doghouses; ERVIN admitted there were four dogs in back before the police had arrived, as well as a number of puppies (he would not say how many).  The officers observed that the doghouses had no covers to shelter from the elements, they were surrounded by several inches of mud, and there was no food in the dog feeders.

199.    On March 24, 2017, officers responded to a complaint of a dog fight in progress at a vacant property in Indianapolis. Upon arriving, Maurice ERVIN answered the door, then quickly shut it, saying, "Oh shit."  Officers entered, and found individuals running, including one individual who attempted to jump out of a second story window. The property was then owned by First Impression Property Management LLC, for which Maurice ERVIN is the registered agent.[19] On this occasion, there were six individuals in the property, and ERVIN demanded that the officers obtain a warrant.   A warrant was obtained, and three dogs (two with fresh injuries) were removed from the property.  One of the dogs was cowering on the sidewalk; fresh puncture wounds on her ears and inner front two legs, another small trembling pit bull was found inside the house. Agents also found other indicia of dogfighting, to include break sticks, and an apparent dog pit, pictured below:

---

[19] NORFOLK currently resides at a residence, ▓▓▓▓ N Sherman Avenue, Indianapolis, IN, that is also owned by First Impression Property Management LLC, for which ERVIN is the registered agent.



200.    On March 12, 2018, Maurice ERVIN was placed on home detention due to a conviction

for Dealing in Marijuana.  On or about April 20, 2018, officers conducted a home visit at his residence

pursuant to that home detention sentence and observed two dogs on the premises (despite ERVIN having

been enjoined from possessing dogs in a prior civil proceeding).  One of the dogs is pictured below; there

was evidence[20] that this dog had been fought in the past, in that there were a number of scars on the dog's

head and body, as pictured below (photo taken from the veterinarian's office, after the dog was seized):

---

[20] The dogs were both examined by a veterinarian with the State Board of Health; the presence of multiple
wounds in various stages of healing demonstrated that both dogs were involved in multiple fights.



201.    On or about February 7, 2021, NORFOLK posted on his Facebook account a video where a male voice who sounds similar, if not identical, to NORFOLK is heard saying, "it's my dog yard," while he filmed several dogs inside multiple kennels positioned in a backyard. In the male's hand, I observed a "whip" or "flirt." The male is also heard stating, "none of these dogs are bullies, these are real pit bulls…straight game dogs…I'm about to do a little flirt work with them." In the comments section of this video post, NORFOLK[21] authored the message, "I got dogs from Mexico to Russia and all over USA. Been a dog man from the very start of this shit..."  Through this investigation, I have learned that the term

---

[21] I am aware that this account is Target Subject NORFOLK's because he registered the account in his name, with his address and telephone number, which is known to law enforcement.

"dog man" is used to describe a dog fighter, and a "flirt" is a device used to antagonize dogs, so they can be conditioned.

### 3.    BRONAUGH's Roll and Hold Pet Express LLC

202.    The evidence collected in this investigation indicates BRONAUGH is continuing to transport dogs in furtherance of an animal fighting venture. BRONAUGH performs these transportation services for third parties as part of his business. The evidence of this business activity comes from various forms, detailed in part below, such as communications and payments with clients.

203.    A review of public findings maintained by the Indiana Secretary of State's Office, revealed that on or about August 7, 2020, BRONAUGH filed Articles of Organization for a Domestic Limited Liability Company known as Roll & Hold Pet Express LLC. This timeframe for the business coincides with BRONAUGH's statements in October 2022 on a "Go Fund Me" page he had opened to solicit funds for his legal defense in relation to the charges associated with the Mississippi investigation described above. BRONAUGH stated on his Go Fund Me account that his business's name is "Roll and Hold Pet Express" and that he has been "in this business for 2.5 years."

204.    On Friday, October 14, 2022 (approximately 10 days following BRONAUGH's Mississippi arrest, described above), investigators drove by BRONAUGH's Olney Street residence in Indianapolis, Indiana and observed a van parked in front of the residence. Investigators later learned through Indiana Bureau of Motor Vehicle records the white, Pontiac Montana van was registered on or about October 13, 2022, by BRONAUGH under his company name "Roll and Hold Pet Transport," ▌ ▌ Olney Street, Indianapolis, Indiana 46218. The van is the same make and model as the vehicle BRONAUGH was operating at the time of his arrest in Mississippi and is large enough to hold multiple

dogs and kennels; however, it was not the same van involved in that arrest (that van had been seized in Mississippi).

205.   Investigators later learned through Progressive Insurance records that on or about October 13, 2022, BRONAUGH applied to insure the above-mentioned Pontiac Montana van (the one observed by officers in Indianapolis on October 13, 2022). Within his application, BRONAUGH provided his primary number, which is the number he had been using in connection with Roll and Hold Pet Transport.[22] Additionally, we have learned that BRONAUGH stated to Progressive that his van was being utilized for the daily operation of his business, Roll and Hold Pet Express LLC. Moreover, BRONAUGH stated his business was involved in "Livestock Hauling (for a fee)."

206.   On October 18, 2022, investigators were informed by the arresting Madison, Mississippi officer that on Saturday, October 15, 2022, BRONAUGH returned to Madison, Mississippi driving a white, Pontiac van bearing an IN temporary plate. The vehicle description was consistent with the van investigators observed parked outside the Olney Street residence. The Mississippi officer advised he could hear dogs inside BRONAUGH's replacement van as BRONAUGH retrieved the kennels located inside the van that had been seized at the time of his arrest.

207.   On October 24, 2022, agents obtained a warrant to install and monitor a GPS tracking device on BRONAUGH's white Pontiac Montana van, which was installed on October 31, 2022. The GPS tracker placed on the van has provided evidence of BRONAUGH's suspected involvement in transporting dogs for illegal purposes. For example, the van has extensively traveled throughout the United States, including a November 9, 2022, trip to McAllen, Texas, where BRONAUGH was observed on

---

[22] Previously obtained subscriber information and toll records indicate that BRONAUGH maintained the same number following his arrest on October 4, 2022.  Based on my training and experience, I know that individuals can transfer a phone number from one device to another, so law enforcement's seizure of BRONAUGH's cell phone on October 4, 2022, would not preclude him from continuing to use the same telephone number.

video surveillance meeting individuals at a Walmart parking lot. The image below (with the orange lines showing BRONAUGH's travel) is an overview of BRONAUGH's extensive travels throughout the United States in late 2022:



Based upon this extensive travel, as well as through investigation to date, I believe that BRONAUGH continued to travel in furtherance of the dogfighting activities.

208.    Law enforcement currently has judicial authorization to receive the GPS coordinates for BRONAUGH's current cellular phone; these coordinates demonstrate that between July 14, 2023 and the present date, BRONAUGH continues with his extensive travels, including to New York, Florida, Texas, North Carolina, and West Virginia.

209.    On October 27, 2022, agents obtained and executed a warrant to review the contents of BRONAUGH's Facebook account for the dates of August 7, 2020, through October 26, 2022.  After receiving the Facebook data associated with BRONAUGH's Facebook account, agents with USDA-OIG

reviewed the media that was linked to BRONAUGH's Facebook account. The review revealed several photographs of pit bulls placed on "rape stands," which as previously mentioned, are used to physically restrain the female during the mating process. Additionally, agents located a "screen shot" of a text message that appeared to be sent to BRONAUGH's phone, which stated, "Man he on fire [emblem]…that jackass don't like nothing around him that's alive. Except humans." From this investigation, I have learned that dogs used for fighting have been specifically trained to be canine aggressive but are not typically human aggressive. Through investigation, I know that BRONAUGH posted this text screenshot to several Facebook group chats; I believe that in doing so, BRONAUGH was letting the other members of this group know that he (BRONAUGH) had sold a dog to the author of the text message, and that individual was very pleased with how aggressive the dog was, and with his fighting performance ("he on fire").

### 4.  BRONAUGH Phone Analysis

210.   Agents have since reviewed the contents of BRONAUGH's phone seized in Mississippi in 2022, and noted contacts between BRONAUGH and other Target Subjects. For example, on July 3, 2022, BRONAUGH had a text thread with Landon JONES; in the thread, JONES wrote, "What's up this Lj [Landon Jones] you got telegram."[23] In response, BRONAUGH stated, "Yes." JONES responded, "Ok imma send you that video."  The search warrant revealed that the same day, Charles RICHARDSON messaged BRONAUGH, "Making sure you got your footage from the comedian [from Landon JONES]." In response, BRONAUGH wrote, "Yes I got it." The text messages sent between JONES and BRONAUGH and between RICHARDSON and BRONAUGH occurred just a few days after Donavan TIPLER informed RICHARDSON that he was going to be "bulldogging tomorrow [a reference to dogfighting scheduled for June 26, 2022]." Additionally, the text messages were sent to BRONAUGH

---

[23] I know that Telegram is an end-to-end encrypted web-based application; in addition to innocent usage, it is used frequently by individuals who are engaged in criminal conduct they want shielded from law enforcement scrutiny.

soon after TIPLER provided a third party a dog fighting video [sent by TIPLER to the third party on June 29, 2022] on Facebook and stated, "just had a roll out i got a nice one..." As previously described, JONES' voice is believed to be heard at the dog fight, and TIPLER is observed standing inside the "pit." As such, on July 3, 2022, I believe that JONES used the Telegram application to send BRONAUGH the video of the recent dog fight, which was recovered in TIPLER's Facebook account, as specified below, which video depicted ERVIN and TIPLER in the dogfighting pit; from the above evidence, I believe that this fight likely occurred on June 26, 2022.

211.    Investigators also recovered a text message from BRONAUGH's phone, sent on September 21, 2022, where TIPLER asked BRONAUGH, "What's the stud fee on that male I seen go that night at the comidien [Landon JONES'] spot." BRONAUGH responded, "I don't know if he breed...I breed his brother." In response, TIPLER asked BRONAUGH, "He real fight crazy?" BRONAUGH responded, "yes."  Based on my involvement in the investigation, I have learned that the term "fight crazy" is referring to a dog who demonstrates aggressive fighting behaviors. Additionally, I know the term "stud fee" refers to the fee paid to the owner of a male dog, each time their stud mates with a female dog. Moreover, I know TIPLER's reference to the "comedian spot" indicates a dog fight occurred at a location owned and/or operated by JONES who uses the alias "the comedian." As such, BRONAUGH and TIPLER were present during a dog fight that was hosted by JONES; TIPLER later texted BRONAUGH wanting to know what the price would be to breed one of TIPLER's dogs to one of the dogs fighting that night.

### 5.    Roll and Hold Pet Express Indiana Business "Clients"

212.    The investigation has revealed that BRONAUGH advertises his business "Roll and Hold Pet Express LLC" on websites/chatrooms, Facebook groups, and audio programs commonly frequented and utilized by individuals alleged to be affiliated with dog fighting. For instance, on or around August 17, 2022, BRONAUGH sent a text message to an individual who was associated with the YouTube

channel "78SportsTV" to inquire if he could advertise his business "Roll and Hold Pet Express LLC" on the show. The 78SportsTV channel is described on their main page as "the king of underground boxing, NBA and game dogs talk." Investigators recognize the phrase "game dogs" to be a term commonly used by persons associated with or directly involved in the dog fighting culture as a direct reference to the dogs used for fighting.

213.    The investigation has revealed numerous Indiana residents have utilized BRONAUGH to transport their dogs for illegal purposes. Investigators have reviewed communications (e.g., text messages) contained within BRONAUGH's phone, which revealed extensive conversations regarding the transporting and breeding of dogs. The communications outlined below, seized from BRONAUGH's phone in October 2022, are a few examples of BRONAUGH conspiring with Indiana residents NORFOLK, TIPLER, and others to possess, train, breed, sell, buy, transport, deliver or receive an animal for purposes of having the animal participate in an animal fighting venture.

214.    On February 6, 2022, RICHARDSON sent a text message to BRONAUGH that stated he (RICHARDSON) had provided people "here in the city" with BRONAUGH's contact information, so they could use BRONAUGH as their transporter. I believe this is a reference to providing individuals in Indianapolis, Indiana with BRONAUGH's contact information, so that these others could utilize BRONAUGH's transport services.

215.    On March 3, 2022, NORFOLK sent a text message to BRONAUGH that he (NORFOLK) needed a dog picked-up from Mississippi. Prior to NORFOLK and BRONAUGH's discussion, NORFOLK had extensive Facebook Messenger conversations with this individual in Mississippi regarding the purchase and transportation of a dog.[24] On March 10, 2022, BRONAUGH asked NORFOLK

---

[24] For example, in a February 26, 2022, Facebook Messenger discussion, NORFOLK asked the individual, Kendarrius Reed, "is he hot." Reed responded, "Whole litter was hot everything I bred the male to be right." I believe that these statements pertained to Reed's affirmation that the dog in question would be a

where he should drop off the dog. NORFOLK provided BRONAUGH the address, ▮▮▮ N. Sherman Drive, Indianapolis, Indiana.[25]

216.   On April 14, 2022, NORFOLK sent a text message to BRONAUGH asking where BRONAUGH was located. In response, BRONAUGH texted back that he was in Texas. NORFOLK asked BRONAUGH if he was going to be in Mississippi and arranged for BRONAUGH to pick up a dog; I believe that this is a different dog than the one that NORFOLK had previously arranged for BRONAUGH to pick up in March 2022.

217.   On April 17, 2022, BRONAUGH sent a message to NORFOLK that stated, "No more transporting these wild ass dogs bro be wild dogs I can't get rest got to sleep in the van so the dogs don't chew through the crates and get to the other dogs." I am aware that fighting dogs are trained to be extremely aggressive to other dogs, and when put in close proximity to each other (as in crates in a van), they are very difficult to control and prevent from attacking the other dogs.

218.   On July 10, 2022, BRONAUGH and TIPLER were discussing over text messages pricing for BRONAUGH to transport five dogs. TIPLER provided BRONAUGH the drop-off location as ▮▮▮ ▮ Wigger Street, Marion, Indiana (which is an address investigators have directly associated with TIPLER, in that he has been observed there, and TIPLER claims this as his home residence to Indiana BMV).  On July 19, 2022, BRONAUGH informed TIPLER that he was in Marion, IN to drop off the dogs.

---

good fighting dog.  On March 2, 2022, NORFOLK stated, "I want the hound." Soon after, Reed sent NORFOLK a video of two dogs "rolling." On March 3, 2022, NORFOLK provided an image to Reed that displayed the Roll and Hold Pet Express LLC business card.

[25] This address is known to be associated with NORFOLK, because on a surveillance effort of January 20, 2023, at approximately 11:50 a.m., investigators observed NORFOLK standing near the threshold of the front door of the residence located at ▮▮▮ N Sherman Drive, Indianapolis, Indiana. At approximately 12:05 p.m. on that same date, investigators observed a white, Pontiac van bearing Indiana license plate "ROLHOLD" leave the residence. Indiana BMV records showed that the van was registered to BRONAUGH.

219.    BRONAUGH's phone contained other messages corroborating his role as a transporter. For example, on September 23, 2022, BRONAUGH received a message that an individual wanted to have BRONAUGH transport a dog to Memphis, Tennessee; this individual is known to investigators as a resident of Hammond, Indiana (in the Northern District of Indiana). On or about September 26, 2022, BRONAUGH informed that same individual by text message that he was, "5 minutes away." Soon after, BRONAUGH sent this person a message that stated, "Bro this last time I can move dogs and stars [scars] on…scared…You know it's a whole lot going on right now." In response, the individual stated, "she came to me worse then that…I been working on her…if you can believe that…I'm going to send yo money now." Cash App records revealed that on September 26, 2022 (same date of the text message), this individual sent BRONAUGH $350.00. Based on my knowledge of this investigation, I believe the above-referenced communication between BRONAUGH and the individual was in reference to BRONAUGH being concerned about having to transport a dog having scars on it, and his concern the scars would raise the suspicions of law enforcement.[26]

### 6.    Events leading up to BRONAUGH's Arrest

**Indiana to Memphis, TN and Buffalo, NY**

220.    As set forth above, on September 23, 2022, BRONAUGH communicated with a customer who wanted a dog to be transported from the Northern District of Indiana to Memphis, TN. On or about September 26, 2022, BRONAUGH informed this individual that he was "5 minutes away," and then, "Bro

---

[26] BRONAUGH and his associates were sensitive to law enforcements intervention on dog fights. For instance, on September 26, 2022 BRONAUGH was sent a link, via text message, to a news article related to a South Carolina law enforcement raid, which resulted in over 300 dogs being rescued. Following the text, the user of the phone sent a "screen shot" with a photograph of an individual, who was allegedly a law enforcement confidential source, with the caption, "This guy is responsible for a large raid, that got a few good people jammed up if you are friends with him, cut your grass cause a snake is hiding." BRONAUGH forwarded that screen shot to another individual, and I believe he likely did this to warn the other individual about the confidential source.

this last time I can move dogs and stars [scars] on…scared…You know it's a whole lot going on right now." In response, the customer stated, "she came to me worse then that…I been working on her…if you can believe that…I'm going to send yo money now." Cash App records revealed that on September 26, 2022 (same date of the text message), the customer sent BRONAUGH $350.00.  Accordingly, I believe that on September 26, 2022, BRONAUGH was in the Northern District of Indiana in furtherance of his business. This belief is based, in part, on a recovered photo image from BRONAUGH's phone, taken on September 26, 2022. BRONAUGH's location services function was enabled when the photograph was taken; BRONAUGH was in Northern Indiana on this date.

221.    On September 27, 2022, BRONAUGH wrote to the Northern Indiana client, to inform him that he was dropping off the dog (presumably, to Tennessee). During this text message conversation, BRONAUGH was provided with the telephone number, ███-1809, for his point-of-contact in Memphis, TN (hereinafter, UM1809). Investigators searched that number in BRONAUGH's phone and located multiple messages sent between BRONAUGH and the user of that phone. Those messages further solidified that BRONAUGH delivered the scarred dog that he had picked up in Indiana to an individual located in Memphis, TN.

222.    I believe in this same trip, BRONAUGH was also traveling to New York to transport dogs. On September 26, 2022, another customer using telephone number ███-0734 sent a message to BRONAUGH that stated he had two dogs in Buffalo, NY that he needed to be picked up. Investigators have since been able to associate Indiana resident Brandon Crawford to telephone number ███-0734. Crawford provided BRONAUGH telephone number ███-6668 as the Buffalo point-of contact. Additionally, Crawford informed BRONAUGH that one of the two dogs needed to be transported to Philadelphia, PA (point-of-contact phone number ███-4837), and the other dog, which was described as a brindle female, needed to be transported to Jackson, TN. Crawford provided BRONAUGH the

telephone number ████-6492 for his TN point-of-contact who he referred to as "Tee." On September 30, 2022, BRONAUGH informed the user of telephone number ████-6668 that he was close to the Buffalo, NY pick-up location [retrieved two dogs]. Accordingly, I believe that BRONAUGH did travel to New York as requested by Crawford to transport fighting dogs.

### Philadelphia, PA

223.    On September 30, 2022, BRONAUGH asked the user of telephone ████-4837 for their address in Philadelphia, PA. After receiving the address, BRONAUGH  informed the individual that he would be arriving at the location at approximately 3:00 p.m.  I believe at this time, BRONAUGH was dropping off a dog in Philadelphia, as Crawford had requested he do.

### Tennessee and Mississippi Travel

224.    On October 3, 2022, Crawford informed BRONAUGH that once BRONAUGH dropped off the brindle female to "Tee" (Jackson, TN) he wanted BRONAUGH to pick-up a buckskin black mask male from "Tee" and deliver the dog to Mississippi. Crawford provided BRONAUGH the telephone number ████-8638 for the Mississippi point-of-contact who he referred to as "Solo."   That          is, Crawford wanted one dog dropped off with "Tee," and a different dog picked up from "Tee;" Crawford wanted the picked-up dog (described in the texts as "a buckskin black mask male") brought to Mississippi. On October 3, 2022, BRONAUGH sent a text message to the user ("Tee") of telephone number ████-6492 (TN point-of-contact) informing him that he had a dog that was coming from Buffalo, and he wanted to arrange the drop-off. Furthermore, BRONAUGH confirmed with "Tee" that "Tee" had two dogs that needed to be picked-up.[27] The user of the phone provided BRONAUGH the pick-up location as ██ Reeves Road, Jackson, TN, and then an address to a Tractor Supply store located at ██ Carriage House

---

[27] Crawford had wanted only one dog picked up; I believe it is likely that this second dog was a dog that "Tee" was contracting to be transported.

Drive, Jackson, TN.  As such, I believe that BRONAUGH had traveled to Jackson, Tennessee and Mississippi to transport dogs, as Crawford had requested.

### Philadelphia, PA to Nashville, TN

225.   On approximately October 3, 2022, BRONAUGH mentioned to the user ("Tee") of telephone ████-6492 that he was traveling to Nashville, TN, and he wouldn't arrive in Nashville until 6:00 p.m. BRONAUGH also stated he would have to meet with the user of phone ████-6492 after leaving Nashville. "Tee" then provided BRONAUGH the name "Dee" and telephone number ████-4991. Investigators searched telephone number ████-4991 in BRONAUGH's phone, and discovered on October 3, 2022, BRONAUGH sent a message to "Dee," requesting a drop-off location. In response, "Dee" provide BRONAUGH with the address of ███ Charlotte Pike, Nashville, TN 37209. BRONAUGH wrote back to "Dee" that his arrival time was 5:30 p.m.  As such, I believe that BRONAUGH was in Nashville on October 3, 2022, and was dropping off a dog on that location to "Dee."

### Nashville, TN to Memphis, TN

226.   By October 3, 2022, BRONAUGH had travelled to Memphis, TN, where he stayed at a Super 8 Hotel, as he confirmed in his text messages (and which I have confirmed through BRONAUGH's bank records). On October 3, 2022, BRONAUGH messaged UM1809 (that is, the user of telephone number ████-1809, which contact number had been given to BRONAUGH by the Northern Indiana customer on September 27, 2022, when BRONAUGH complained to that customer about not wanting to transport scarred dogs in the future from this customer); the communication with UM1809 on October 3, 2022 was to see if the individual's dog was available to be picked-up [investigators believe the scarred dog BRONAUGH was scheduled to pick-up was the same one the Northern Indiana customer had instructed him to drop-off on September 27, 2022]. BRONAUGH is believed to have retrieved the dog on

98

October 4, 2022, at approximately 7:05 a.m., at the Super 8 Hotel where BRONAUGH was staying (based upon text messages that occurred between BRONAUGH and UM1809).

**Memphis, TN to Jackson, TN**

227. On October 4, 2022, at approximately 7:06 a.m., the user ("Tee") of the phone assigned telephone number ███████-6492 (the Jackson, TN point-of-contact) sent a message to BRONAUGH that stated, "Let me know when you are 40 minutes out." BRONAUGH had previous messages with the user of that phone; these messages reference BRONAUGH dropping off a dog (brindled-colored female) he had retrieved from Buffalo, NY, and, at that same time, picking-up two additional dogs, one of which was described as a tan-colored female with a black mask. This dog was to be delivered to Terry, MS. Investigators believe that BRONAUGH then traveled from Memphis to Jackson, so that he could drop off a dog he had previously obtained in Buffalo, NY.

**Jackson, TN to Terry, MS, and I-55 Interdiction**

228. On October 4, 2022, "Solo," who used telephone ███████-8638, sent a message to BRONAUGH that provided a drop-off and/or pick-up location at a Shell Gas Station located in Terry, MS. At approximately 10:42 a.m., BRONAUGH informed the user of the phone that he was thirty minutes away. On October 4, 2022, at approximately 11:32 a.m., BRONAUGH sent a message to the user of telephone number ███████-0968 that stated, "I just got pulled over by the policeman and they found some weed in there and I got a startup [scarred] dog I'm getting ready to go to jail I might need some help."

**BRONAUGH's Arrest on October 4, 2022**

229. BRONAUGH was stopped by law enforcement when he was traveling south on Interstate 55 in Madison, MS. BRONAUGH was on his way to Terry, MS. There were a total of eleven dogs in BRONAUGH's van. Two of the dogs, I believe are referenced in the above described text messages: (1) a badly scarred dog that BRONAUGH expressed concern to the Northern Indiana customer on September

99

26, 2022 about moving, because it was so obviously scarred (and therefore, obviously a fighting dog); and (2) a buckskin black mask male, which BRONAUGH had been instructed on October 3, 2022 by customer Crawford to pick up in Jackson, Tennessee and take to Mississippi, as described above.

230.    Below are images of two of the eleven dogs that had been recovered from BRONAUGH's van, which I believe to be the badly scarred dog, and the buckskin black mask male. These dogs both show apparent evidence of being used as fighting dogs.

 

Buckskin-colored dog with black mask



Scarred dog with newly inflicted wounds

231.    One of the adult dogs recovered from BRONAUGH's van on October 4, 2022 was "Nikki." Through investigation to date, I believe that "Nikki" is BRONAUGH's own dog.  Six of the dogs in the van were puppies, which I believe were Nikki's offspring, which were to be sold by BRONAUGH, based on messages obtained from BRONAUGH's seized cell phone.

232.    All eleven dogs found in BRONAUGH's van on October 4, 2022 were seized by law enforcement.

### 7.    Roll and Hold Pet Express Business Payments

233.    As set forth above, BRONAUGH's Facebook account has been the subject of a search warrant.  Within several Facebook messages examined by law enforcement, BRONAUGH and others discuss the various methods of payments for the transport of the dogs, to include Cash App, Pay Pal, and cash. Investigators have obtained information from Cash App that demonstrate on or about April 6, 2018, BRONAUGH registered a Cash App account. USDA-OIG investigators have reviewed the transactions associated with the account, which revealed numerous payments sent to and from BRONAUGH between 2018 and 2022. Some of the individuals who sent money to BRONAUGH added comments to their

payment, such as "final puppy payment," "puppy," "pup," "transport," "Philly pup delivery," "transporter," "transport from TN to LA," "dog," "transport for puppies," "Bull Dog," "Transport to Champaign, IL," "pet express," "Dog Transport Service," "pups transported," and "remaining balance for female pup." Additionally, on or about December 9, 2021, BRONAUGH received a $550.00 payment from "Maurice Ervin," who I believe to be Target Subject Maurice ERVIN.

**Ellen Gray**

234.    Investigators learned Ellen Gray was in a long-term relationship with BRONAUGH and they used to live together at ████ █ Olney Street, Indianapolis. On February 2, 2023, members of the Indianapolis Metropolitan Police Department (IMPD) responded to the Olney Street address, after they received a report of a domestic dispute. While at the residence, IMPD officers met with Gray who stated, among other things, that her boyfriend, BRONAUGH, was cruel to animals. While IMPD was on scene, BRONAUGH was observed, on an IMPD body camera video, removing a weighted dog vest he had stored in the rafters of the basement. Through my experience and training, I know weighted dog vests are used by dog fighters to strengthen the neck and shoulder muscles of dogs who they place into fights.

235.    The IMPD officers' body camera footage also showed multiple dog kennels within the fenced area of the backyard at BRONAUGH's residence on Olney Street. These kennels are consistent with those depicted in multiple photographs of dogs BRONAUGH had on his cell phone. These kennels are indicative of BRONAUGH not only transporting dogs for fighting purposes, but supports the repeated references to his own dogs, their pedigrees, and his efforts to breed his dogs to known fighting bloodlines.

236.    Investigators have since learned that BRONAUGH has moved out of the N. Olney Street residence, and in July 2023, investigators learned BRONAUGH resided at ████ █ 34th Street, Indianapolis, Indiana. On July 28, 2023, investigators observed BRONAUGH standing in front of the ████ █ 34th Street, Indianapolis, Indiana residence with a pit bull, and then he later entered the ████ █

34th Street, Indianapolis, Indiana residence. BRONAUGH's white Pontiac Montana van bearing IN license plate ROL HOLD was parked on the driveway. However, I believe that the February 2, 2023 law enforcement encounter described above further corroborates my belief that BRONAUGH will have evidence of his illegal dog fighting activities at his new residence, just as he did in February 2023. From investigation to date, I know that BRONAUGH continues to travel in furtherance of the illegal activity.

### 8.    JONES Is Involved in the Dogfighting Enterprise

237.    As described above, BRONAUGH's cellular phone was searched as a result of his October 4, 2022, arrest and an approximate ten-minute dog fighting video was recovered from that phone. According to the phone analysis report, the video was created on December 15, 2020. Additionally, the analysis revealed the video was shared with BRONAUGH through the encrypted messaging application Telegram. The USDA-OIG agent working on this investigation has watched and listened to the video on several occasions. Throughout the video, an individual who is believed to have recorded the fight can be heard talking and laughing. That individual has been identified as likely belonging to Landon JONES, based on a comparison of various other videos of JONES speaking, which JONES posted to his own Facebook account.

238.    After initiating the investigation into the Dogfighting Enterprise in late 2022, investigators have reviewed publicly available social media account information for Facebook accounts linked to individuals who are believed to fighting and breeding dogs for illegal purposes. Additionally, on February 24, 2023, USDA-OIG obtained warrants to review the contents of several Facebook accounts, to include accounts that belong to Target Subjects NORFOLK, RICHARDSON, and TIPLER.  Following the

execution of the warrant, investigators learned Indianapolis resident Landon JONES was Facebook "friends" with a few Targets of this investigation, to include RICHARDSON and TIPLER.

239.    Agents have reviewed JONES' publicly available Facebook account, Landon.Jones.737, which revealed a Facebook posting, dated September 18, 2021, that stated "Man it's a zoo in my yard. I got the shit bit outta me, but it's all good imma be a hell of a dog man when it's all said and done y'all can believe that." Through this investigation, I have learned that the term "dog man" refers to an individual who breeds, conditions, or fights dogs.  Next to the posting, JONES posted a video that displayed multiple dog kennels contained within a yard (roughly 8-10 kennels). One of the kennels contained a dog that attacked JONES when he attempted to clean out the kennel. Screenshots of the video are depicted below:



104



240.    The video, which had been posted by JONES on Facebook, displayed the security company name Vivint. Investigators have received information from Vivint, which revealed the residential address (located in the Southern District of Indiana) of where JONES had a contract with Vivint. Investigators have since driven by the property located at ███ Barry Road, Indianapolis, Indiana 46219 and have observed dog kennels located in the backyard of the residence.  JONES has posted multiple videos taken in his backyard related to dogfighting on his Facebook account, including videos of dogs engaged in active fights and/or "rolls."

241.    On or about May 22, 2023, agents obtained a warrant to search JONES' Facebook account. A review of JONES' Facebook account revealed, among other things, a video of a dog fight, a video of a dog being conditioned on a treadmill, photographs of JONES breeding dogs, and several Facebook Messenger communications between JONES and others that related to dog fighting. Furthermore, there were several videos of dogs contained within kennels that appeared to be located at one of JONES' residences, ███ Barry Road, Indianapolis, Indiana 46219. One of the videos, posted on August 14, 2020,

displayed a dog that appeared to have climbed the kennel walls. After, the dog appeared to attack a piece of wood that had been placed on top of the cage. A screenshot of the video is depicted below:



242.    Additionally, there were also multiple lengthy videos where JONES is heard speaking and laughing. I have listened to the videos on several occasions and have compared JONES' voice and laugh to the voice and laugh heard on the above referenced dog fighting video that was shared with BRONAUGH; through that comparison, agents strongly believe JONES is the individual who is heard on the dog fighting video found on BRONAUGH's cell phone.

243.    The review of JONES' Facebook account revealed multiple advertisements for comedy shows. On the advertisements, JONES' photograph and name are listed as one of the comedians who was

scheduled to perform. As such, I am aware that JONES is a professional comedian, and I am aware of JONES being referred to as "the Comedian."

244.    Physical surveillance revealed JONES routinely drives a 2011 gray Ford F150 truck. Specifically, the Ford F150 is known to have been used by JONES to drive to ███ Barry Road, Indianapolis, Indiana 46219 on multiple occasions in the course of this investigation. For instance, on July 26, 2023, investigators observed the Ford F150 parked on the driveway at ███ Barry Road.  Soon after, investigators observed JONES exit the residence, enter the Ford F150, and leave the area. As previously stated, the ███ Barry Road residence is the location of JONES' kennels. Investigators strongly believe these kennels are being utilized by JONES to contain dogs that are being used for fighting purposes.

245.    Through my experience, training, and knowledge of this investigations, I know dog fighters commonly kennel their dogs at locations that are separate from their primary residence. These locations are commonly referred to as "dog yards." Dog fighters typically house their dogs at separate locations, so they can distance their criminal activity from their primary residence. This also allows dog fighters to conceal their criminal activity from law enforcement. For instance, the backyard of the ███ Barry Road residence is known by investigators to be concealed by an eight-foot-high privacy fence. Therefore, only the top portion of the kennels are visible from the streets that surround the property. As noted above, ███ Barry Road has Vivint security cameras on the property. Through investigation, including records obtained by Vivint, I have learned that JONES commenced security services for the Barry Road property beginning in January 2021.

246.    On August 1, 2023, investigators observed JONES standing with a tan and white pit bull outside his primary residence located ███ Rothe Lane, Indianapolis, Indiana. Parked outside the residence was the Ford F150. That same day, investigators observed JONES drive the Ford 150 to an Old

Navy store. JONES wife was a passenger in the truck. Photographs of JONES entering the truck are depicted below:





247.    On or about August 4, 2023, agents obtained a warrant to place a GPS monitoring device on JONES' Ford F150 truck. On August 13, 2023, investigators installed the device. The information from

the GPS unit has revealed that a majority of the time, JONES' parks his truck overnight at ████ Rothe Lane. Furthermore, using the monitoring device, investigators learned JONES routinely drives his truck to ██ Barry Road.

### 9.    NORFOLK, RICHARDSON, TIPLER, and ERVIN Are Involved In the Dogfighting Enterprise

248.    Pursuant to search warrant, investigators have reviewed the contents of NORFOLK's Facebook account, which was registered using the residential address ████ █ Sherman Drive, Indianapolis, Indiana as well as phone number ██████-6844 (that is, Target Phone 4, currently the subject of court authorized intercepts). The contents of NORFOLK's Facebook account included multiple conversations related to dog fighting. In one conversation, in March 2022, NORFOLK provided a third party with his (NORFOLK's) "transporter's" contact information; the information included a photograph of BRONAUGH's Roll and Hold Pet Express LLC business card. For this example, investigators were able to confirm that BRONAUGH retrieved a dog from the same third party, at NORFOLKs direction, and delivered the dog to NORFOLK.

249.    In another example, on April 10, 2022, NORFOLK wrote to a third party, "That three-year-old bitch is a straight killer I like her queen of heart blood oh yeah." The third party responded, "She's nice..I wanna see how good today." NORFOLK responded, "Don't touch her let me buy her." I believe in this conversation, the third party was indicating his intent to fight the three year old dog (to see if the dog was, in fact a good fighting dog), and NORFOLK did not want that done, because he wanted to buy the dog himself.

250.    On April 25, 2022, the same third-party from the April 10, 2022 conversation sent NORFOLK a photograph that displayed a black male (presumably, the third party with whom NORFOLK had been communicating, as described above) standing inside a dog fighting pit holding a dog that appeared to have sustained significant injuries. In response, NORFOLK wrote "Let me know when you

got one for me." From this photograph, I believe that the third party had, in fact, decided to fight the dog

being discussed on April 10, 2022, rather than let NORFOLK buy the dog.  From the expression on the

third party's face, it would appear that he was pleased with the performance of his dog. The photograph

sent to NORFOLK is depicted below:



251.    Investigators have also reviewed the contents of TIPLER's Facebook account pursuant to

search warrant, which included an image of a Roll and Hold Pet Express business card that displayed

BRONAUGH's phone number, ▮▮▮-6049. As previously mentioned, BRONAUGH is known by investigators to operate Roll and Hold Pet Express. The image of the business card is depicted below:



252.    Additionally, investigators recovered several Facebook messages sent between TIPLER and RICHARDSON. These conversations related dog fighting and included videos of multiple dog fights, confirming that TIPLER and RICHARDSON are engaged in an ongoing animal fighting venture.

253.    For example, on October 4, 2022 [the same day of BRONAUGH's Mississippi arrest], continuing into the next day, TIPLER and RICHARDSON had a written conversation over Facebook Messenger about BRONAUGH's arrest, with TIPLER writing to RICHARDSON, "Heard they got Ted [BRONAUGH] on the road in Mississippi….Weed & busted up dog." RICHARDSON responded, "I know it wasn't his dog…busted up." TIPLER responded, "somebody he transported." RICHARDSON followed up, "He should be cool kennel accident…He just a transporter for dog hunting dogs in Mississippi he good." TIPLER stated BRONAUGH had, "3 litters on the ground." TIPLER said, "Yea that's crazy…they gone send them people to his yard…he got a Indiana ID wit his address on it."

111

RICHARDSON wrote, "Yea but out of town animal fighting who he fight is what they gotta prove…What if he just transport hog hunting dogs." In response, TIPLER wrote, "You think they falling for that." RICHARDSON responded, "Nope…Look at Ted profile pic on fb [Facebook] it said goin hog wild…Ted don't promote nothing illegal." TIPLER responded, "Hell yea that's smart."   In the course of this conversation, TIPLER wrote, "He [BRONAUGH] had one of his litters wit him it look like."  From this October 4, 2022 conversation, investigators confirmed a number of facts, including that RICHARDSON, TIPLER, and BRONAUGH all were acquainted with each other and jointly engaged in the joint dog fighting venture; and that BRONAUGH owned multiple puppy litters in this time frame, confirming that BRONAUGH was also a dog breeder.

254.    On December 10, 2020, TIPLER sent a video to RICHARDSON that displayed a dog fight. TIPLER then wrote, "Kill in the box in 8 minutes this mf is a problem & he was only 11 months right here." RICHARDSON responded, "I want the kidney monster." Investigators have viewed this video, which depicts a dog apparently being killed in a very quick manner by another dog.  Through my involvement in this investigation, I know TIPLER's use of the term "box" was used to describe the area where the dogs had been fought. Additionally, from agents' review of the video, it appeared as TIPLER's dog inflicted severe wounds to the area of the other dog's kidney. This was further solidified when TIPLER sent a video of the same dog fight to a third party that stated, "Bitch went deep in them kidneys."

255.    On December 10, 2021, there was a Facebook message between TIPLER and RICHARDSON that referenced an upcoming dog fight in Gary. Specifically, RICHARDSON asked TIPLER what he was doing on Saturday [December 11, 2021]. RICHARDSON then told TIPLER there was a "show" in Gary (Gary, Indiana).  On December 14, 2021 (continuing into the next day), TIPLER and RICHARDSON discussed the fight.  Initially, TIPLER asked how the "show" went (that is, the dogfight that had been scheduled in Gary, Indiana on December 11). In response, RICHARDSON wrote,

112

"Twan lost in 1:04…against the comedian [Landon JONES]."[28] RICHARDSON added that Twan's dog, "Got her face chewed off." RICHARDSON further stated, "Lil jimmy [James CROONS] had 15k on they dog [that is, James CROONS had placed a $15,000 bet that evening]." Investigators reviewed historical cell-site records, which revealed JONES' and BRONAUGH's cellular devices were in the vicinity of Gary, Indiana the night of the dog fight; from an analysis of their cell-site data, it appears that the two were traveling together or in tandem from the Southern District of Indiana to Gary, Indiana.

256.    On January 19, 2022, TIPLER messaged RICHARDSON that the "Old man gone fuck big mo [ERVIN a/k/a Big Moe] nem up." RICHARDSON responded, "I bet with old man…I put 5 k in the pot…We going for 15k they got a 1x winner." TIPLER responded, "Hell yea I'm betting with Joe to." I do not know the identity of the "old man," but from this conversation, it appears that the "old man" was going to put a dog up against Maurice ERVIN's dog, and RICHARDSON thought the 'old man' was going to win (strongly enough that he bet $5,000 on this dogfight).

257.    As set forth above, on June 25, 2022, TIPLER informed RICHARDSON that he was "Bulldogging tomorrow [June 26, 2022]," and that, "I got a male that's gone come ball some shit up." In response, RICHARDSON stated, "Nice I'm a come check you out…I got one for him." TIPLER responded, "…he said it's gone be out east." Through my involvement in this investigation, I believe that when TIPLER used the phrase, "Bulldogging tomorrow," he was referring to his participation in a dog fight. Investigators reviewed historical cell-site records for JONES, BRONAUGH, TIPLER, and RICHARDSON. The review revealed all four individuals were located in the vicinity of ████ **Barry Road** the evening of the dog fight.

---

[28] Through investigation, I have learned that JONES is a professional comedian, who is oftentimes simply referred to as 'the Comedian.'

258.    On June 27, 2022, RICHARDSON informed TIPLER he was traveling with BRONAUGH to Chicago to breed dogs. Investigators have reviewed historical cell-site data for both RICHARDSON and BRONAUGH's cellular devices. The review confirmed RICHARDSON and BRONAUGH were together when they traveled to Chicago.

259.    On June 29, 2022 (four days after TIPLER informed RICHARDSON that he was participating in a dog fight on June 26, 2022), TIPLER sent a Facebook message to a third party that stated, "just had a roll out i got a nice one..."  Through my involvement in this investigation, I have learned that the term "roll out" is referring to a sanctioned dog fight. Immediately following TIPLER's message, TIPLER sent a third party a video of a dog fight; still images of the dog fighting video are depicted below, and they include ERVIN (who has a distinctive white patch on the top of his head) and TIPLER (who has braided hair).  From the video, investigators could observe that ERVIN and TIPLER were both actively engaged in this dog fight as handlers for the respective dogs; both could be heard encouraging the dogs with verbal praise, while the dogs attacked each other.








260. The USDA-OIG agent working this investigation has watched and listened to the dog fighting video described above on several occasions. Throughout the video, an individual who is believed to have recorded the fight can be heard talking and based upon that agents' review of several videos JONES posted on Facebook, the agent believes it is Landon JONES who is heard on the dog fighting video described above from June 2022.

### 10. Evidence of the Conspiracy Obtained from the Target Phones and Elsewhere

261. Intercepts over HENDERSON's Target Phones 1 and 2 have provided a good deal of additional evidence regarding the Dogfighting Enterprise (as has NORFOLK's Target Phone 4). Those intercepts, and investigation overall, have revealed that HENDERSON and Danyell McCullough have registered Bully Boyz Kennels LLC with the State of Indiana Secretary of State. The principal office address listed on the business registration is ███ Emerson Court S. Drive, Indianapolis, Indiana. McCullough and HENDERSON have been intercepted multiple times over the course of the investigation discussing various dogs they are raising. For example, on May 8, 2023, at approximately 7:16 p.m., McCullough and HENDERSON spoke over Target Phone 2; in the call, McCullough stated, "…you going to have a new addition to Bully Boyz Kennel…  She's pregnant [unknown dog of HENDERSON's]."

262. On May 9, 2023, at approximately 11:40 a.m., McCullough and HENDERSON spoke over Target Phone 2; in the call, McCullough stated, "…Ok when you get back we need to um. Do your LLC. We need to get that done babe." Then on May 11, 2023, at approximately 6:54 p.m., McCullough and HENDERSON spoke over Target Phone 2; during the call, McCullough stated, "Hey. Will you, ummm, text me your Mother's um address? So I can, ugh…switch it out…switch your…ummmm…the

117

information out? On your...LLC [McCullough was registering the business Bully Boyz Kennel through the State of Indiana].”

263.    On July 4, 2023, at approximately 5:54 p.m., McCullough and HENDERSON spoke over Target Phone 2; in the call, McCullough stated, “Okay. Um, let me see. What was the other color? Um, so you said stay away from blue and red? Was what you said?” HENDERSON responded, “Yeah, I like colors too like…” McCullough stated, “The thing about it is it looks yellow on there but it’s supposed, no suppose to be tan but it looks yellow. But green and gold would be really nice together…Alright, then that’s, okay then which one, do you like any of those? Pick those logos?” HENDERSON responded, “Uh, like the one, the last one.” McCullough said, “What was the last one? Let me see. Uh, just got, I put a different dog in there.” HENDERSON asked, “Why...I like that dog.” McCullough responded, “Okay. Well that dog it is. Um, is so the chain, that dog and you wanted written out like that…you say don’t want the BBK on there nowhere…I mean you have the um, eyes. Put the initials I’ve uh, patent the initials too, because you can’t, you couldn’t use BBK if it wasn’t done. So I just, I had to go ahead and do it. And you want to have that on there so when your advertising they know what BBK is so it-it what it’s with too. Cause you can’t promote it like this and then throw in BBK in there.” McCullough went on to explain that, “you [HENDERSON] kind of want a establish, it’s like you makin’ a brand. Your branding yourself and you can’t, you got a be recognized by, when I see purple and gold I know that’s Amp Up. I know that’s Amp Up Kennels…I imagine you can do what you want to do. I wouldn’t prefer it. [McCullough was creating t-shirts for Bully Boyz Kennel, so HENDERSON could advertise the business. McCullough created the business logo and recommended HENDERSON pick certain colors, so his kennel name would be recognized by others].”

264.    Through my involvement in this investigation, including my discussions with agents with the USDA-OIG, I know certain dog fighters will establish their own kennels as a way of identifying their

118

bloodlines and dogs to other fighters much like racehorses being affiliated with a certain "farm" or "stable." The kennels also add some level of legitimacy to their criminal enterprise.  If someone inquiries about the dogs, they can use the kennel business as a reason for the dogs' presence, (neighbors or police). They will also register their kennels as LLCs in order to add another supposed level of legitimacy and another way to explain the presence of the dogs.

265.    Many of these individuals advertise their kennels within "dogmen" circles via word-of-mouth, social media, or through selected chat forums.  The shirts and/or jackets are just another way of advertising their business.  Investigators, who have participated in dog fighting investigations, are known to have observed individuals wearing and/or possessing shirts with kennel names and logos on them at active dog fights.

266.    On July 5, 2023, at approximately 11:55 a.m., McCullough and HENDERSON spoke over Target Phone 2; in the call, McCullough stated, "…I was just wondering how you thought you would feel about it, but, like it…, it's not easy I wouldn't say it's easy but it's not that hard either and um, the, the rewards from that is good. You don't really have to have as many dogs as my son, my brother got. All you need to do is keep one or two good breeding dogs around…And like do like, you know what I'm saying, you make it work like that but. He's you know, he's yeah. But he got a dog over there right now that motherfucker is worth thirty thousand. It is like that is crazy…And then you know, people where you, you know you got that I tell you. You got that, when you do something, you know, people are going to follow suit and they gonna wanna be a part of it." In this call, through my involvement in the investigation, I believe McCullough was instructing HENDERSON to breed certain dogs that would produce pups that could be sold for a large sum of money.

267.    On July 18, 2023, at approximately 11:09 p.m., McCullough and HENDERSON spoke over Target Phone 2; in the call, HENDERSON stated he was at a location that had a "no phone policy."

119

Through my experience and training, I know at certain dog fights, participants are not allowed to possess a cellular device, so they do not create any unauthorized recordings. Moreover, the sponsor of the fight wants to ensure cellphones cannot be tracked by law enforcement.

268.    Intercepts over NORFOLK and HENDERSON's intercepted phones have provided a good deal of additional evidence relating to the Dogfighting Enterprise. NORFOLK, HENDERSON, ERVIN, RICHARDSON, SANDERS, Paul BRADFORD, Willie LEE, and James CROONS have all been intercepted over the Target Phones discussing dog fighting.

269.    For example, on May 31, 2023, at approximately 1:10 p.m., NORFOLK and HENDERSON spoke over Target Phones 1 and 4. In this call, NORFOLK asked, "I need you to…can you go and get your own scale please? …The hanging scale…From, like Tractor Supply or, or somewhere [HENDERSON needed to buy his own animal scale, preferably a hanging scale]." HENDERSON asked, "What you weighing up?" NORFOLK replied, "Oh man, we need to weigh this shit up. I just weighed Deadbolt [one of NORFOLK's dogs]. That nigga, God damnit, 49 pounds, all fat. Shit." HENDERSON asked, "Is he?" NORFOLK confirmed, "Hell yeah. I got, I got, I'm over here, uh, motherfucking, hooking in to, uh, hooking into these niggas. I mean, uh, A.J. hooking into these niggas. And I'm, I'm going half in with him. So, I'm, so we doing that brother and I'll need a base now. They got some niggas in, I think they said Toledo or somewhere. I'mma try to make them come here [there are unidentified dogfighters in Toledo, Ohio that NORFOLK wanted to arrange a dogfight with, and wanted to have them come to Indianapolis to have the fight]. …[jokingly] if we, I'm just wondering if we need to put Limo down. Fuck that." HENDERSON laughed, and NORFOLK continued, "I think we can put him down. And uh, they wanted, they, I think they wanted to go 4 [the Toledo dog fighters proposed that the fighting dogs' agreed upon weight should be forty pounds]." HENDERSON asked, "40s?" NORFOLK confirmed, and continued, in an aside instruction to an unknown third party, as the sound of a treadmill began, "So, when

120

you put him on there you just tie him to the front too [the dog that they appeared to have just placed on a treadmill needed to be tied up to the front of the treadmill]." Returning to HENDERSON, NORFOLK continued, "Uh, yeah, I need to see how much, I know, I know Limo weigh about 45 pounds, fat. That's what I think, or 46. Is that--you think that's right?" HENDERSON replied, "I need to, yeah. I need to put him on the mill [HENDERSON's dog Limo was overweight, and needed to be run on the treadmill]. I'm getting ready to bring him down there. You think it's too hot to go to the mill right now?" NORFOLK replied, "Hell nah, we on the mill right now." HENDERSON replied, "I'm about to come that way," and the call ended. From this call, it appears that NORFOLK is acting as a fighting dog conditioner for HENDERSON.

270.    Through my involvement in this investigation, I know that individuals involved in dog fighting utilize hanging scales to weigh their dogs prior to an organized dog fighting match. As previously mentioned, the dog's weight is mutually agreed upon by both parties prior to a match being conducted. The scales ensure both parties comply with the agreement. As such, I believe that NORFOLK's need for the scale was in furtherance of the dogfighting activity. Furthermore, I know dog fighters often use specialized tools to include, but not limited to, tread mills (often human tread mills modified to hold pit bull-type dogs in place), "jenny mills", aka, "cat mills" to condition dogs, and other devices capable of being used to exercise or restrain fighting dogs. In this call, the treadmill that could be heard in the background appeared to be one of the dogs being run on the treadmill.

271.    From agents' review of NORFOLK's Facebook account (as obtained pursuant to search warrant), they observed a video that NORFOLK sent to a third party, and this video displayed a dog running on a treadmill, secured to the treadmill by a harness. Within the same video, a second dog was being restrained near the dog on the treadmill. This type of behavior is indicative of NORFOLK conditioning his dogs to be canine aggressive, which was further confirmed when NORFOLK wrote to

121

E.M, "I'm holding my dog son of ch [Champion] Dexter 15 months never been touched." This video, and others located on NORFOLKs Facebook account, have led me to believe NORFOLK is keeping dog fighting paraphernalia (e.g., treadmills, etc.), at ███ Sherman Drive, Indianapolis, Indiana.



272.    On June 3, 2023, at approximately 7:03 p.m., HENDERSON received a call on Target Phone 2 from Paul BRADFORD. During this call, HENDERSON stated, "…I'm looking at Limo [one of HENDERSON's dogs] at 8 o'clock, nigga Chuck [RICHARDSON] got some." Later in the conversation, HENDERSON told BRADFORD he was going to look at a dog that belonged to Chuck [RICHARDSON]. HENDERSON added that he was going to "Christopher Lacy's house [NORFOLK's home]. BRADFORD responded that he was at already at his [NORFOLK's] house. I believe in this call, HENDERSON was

relaying to BRADFORD that he intended to roll or test his dog Limo against one of RICHARDSON's dogs.

273.    On June 3, 2023, at approximately 8:15 p.m., HENDERSON called George TAYLOR over Target Phone 1. During the call, HENDERSON was clearly in a vehicle with another individual (for example, in the background, HENDERSON was heard saying, as an aside, "Fuck, left…").  In the call, TAYLOR indicated he would, "be there in three to four minutes," but HENDERSON replied, "I gotta pull off… Catch me down on Sherman.  …On 34th, 33rd [HENDERSON had already left his prior location, and wanted TAYLOR to come to the new location]."  TAYLOR was concerned he would not be able to meet up with HENDERSON, and said, "Say what? …I'm right here on 38th Street."  HENDERSON replied, "Nah, I'm…I got a dogfight to go to."  TAYLOR replied, "Here I come. You hear me?" HENDERSON was clearly intent on getting to his destination, and said, "Man, if you ain't here by the time I get this dog in the crate…"  TAYLOR replied," A'right. Bye, bye, bye," and the call ended. From this call, I believe that HENDERSON was actively involved in getting a dog to a dogfight, which I believe from the earlier call with BRADFORD was HENDERSON's dog Limo. Moreover, I believe the fight occurred at NORFOLKs residence because HENDERSON mentioned he was in the vicinity of 33rd and Sherman Avenue. As previously mentioned, NORFOLK resides at ███ N. Sherman Avenue.

274.    On June 3, 2023, at approximately 9:39 p.m., HENDERSON received a call from an unknown male using (317) 397-8670 (UM8670) who, based on precision location data, is believed to reside at ███ ██ 34th Street, Indianapolis, Indiana.  During this call, UM8670 asked HENDERSON how he was doing: "…I had to call, make sure everything was alright with you."  HENDERSON replied, "I'm over here at the dog fight, man." UM8670 replied, "Oh. (U/I) this due gon' be pullin' up on you, you know what I'm saying. We gon' try and meet you." The call then ended.

123

275.    On June 3, 2023, at approximately 10:16 p.m., HENDERSON used Target Phone 2 to call an individual; during the call, HENDERSON relayed, "Yeah, I'm over here at this lil dog fighting shit. …Over here at this lil dog fight over here. I'll be done in a minute."  HENDERSON was asked, "Ah, yeah? You put one of your girls on there?" HENDERSON replied affirmatively, "Yep."  HENDERSON was asked, "On the R or something [was HENDERSON near Ralston Avenue]?"  HENDERSON replied, "Yes, it's packed [the dogfight was a well-attended event]." In this call, I believe that HENDERSON was relaying that he was still engaged in the dogfighting activity at 10:16 p.m., and that he had engaged one of his dogs in a fight (he'd put one of his "girls on there"). HENDERSON further relayed that it there were a number of individuals at this dogfight, and from my training, experience, and involvement in this investigation, I know that one of the ways that dogfighting is a money-making venture is that people are charged admission to watch the fights.

276.    From conversations that occurred on June 4, 2023, I have received further evidence that HENDERSON, NORFOLK, and others attended a dogfight the night before [June 3, 2023]. On June 4, 2023, at approximately 9:38 a.m., NORFOLK called HENDERSON spoke over Target Phones 1 and 4, and the two discussed the dogfight from the night before, where HENDERSON's dog Limo had fought. NORFOLK laughed, "You ain't never, you ain't never letting uh, no motherfucker get in there with your boy again, are you?  …Because…he was going, he was going with Jimmy [CROONS] [the dog handler that was in the fighting pit with Limo the night before]. But he don't know Jimmy [CROONS]. He needed you in there.  …Man, he needed daddy [Limo needed HENDERSON in the pit with him, not handler CROONS].  …Jimmy [CROONS] pushing him all hard and shit when he just, could just sit back. …Yall just kept saying, kept telling him, (U/I) just let him do his thing.  …And next time can't let nobody can't get in there with Limo, man."  In that conversation, HENDERSON said, "When I took him home, his face fucked up, he's a –I mean, you know he's doing the motherfucking face-biting shit, man. He (U/I), he got

124

one, he got one good, he got a good leg bite on him, but…" NORFOLK interrupted, "Every time he…bit Limo, Limo went back at his shoulder and bit him. …Every time he, every time he he—he went, Limo got him right back. Every time. …Bet he learned some shit last night." HENDERSON confirmed, "It taught him to maneuver and shit rather than (U/I)." NORFOLK asked if that was the longest he ever went in a fight, and HENDERSON replied, "Nah, he went nine minutes with the other dog [this was not Limo's first fight, and he had at least one fight that went longer than the June 3, 2023 fight]..." In this call, the two appeared to confirm that the dogfighting was fairly regulated internally, in that NORFOLK stated, "But man, we went—I'm making new rules around here. Before you even come, you gotta lock into a 15-minute contract… Shit, or you gotta pay to stop it. …You done have us set all this shit up, and you were in there for seven minutes?" HENDERSON concurred.

277.    On that same day, June 4, 20223, at approximately 2:36 p.m., Paul BRADFORD called HENDERSON at Target Phone 2. During the call, BRADFORD complained that HENDERSON did not send him the video, and HENDERSON replied, "It's too long, but I tried to send it." HENDERSON went on to explain that the dogfight only went seven minutes (referencing the fight of June 3, 2023, which NORFOLK and HENDERSON had discussed, above). BRADFORD replied, "But you, I know he fucked him up though, didn't he?" HENDERSON responded, "Yeah, but he…he grabbed on, on Limo's face, head swollen like a motherfucker. He got a good leg grab. He back here sorer than a motherfucker. I'm about to shoot him a dose of penicillin." After BRADFORD heard the details of the dog fight, he stated, "Um, now I'm telling, I'm telling you, man. Man we gotta go on and just. I needed to breed him [BRADFORD was expressing an interest in breeding Limo]." Later in the conversation, BRADFORD stated, "Big Mo [ERVIN] is breeding a female dog named 'Brando.'" BRADFORD went on to explain to HENDERSON, "that Brando bitch went over an hour, bro [Brando was in a dog fight that lasted an hour] …They lost to a technicality. You feel me? …Big Moe [ERVIN] pushed her out there [ERVIN was

125

disqualified for touching his dog], and if Big Moe wouldn't've pushed her out they wouldn't been—that motherfucker was going. That's the one he [ERVIN] needs to be breeding."

278.    Through my training, experience, and knowledge of this investigation, I know it is common for dogfighters to take videos of the dogfights, which are then routinely circulated to other members of the dog fighting community.  For instance, I obtained a search warrant for Donavan Tipler's (TIPLER) Facebook account. TIPLER has been identified by law enforcement as being involved with the same dog fighting group, and he is known to have shared several dog fighting videos with people on Facebook. In one video, TIPLER, and Maurice Ervin (ERVIN) alias "Big Moe" are observed standing inside a "pit," during an active dog fight. Moreover, through my experience, training, and knowledge of this investigation, I know dog fighters routinely store copies of the dog fighting videos within their residence and/or their electronic devices. For instance, as previously mentioned, investigators recovered a dog fighting within BRONAUGH's cellular device following his October 2022 arrest. According to the data associated with the video, the video had been created approximately two years prior.

279.    Based on HENDERSON and BRADFORD's June 4, 2023, conversation, ERVIN had a dog he fought for over an hour on an occasion in the past, and was therefore a good fighting dog. BRADFORD informed HENDERSON that ERVIN should breed that specific dog with Limo. Through my experience, training, and knowledge of this investigation, I know that some of the Targets of the investigation are keeping their fighting and breeding dogs at their residence. Furthermore, the investigation to date has revealed that ERVIN is actively involved with the Indianapolis dog fighting organization. This is based on ERVIN's past criminal history, intercepted communications of ERVIN and others discussing dog fighting, and a video found within TIPLER's Facebook account that displayed ERVIN standing inside a pit, during an active dog fight. ERVIN is known to reside at ███ Robertson Court, Indianapolis, Indiana, and has been surveilled there on multiple occasions. For example, on or

126

about August 15, 2023, investigators observed ERVIN enter █████Robertson Court, Indianapolis, Indiana, as depicted below:



280.    On June 15, 2023, investigators conducted physical surveillance on HENDERSON. At approximately 9:02 p.m., investigators observed HENDERSON arrive at NORFOLK's residence, ██████ ██ Sherman Avenue, in a blue Charger, exit the vehicle, and then walk to the back of the house. Investigators obtained historical cell-site data for the cellular devices belonging to SANDERS and CROONS. A review of the data confirmed both SANDERS and CROONS were in the vicinity of ██████ ██ Sherman Drive the night of the June 15, 2023.

281.    On June 16, 2023, at approximately 4:11 p.m., HENDERSON received a call on Target Phone 1 from Michael SANDERS. During the call, the two appeared to discuss the dogfight from the night before [June 15, 2023], with SANDERS saying, "Hey, look, man, I told Christopher [NORFOLK]

to leave that dog alone until he get mature… He keep fuckin' with the dog [SANDERS had advised NORFOLK not to fight his dog the night before, because the dog was too young and untrained]!" HENDERSON confirmed, "I don't know why, when he was—when he was tryna call Big Moe [Maurice ERVIN] out last week, I asked him, I said, 'is he in shape? Is he ready?' He's [NORFOLK's] like, 'shit, he [NORFOLK's dog] been doin' this shit all his life.' But I, in the back of my head, man, I'm like, 'man, he [NORFOLK's dog] is not ready...'" SANDERS complained, "He's [NORFOLK's dog] young, he's not schooled out. He's not schooled out at all [the dog does not have experience fighting]. Christopher [NORFOLK] really just put him in a match with a five year old dog!" The two continued to complain, with SANDERS saying, "Look man, its cool to take a peek at the dog, you know, five minutes, ten minutes, maybe even fifteen minutes, but you don't put no young-ass puppy in a motherfuckin in no—in there with no five year old dog, and no twenty-five minutes, off the chain [SANDERS was upset that NORFOLK put NORFOLK's untrained dog up against a five year old experienced fighting dog in a full-fledged fight, or 'off the chain']. …Now if that dog was young, if that dog was young, I wouldn't even make no—that dog was five years old, man. Biting like a shark, too. That motherfucker was biting like a shark in that motherfucker." From this call, I believe HENDERSON attended a dogfight on June 15, 2023. Furthermore, based on the same call, I believe NORFOLK and ERVIN attended the same dog fight, and NORFOLK entered one of his dogs in the fight.

282. On June 19, 2023, at approximately 3:10 p.m., HENDERSON received a call from SANDERS who stated, "Man. Should we, uh…Jesse see they came in heat. And they wan- they wanna put Limo in her." In this portion of the conversation, SANDERS was talking to HENDERSON about breeding dogs, and HENDERSON stated, "…That bitch don't like dogs at all." SANDERS suggested, "It may be different when she in heat. You know what I mean? But I know how that bitch is. I mean we can kinda like walk him up. I'll walk her up- from the back and see." HENDERSON acknowledged, "Right"

128

and said, "..Just let me know you down there. I'll gotta down there and feed them motherfuckers up.." Through my involvement in this investigation, I have learned that the breeding process can only be successful if the female dog is in "heat," or ovulating, and that only occurs for 10 -14 days about once every six months.

283.     On July 1, 2023, at approximately 2:40 p.m., HENDERSON received a call on Target Phone 1 from SANDERS who stated to HENDERSON, "Man I had called you. Said I had to go pick up the carpet…I had to go get the carpet."  Later that same day, at approximately 3:47 p.m., HENDERSON used Target Phone 1 to call James CROONS who asked HENDERSON, "Hey, you know anybody got any carpet?" HENDERSON replied, "I thought lil Mike [Michael SANDERS] just said he went got some (referencing the 2:40 p.m. call HENDERSON had just had with SANDERS]." CROONS explained "…that shit smells too pissy [SANDERS' carpet was unusable]…shit was horrible. The dogs would've died if they'd smelt it." HENDERSON asked the size of the "box" [dog fighting pit]. CROONS responded, "Need, like, a sixteen by sixteen [16' x 16'], or somethin." Later in the conversation, CROONS and HENDERSON discuss the pricing of carpet, if they purchased some from a store, indicating it would cost somewhere around $60-$100.  As the conversation progressed discussing how to get carpet [so that a planned dog fight could go forward], HENDERSON stated, "I'm getting' ready to put one of my stings [drug addict customers] on a mission real quick [HENDERSON was contemplating sending a drug addict to go steal carpet from a local house]."  The call ended with HENDERSON indicating he was going to check the nearby house and see if there really was any carpet by the side of the porch, as CROONS claimed there was.

284.     Through my experience, training, and knowledge of this investigation, I know it is consistent for carpets, tarps, or canvass to be used in dog fighting pits. For example, every dog fighting video recovered from TIPLER's Facebook account, displayed dogs that were fighting in pits with carpet

129

flooring. Moreover, per the "Cajun Rules of Dogfighting" guidelines, a carpet or tarp must be used for pits. Furthermore, I know that a sixteen-by-sixteen square is a common measurement for a dog fighting pit. For instance, in April 2016, when IMPD executed a dogfighting search warrant on RICHARDSONs residence, ███ **Webster Avenue**, they recovered a handwritten copy of dog fighting rules. Contained within those rules was a description of a typical dog fighting pit, as depicted below:

> **Pit Rules**
> Used for Contests Deciding
> The Gamer of two dogs
> (Gamer~ Plucky, Unyielding in manner, Ready and willing)
>
> By al Brown

> Rule #3: No water, sponges, towels or any other accessories are
> allowed in the pit at any time, except the Referee who
> shall have in his possession an adequate breaking stick, and a
> pencil, also a copy of these rules. The pit shall not be less
> than 14 ft. each way, whenever possible, with sides 30
> inches high, with a canvas covered floor, upon which has
> been painted or chalked on, 12½ ft. apart, and with a centre-
> line half way between the scratch-lines.

> Finally, the pit may be covered with carpeting rather than
> canvas (Rule #8), the scratch lines may consist of some of
> the modern tapes, and the central line between the scratch
> lines is often omitted.

285.    At approximately 8:24 p.m. on July 1, 2023, HENDERSON used Target Phone 1 to call James CROONS. In this call, HENDERSON asked, "You got everything together?" CROONS replied, "Yeah, we got out the carpet. Bro said he got out the carpet and shit so, you know. We got all that shit and gonna hook it up in a minute. I was just waiting on it to get dark."  In this call, I believe that CROONS was indicating he was prepared to put together a dogfighting pit, but was waiting for it to get dark outside before he did so, so as not to cause undue scrutiny from neighbors. On this date, I believe that HENDERSON was planning to attend the dog fight that CROONS was setting up; at 10:17 p.m. on July 1, 2023, HENDERSON was intercepted talking to a female over Target Phone 1; in this call, the female asked, "You on your way to the dog fight?" HENDERSON replied, "Yeah. You want to go with me?"

286.    At approximately 11:58 p.m. on July 1, 2023, HENDERSON received an incoming call on Target Phone 1 from Christopher NORFOLK.  NORFOLK and HENDERSON were discussing the dog fight that was supposed to have occurred that evening, but which instead resulted in a forfeit because one of the dogs was three pounds lower than what the dog should have been rather than weighing in at 39 pounds, one of the dogs weighed in at 36 pounds).  Towards the end of the conversation, HENDERSON said, "It was a whole bunch of mu'fuckas in there, man.  Mu'fuckas I ain't never seen.  Boy, it was about forty mu'fuckas in that…house [the dog fight for this particular night was at an unknown person's residence and was considered crowded]."  NORFOLK asked, "And he had to give everybody their money back though, didn't he [as a result of the forfeit due to one of the dogs not making weight, everybody was given their money back that paid a cover and/or placed wagers on the fight]?"  HENDERSON responded, "I guess, I don't know.  I didn't pay shit…probably.  I don't know."  NORFOLK stated, "What you think about that psycho dog?  I really like…I wanna, I thought..I think 'Haircut' I don't know.  I don't know [NORFOLK is interested in two dogs (Psycho or Haircut) to either train or place wagers on in upcoming dog fighting events]."  HENDERSON replied, "Both of them mu'fuckas look scrawny than a mu'fucka."

131

NORFOLK and HENDERSON continued to discuss the malnutrition look to the dogs throughout the remainder of the call.

287.    On July 18, 2023, at approximately 11:09 p.m., HENDERSON received a call from Danyell McCullough who stated, "Where you at?" Throughout the conversation, dogs could be heard in the background crying. HENDERSON replied, "I had to come down here to see these dogs." In this part of the conversation, HENDERSON and McCullough discuss ways to feed the pups. Investigators reviewed precision location data for HENDERSON's cellular device, which revealed HENDERSON was in the vicinity of ███ Ralston Drive, Indianapolis, Indiana during the time of the call.

288.    On July 20, 2023, at approximately 8:27 p.m., HENDERSON received an incoming call from NORFOLK. After they greeted each other, NORFOLK stated, "I had a play for you earlier that's why I called you [NORFOLK had a narcotics deal where he would middle-man a transaction between a customer and HENDERSON]." HENDERSON explained he didn't see the missed call, and NORFOLK continued, "I had a decent play for you too." HENDERSON replied, "I ain't see it. I'ma have, I'ma have to come and holler at you in a few." NORFOLK changed the subject to talk about the dog named "Hillbilly [one of NORFOLK's dogs] …There was a rainstorm that night. I don't know how that motherfucker got loose. He went right on over and killed Hillbilly." HENDERSON asked, "Deadbolt [another dog owned by NORFOLK] got loose?" NORFOLK continued, "…I don't know how he got loose right over there. He put, he put, he put the hold on Hillbilly boy [Deadbolt killed Hillbilly after getting loose]." NORFOLK continued to explain he also has another dog, "Deadbolt's" sister: "Deadbolt's sister. The one I said I didn't like. She- I didn't think she was gon' turn on [Deadbolt's sister had potential to be a good fighting dog]." HENDERSON acknowledged, and NORFOLK continued, "Uh man, she doing everything now. She doing everything now. She (UI) like a motherfucker, that's crazy, screaming at the flirt [a training tool dogfighters use to prepare their dogs for dog fights] and she- and she hittin' shit. I let her and my red

132

bitch roll for like about (UI) just to see (UI). She locking up and wanting to get some more and everything right now. She's- She's on deck [Deadbolt's sister is going to take Hillbilly's spot, for future fights now that Deadbolt killed Hillbilly]." NORFOLK continued to explain how Deadbolt's sister had taken to the training and would now be taking Hillbilly's place (since Deadbolt had just killed Hillbilly), stating, "Yeah, it's like that. I see two Deadbolts. Yep. She stepped in for Hillbilly man. She stepped in for Hillbilly."

289.    In this call of July 20, 2023, HENDERSON asked, "You at work?" NORFOLK confirmed, "Yeah. I been getting good money. I'm 'bout to get me uh, I'm 'bout to get me uh… I'm thinking of getting this motherfucking Maserati." HENDERSON asked, "Oh yeah?" NORFOLK replied, "Yeah I want to have a Porsche and a Maserati." HENDERSON laughed. NORFOLK returned to talking about the dogfighting activity, "Uh, uh, you know I got- I got one of them puppies from Willie." HENDERSON asked, "Which ones?" NORFOLK said, "Uh…the ones from the first litter. That Haircut puppy…Yeah it was, and it was the uh, well he said it was the biggest one of the litter. He had sent it out of town to his dude and uh-….and uh, there was- end up having some problems and had to bring it back. And he had nowhere to put the motherfucker. Yup, I ended up buying it from him." NORFOLK explained that there was another litter of puppies that SANDERS had: "Lil' Mike [SANDERS] got them over there. She had about nine puppies…Yeah. But see at first he [SANDERS] was listening to Big Moe [ERVIN] talkin' 'bout, Yeah, I- I- I- I- don't even know if I'ma kill all of them or what. 'Cuz you.. uh you know, they said you might've let some another dog (UI) [ERVIN was talking to SANDERS about killing the whole litter of puppies, if SANDERS wasn't sure what dog had mated with his for pedigree purposes].  …I said, [NORFOLK]…I had that dog put in a pen the whole time and I mated her with Deadbolt four or five times and she wasn't never out there on a chain. She was always in a pen. I know for a fact them with them's

133

his [SANDERS' dog had a litter of puppies with Deadbolt, NORFOLK's dog, so the pups could be properly pedigreed]." The conversation continued about the litters of puppies on the way.

290.    As the July 20, 2023, call continued, HENDERSON then stated, "I gave Jimmy [CROONS] some money over Landon [JONES] so he can get (UI)." NORFOLK asked for clarification, and HENDERSON said, "I just gave him a hundred." NORFOLK replied, "Man, he wouldn't have gave shit. So he can quit what?" HENDERSON responded, "Just keep on bringing us like he, you know, like it's his like he, like he, like he in control of something. And Landon [JONES] told, Landon telling me that he ain't even got the paper [the pedigree of the dogs]. He asked- Landon said he asked him like can he get in- get in touch with or get him, get the paper of some shit Landon was tellin' (UI) or something." NORFOLK replied, "…He [JONES] hate that you [HENDERSON] got rid of that dog…He [JONES] hate that I got Deadbolt." HENDERSON then asked when NORFOLK got off work and NORFOLK answered, "4:00 p.m." NORFOLK continued, "Yeah, but tomorrow Friday so I'm, I'm- oh, and guess what? Uh, I got the new pass [NORFOLK had recently received permission from his Probation Officer that allowed him more freedom]. I got a new pass. They gave me- I told them that uh- they gave me a pass to go to the gym. I can go for three hours with one hour travel time. So really four hours so I told them that (UI) I been looking at it been too expensive. I just want to go to the park and walk around the track. Exercise my legs. So they said uh, 'What park do you want to go to?' I said 'Uh, Wes Montgomery.' [Wes Montgomery Park is the park right across the street from ███ █. Hawthorne Lane, one of HENDERSON's stash and distribution locations for narcotics.]" HENDERSON and NORFOLK laughed. NORFOLK continued, "And they said, 'Okay. What time you want to be there? I said, "Uh, every Friday, Saturday and Sunday from 5:00 p.m. to uh 8:00 p.m. with a hour travel time. [NORFOLK laughs and continues] They, they granted that. Yeah. Yup. But uh, you'll see me at the park every Friday Saturday…I'm going up there for

134

a couple hours if I want to now." HENDERSON acknowledged and NORFOLK requested, "But uh, yeah, just get with me tomorrow man. Slide through on me." HENDERSON agreed and the call ended.

291. On August 2, 2023, at approximately 7:36 p.m., NORFOLK received an incoming call on Target Phone 4 from Michael SANDERS. SANDERS informed NORFOLK that a dog named Diamond got off its chain and killed another dog that was owned by Brandon LNU. SANDERS told NORFOLK, "Listen…what I was trying to explain to you, Chris. Them dogs—y'all keep talking about the, the other litters. I keep tryin' to tell you, I'm like, man, these dogs is some un-normal dogs [the dogs from a particular litter, including one that Brandon LNU appeared to have possessed, were unnaturally aggressive]." SANDERS again indicated that the dog had killed Brandon LNU's dog: "Yep, killed it dead. …That bitch got off the chain and killed that motherfucker dead." Later in the conversation, NORFOLK stated, "I ain't a fan of nothing that, that Moe [Maurice ERVIN] bred, but the shit that you bred, it, it is good. It's better than what Moe bred [NORFOLK liked the fighting dogs that SANDERS produced]." SANDERS then stated, "Guess what Moe [ERVIN] just told me? …He said, man, we gotta get over there and get that dog, Brandon about to shoot the dog man." SANDERS continued, "Yeah, he mad. 'Cause, you know that was they…him and his son's dog. They, 'Man, this motherfucker done kilt a dog, man.' And I said, 'Brandon, that's what we bred them dogs to do." SANDERS told NORFOLK that Brandon had informed him that the deceased dog's stomach was ripped open by Diamond. SANDERS told NORFOLK that when Moe [Maurice ERVIN] heard about the dog's injuries, he [ERVIN] wanted to "see the aftermath." NORFOLK responded, "I just, too, I wanted a-I wanted a picture. I ain't wanna say nothin [NORFOLK told SANDERS he wanted to see a picture of the dog's injuries]." NORFOLKs remarks regarding wanting to see the dog's injuries is consistent with what investigators found in NORFOLK's Facebook account. For instance, investigators located a video within NORFOLK's account that displayed severely injured dogs, as depicted below:

135

 

292.    On August 3, 2023, at approximately 5:51 p.m., NORFOLK received an incoming call on Target Phone 4 from Gary Wright (Wright).  NORFOLK asked, "Hey, hey, hey you bringing Rosie [a dog] out this weekend?"  Wright responded, "Uh, I don't know."  Later in the conversation, NORFOLK said, "(UI) I'm just tryin', I'm just tryin' to get uh, seven minutes [NORFOLK would like to coordinate a test fight or "roll" between the dog Rosie and another unknown dog to ascertain the fighting characteristics of the unknown dog."  Wright responded, "I don't do seven minutes [Wright did not do exhibition test fights for seven minutes]."  NORFOLK asked, "Oh, what you do?"  Wright replied, "You don't need it. You already got that (UI)."

293.    On August 6, 2023, NORFOLK spoke to an unidentified male regarding an individual named "Chuck" [RICHARDSON], who wanted to fight his dog against one of NORFOLKs dog's "next weekend" [weekend of August 12, 2023]. In response, the unidentified male stated, "Which boy is that Chuck [RICHARDSON] got? That black and white one he got…Is that a big dog? That black and white one a big dog?" Later in the conversation, NORFOLK stated, "Nah, once he once he get once he gets bit, he's scratchin."

294.     Through my experience and training, I know scratching is a term used by dogfighters to describe a dog who fully intends to get involved in the fight. Additionally, through this investigation, I know RICHARDSON uses the alias "Chuck." I have come to this conclusion based on intercepted calls between NORFOLK and RICHARDSON, RICHARDSON's Facebook vanity name is "Rich E Chuck," and RICHARDSON's cellular number was saved in BRONAUGH's cellular phone, which had been seized by law enforcement in October 2022, under the name "Chuck." RICHARDSON has numerous animal complaints filed against him, with the latest being a Crime Stoppers report received on June 13, 2023. The complaint alleged that the dogs in the backyard of ██ █ Webster Avenue are malnourished and kept on heavy chains with padlocks. Furthermore, the complainant alleged the owner makes the dogs fight over food. This complaint was further solidified when NORFOLK and RICHARDSON spoke on August 8, 2023-see below).

295.     On August 7, 2023, at approximately 9:57 p.m., NORFOLK placed an outgoing call on Target Phone 4 to ERVIN. NORFOLK stated that, "damn dog I got from Willy [LEE]. That lil buck skinned dog...he want act like he don't want stop barking. He barking 3 o'clock in the morning." NORFOLK continued the conversation by saying, "…I went over there and I had picked up a stick on the way man. I went out there and beat the shit out of that motherfucker and went back in the house. He was screaming by the time I went back in the house. Then it was about an hour later. I couldn't believe it. I just heard the motherfucker….so now he know, like… God damn that motherfucker will come…He started crying. He started crying oh Lord no. I hadn't even touched him." NORFOLK continued to explain that he placed the dog in "jail." ERVIN responded, "Ah you put him in the van." NORFOLK said he placed the dog in the trailer. NORFOLK added that the trailer has cages and "stuff."  Through the course of this investigation, investigators have learned a trailer is parked at the rear of the abandoned business

located at ███ █ Sherman Drive and adjacent to NORFOLKs property line. I believe that NORFOLK placed one of his dogs in a cage in the trailer adjacent to his property.

296.    On August 8, 2023, at approximately 2:15 p.m., NORFOLK placed an outgoing call on Target Phone 4 to HENDERSON. NORFOLK stated, "I want to get that motherfuckin', uh, that black boy [A black male dog bred for dog fighting purposes] that I got from Lil' Mike [SANDERS]. I want, I've been work, fuckin' with him [NORFOLK has been training the dog to determine the dog's fighting ability]. I want to let something hit him, like, on the yard…for, like probably for, like, two or three minutes, see if he see if he, see if he scratch [has the desire to fight]. See if he, see if he turn, see if he turn on [NORFOLK is coordinating a test fight between the black dog and an unknown dog to determine the fighting ability/potential of the black dog]." NORFOLK suggests that two or three minutes should be adequate amount of time to make that determination. HENDERSON asked, "Who are you thinkin' about? Limo [HENDERSON's fighting dog]?" NORFOLK responded, "Yeah [NORFOLK wants the black dog to fight "Limo" to determine the black dog's fighting potential]." HENDERSON responded, "I don't give a fuck [HENDERSON was willing to let Limo fight the black dog]." NORFOLK stated, "And I know I only want to do it for like two or three minutes, just to see, see him goin' and then break them up and see if he, see if he cu—uh, see if he scratch [NORFOLK reiterated that he only wants Limo and the black dog to fight for two to three minutes to determine the black dog's fighting potential]." HENDERSON responded, "Yeah."

297.    On August 8, 2023, at approximately 2:31 p.m., NORFOLK placed an outgoing call to RICHARDSON at call number ███-5693. During the call, NORFOLK called RICHARDSON "Chuck." At the onset of this call, RICHARDSON was explaining that animal control had been called to

138

his residence [█████ Webster].[29] RICHARDSON went on to explain that he "was working my shit [dogs] in the back and my neighbors called [RICHARDSON was conditioning his dogs in the backyard of ████ Webster]." Later in the call, RICHARDSON went on to explain that he did not, "want to bang my boy up [have his male dog injured] and be at work and they [Animal Control] come over to this motherfucker [RICHARDSON did not want to do anything that would cause injuries to his dogs that would be detected by Animal Control]." Later in the call, NORFOLK requested advice from RICHARDSON on how best to maintain his dogs. RICHARDSON suggested using B-12 supplements and concrete water bowls.

298.    Through my training and experience, I know vitamins and supplements are commonly used in animal fighting operations to preserve or advance the animal condition. B-12 is a commonly found at both animal fighting and animal breeding locations. On August 11, 2023, investigators observed through electronic surveillance, RICHARDSON vehicle was present at ████ Sherman Drive. Later that same afternoon, investigators observed four concrete bowls with metal liners sitting in the yard adjacent to NORFOLK's residence. These bowls are consistent with those described and recommended by RICHARDSON in his August 8, 2023, conversation with NORFOLK.

299.    On August 9, 2023, at approximately 2:00 p.m., investigators observed Dyrell Reeves aka "Tank" and Michael SANDERS exit a residence located at ████ Chester Street, Indianapolis, Indiana. After, both entered a black Chevrolet Silverado truck bearing IN tag TK797OJA, where Reeves was observed as the driver. A photograph from the surveillance is depicted below:

---

[29] Through investigation, I am aware that Animal Control did, in fact, come to RICHARDSON's home based upon a neighbor's complaint. RICHARDSON was not cited, however, because his dogs did not appear abused.



300.    On August 9, 2023, at approximately 6:45 p.m., NORFOLK placed an outgoing call Target Phone 4 to an Unknown Male (UM9480).  At the onset of this call, UM9480 was explaining the blood line for a dog that he just received.  UM9480 stated, "Hey man, the bitch [the dog recently obtained by UM9480] done killed three of his dogs, boys, two boys and one girl [UM9480 had obtained the aforementioned dog from a 3rd party after this dog had killed three of the third party's other dogs]." NORFOLK and UM9480 proceed to go back and forth with each other as to how big the dog is.  Later in the conversation, NORFOLK asked, "Where is she at?"  UM9480 replied, "In back of my truck." NORFOLK asked, "Why you didn't bring her over here (UI) [NORFOLK was interested in this particular dog, and was asking UM9480 why he did not bring the dog over for NORFOLK to inspect]?"  UM9480 responded, "I did last night, goddammit.  You was sleep.  You had to go to work [UM9480 attempted to show NORFOLK this dog last night but NORFOLK was unavailable]."  NORFOLK stated, "Well, I'm up."  UM9480 replied, "I brought her over after she killed the two d—I just—I had to get—put the stick in her mouth [bite stick] to get her off the boy dog she killed.  Lil' Mike [SANDERS] seeing her, he was like, Goddamn.  She, this bitch crazy man."  NORFOLK asked, "What Lil' Mike say when he seen it?" UM9480 responded, "He was like, "I wann—I wanna look at her [Michael SANDERS was interested in

140

obtaining this dog from UM9480 due to the dog's aggressive tendencies, as demonstrated by killing multiple dogs]. I—don't—don't—don't get rid of her yet. But I'm like, shit, you know, he movin' and groovin'. I'm like, shit, I take her to Chris [NORFOLK]. Chris know what to do with this crazy bitch [NOFOLK is well versed in training aggressive dogs that are bred for dog fighting purposes]. I had to go—hey, man, I had to go—I had to go throw the boy dog away [UM9480 disposed of the dead dog]. I mean, she wouldn't let that bitch go. He was dead man, and she was still holding on to him, man." UM9480 continued and said, "I'm 'bout to bring the bitch by there [UM9480 will bring the dog to NORFOLK]. I'm on 34th and Keystone. NORFOLK responded, "Aight, pull up."

301. On August 10, 2023, at approximately 10:30 a.m., investigators observed a black Chevrolet Silverado truck bearing IN tag TK797OJA [same truck as the one observed parked at ███ N Chester Street, Indianapolis, Indiana] parked at ███ Kinnear Street, Indianapolis, Indiana. Moreover, and individual who matched SANDERS' description was observed at the front door of ███ Kinnear Street, Indianapolis, Indiana.

302. On August 11, 2023, at approximately 8:57 p.m., HENDERSON received an incoming call on Target Phone 1 from Michael SANDERS. HENDERSON asked, "What you doing?" SANDERS replied, "Shit, you already know I'm moving around like a motherfucker [SANDERS had recently bonded out from jail for a dealing in/possession of controlled substances charge. SANDERS has returned to providing controlled substances to his customers to make up for lost time while Sanders was in jail]." HENDERSON stated, "I'm getting ready to uh, I'm getting' ready to pull up over at Chris [NORFOLK's residence] to see what that, he want Limo [a dog that HENDERSON has bred to be a fighting dog], to see if he uh, Limo uh, he gon' do something with Limo [based on of other call sessions, HENDERSON and NORFOLK had organized a test fight between Limo and an unidentified dog in an effort to gauge the

141

fighting potential of the unidentified dog for a future dog fight].” SANDERS responded, “Aight, I’m on my way over there. HENDERSON responded, “Aight.”

303.     On that same day, August 11, 2023, investigators conducted physical surveillance at NORFOLKs residence, ███ Sherman Avenue. At approximately 2:55 p.m., investigators observed Dyrell Reeves aka “Tank” standing in front of the residence, near his black Chevrolet Impala. Later in the evening, investigators observed two males on the front porch of the residence. One of the males looked similar, if not identical, to LEE. The other, looked similar, if not identical, to CROONS. An image of LEE and CROONS on the front porch of the residence is depicted below:



304.    That same day, at approximately 9:07 p.m., a black Dodge Ram truck [the passenger of the truck was believed to be HENDERSON, based on the time of HENDERSON's call with SANDERS], arrived at the residence and parked at the back of the residence. At approximately 10:03 p.m., the black Dodge Ram truck bearing Indiana temporary tag S008597 left the residence. Investigators learned the black Dodge Ram truck is registered to Mose Bell. At approximately 10:08 p.m., investigators learned HENDERSON and SANDERS spoke on the phone [see below] where HENDERSON stated he was going to meet with SANDERS. Immediately after, investigators reviewed the precision location information for SANDERS phone and determined SANDERS was in the vicinity of 39th Street and Hillside Avenue. When investigators arrived at that location, investigators observed the black Dodge Ram truck turnaround on Hillside Avenue and turn on Keystone Avenue.

305.    Later in the evening on August 11, 2023, at approximately 10:02 p.m., HENDERSON used Target Phone 1 to call SANDERS, and said, "I'm pulling off. We done already did it [approximately the same time investigators observed Mose Bells' truck leave NORFOLK's]." SANDERS replied, "…them motherfuckers [the dog] didn't do shit, did it?" HENDERSON responded that the dog he allowed to fight Limo did not perform well, and that other, unnamed dog should be thrown in the trash. HENDERSON added, "you can't, you can't put no money on that motherfucker [the dog was not a strong fighter, and would not be a good bet in a fight]. He, he just…he was, he was biting, he really couldn't keep no hold." HENDERSON and SANDERS continued to recap the dog fight, until SANDERS suggested, "You might as well go on and kill that motherfucker [the unidentified dog]." HENDERSON responded, "Yep." The call ended with SANDERS telling HENDERSON, "I'mma be, I'mma be getting with you in a minute. I'mma be getting with you."

306.    On August 13, 2023, at approximately 11:12 a.m., NORFOLK used Target Phone 4 to call to Willie LEE.  NORFOLK and LEE were discussing the results of a recent dog fight.  NORFOLK asked,

143

"Man, how the fuck that dog lose man?"  LEE responded, "Man, I-I was, I'm sittin' here watching that shit too, thinking like, how the fuck is he losing' how'd this, how'd he, 'cause he was ahead.  Yep, that motherfucker jumped out ahead, and was ahead for most of the, most of the damn fight."  NORFOLK replied, "He should've been eatin' that motherfucker up [the dog did not perform up to NORFOLK's expectations during the fight]."  Later in the conversation, NORFOLK said, "Ridin' the ear.  Gary said he was ridin' the ear too much [the dog's fighting strategy was not effective]."  LEE responded, "He was, he was ridin' the fuck out of it.  He kept hisself out of trouble for so long.  When that dog was uh--."  LEE continued, "When that dog was catching up to him, it ain't even look like he was punishing him like that."  NORFOLK and LEE further discuss the results of the dog fight and if they were impressed with any of the dogs.  Later in the conversation, due to one of the dogs not performing well in the recent fight, LEE said, "Mmm, yeah I would, me personally I would just turn that motherfucker loose. You know what I mean?  Drive through whatever, where a motherfucker ain't gonna uh, find his way back, and I, I kicked, I turn that bitch loose.  Or just go on and smoke him and put him in a trash bag [Due to the dog not performing well in the recent fight, LEE suggested that NORFOLK dispose of the dog by either letting the dog loose somewhere or killing the dog and disposing the dog in the trash]."  NORFOLK laughingly replied, "Yeah, because uh, I was, tomorrow trash day [NORFOLK is entertaining the idea of killing the dog and disposing the dog in the trash because trash is being collected on the following day]."  NORFOLK continued, "Yep. My hey, Sunday, Sunday night is a bad day to fuck up around here [if a dog does not perform well during a scheduled Sunday fight, NORFOLK is further inclined to kill and dispose of the dog in the trash since trash pickup is scheduled for Mondays]."  LEE responded, "Yeah I would.  I would just string that motherfucker up, man and just shit, string him up, put him in the trash, or just cut his big ass loose [LEE agrees that NORFOLK should get rid of the dog by either letting the dog loose or killing and disposing the dog in the trash]."  NORFOLK responded, "I don't wanna cut him loose, 'cause it just

can backfire, it can get the whole game hot, just anything [NORFOLK is concerned if he lets the dog loose, a bystander can find the dog which may raise problems for all individuals involved in the dog fighting community].”  NORFOLK continued, “Know what I mean, that's (UI) that kinda shit, it could just, motherfucker uh, motherfucker end up on the news, like some, some dog, they rollin' again.  LEE agreed and said, “Oh yeah, yeah yeah.  Pitbull found, scarred up.”  NORFOLK responded, “Pitbull, woo-woo-woo. And then all the dogs, people just gonna be like, man why ain't put that motherfucker down?”

307.    During the course of this August 13, 2023, call between NORFOLK and LEE, NORFOLK asked LEE, “did you ever, you ran into Lil Mike [SANDERS].” LEE responded that SANDERS had called him [LEE] and invited him over to where he [SANDERS] was located. LEE added that he liked the location where SANDERS kept his dogs: “Yep, I like that little spot. I really started liking it when, uh, he [SANDERS] told me all that shit was over there [presumably, dog fighting paraphernalia] that y'all had bred and shit. I said, that's cool, man.” In response, NORFOLK stated, “Yeah, all the puppies over there. …Yeah I told, I talked him into doin' that. Make a puppy yard…It ain't too hot or nothin even though you gotta clean em, but they all puppies, anytime somebody look at em, you goin tell they all puppies.”  From this call, I believe that SANDERS has set up a location where he put forth a great deal of effort into making the location appear that it was simply a puppy yard, rather than a location where the illegal dog fighting paraphernalia was being kept and dogs were being raised to be fighting dogs.

308.    On August 14, 2023, BRONAUGH sent NORFOLK a text message that contained a photograph of an “International Championship Convention” flyer that displayed two pit bulls attacking each other. Furthermore, the flyer listed the location of the convention as being, “150 miles south of San Antonio, Tex. Highway 81.” On the flyer, there were several handwritten signatures to include one that stated, “Ted Roll & Hold.” Investigators reviewed the precision location data for BRONAUGH's cellular

device, for the period when BRONAUGH sent NORFOLK the text message, the location information confirmed BRONAUGH was in Texas.



146

### 11.    JOHNSON JR. Is Involved in the Dogfighting Enterprise

309.    On or about May 3, 2023, local investigators became aware of Marvin JOHNSON JR.'s ownership of multiple terrier type dogs at his residence, ███ █ Muessing Road, Indianapolis, Indiana. Through investigation, I have learned that JOHNSON JR. moved to this address in late summer of 2022, and investigator soon became aware of multiple put bull dogs being housed in kennels on the property.   A local investigator went to JOHNSON JR.'s Muessing Road residence in the Fall of 2022 and met with JOHNSON JR. The investigator observed two pit bulls on heavy chains in the backyard, who appeared to be in poor condition and who were barking continuously.   JOHNSON JR. told the investigator that neighbors at his previous address had filed multiple complaints about his dogs and that nothing had ever happened in regards to those complaints.

310.    Investigators have reviewed JOHNSON JR.'s publicly available Facebook postings, which revealed several postings about pit bulls, and about JOHNSON JR.'s kennel "Game Bred Game Fed Kennels." Moreover, there were postings on JOHNSON JR.'s Facebook account, which related to JOHNSON JR. having a secondary business as a caterer. JOHNSON JR. was also identified as being "Facebook friends" with RICHARDSON and JONES. One such posting was from September 14, 2021; in this post, JOHNSON JR. posted a photograph of a dog that he claimed as his own (writing, in part, "Game Bred Game Fed Kennels Midnight Momma!"). I believe this photograph demonstrates evidence of JOHNSON JR.'s involvement in dogfighting, for several reasons. First, the dog appears to have visible scarring around its face. Second, the dog is wearing what appears to be a weighted olive green collar, which I know is a training tool to make the necks and shoulders of fighting dogs stronger. Third, in addition to wearing the weighted collar, the dog is also wearing a black collar that is attached to a heavy metal chain; I am aware that this is another training technique used to strengthen fighting dogs.   The post is set forth below:

147



311.        JOHNSON JR. has also posted videos on his public Facebook account depicting the conditioning routine he uses for his dogs.   Videos have included scenes of JOHNSON JR. riding a bicycle as one of his dogs trot beside him, which I know can be a way of conditioning a fighting dog.  Two other videos posted to the same Facebook account show JOHNSON JR. walking his dogs in a park while the dog is wearing a weighted vest.  I know individuals involved in dogfighting will utilize weighted vests and collars to strengthen and condition their dogs in preparation for a fight.  The three images embedded below are still shots from two of Johnson's Facebook videos, January 10, 2023 and June 14, 2023 respectively:





312.    In May 2023, investigators drove by the ███ S. Muessing Road, Indianapolis, Indiana residence, and observed an adult pit bull running loose in the backyard.  Additionally, there were approximately four kennels in the backyard, and each kennel contained at least one pup, approximately 3-4 months old.  Additionally, investigators observed a pup staked out near a small doghouse in the backyard.  The pups could be heard barking continuously when investigators drove by ███ █ Muessing Road, Indianapolis, Indiana.

313.    Through investigation, I have learned that there have been multiple incidents involving JOHNSON JR.'s dogs on the Muessing Road property. Investigators have learned that a neighbor was recently attacked by an adult pit bull when he approached the dog's kennel while doing yard work.  As he attempted to calm the dog, the neighbor was bitten on the hand; investigators were shown a photograph of the injured hand.  Additionally, investigators have been told that another neighbor's dog was attacked by one of JOHNSON JR.'s dogs earlier this year.  The neighbor's dog strayed into JOHNSON JR.'s yard and was attacked by an unrestrained pit bull belonging to JOHNSON JR.  I believe this incident did, in fact, happen, in part due to the following post JOHNSON JR. placed on the public side of his Facebook account, which was posted on June 29, 2023:



314.    I believe that JOHNSON JR. is a newer member of the Dogfighting Enterprise; he has been referred to on the Target Phones as RICHARDSON's 'partner.'  On August 13, 2023, at approximately 3:48 p.m., NORFOLK spoke to RICHARDSON on Target Phone 4; in the call, NORFOLK stated, "I'm a tryna put something on, man [schedule a dog fight]." RICHARDSON responded, "…I got something for it…member my lil buddy that I brung over to your house? Lil dude that rode with Willie that night…he got some shit over there. He be rollin in the shit, he got some, he got a bitch [female dog] outside." RICHARDSON went on to explain that his friend [who I believe to be Marvin JOHNSON JR.] wanted to fight a dog at NORFOLK's residence. RICHARDSON added that his friend resides in a good subdivision where there are farms near his residence. RICHARDSON added that his friend's residence in "out there on Brookville Road…past, uh, Mitthoeffer." RICHARDSON added that his friend has ten dogs at his house, and one of them got loose and bit a neighbor.

315.    In the August 13, 2023 call described above, RICHARDSON describes where his friend lives. RICHARDSON's description matches that of the location of ▮▮▮ ▮ Muessing Road, Indianapolis, Indiana (which is in a subdivision adjacent to farms off of Brookville Road, and which contains a number of kennels in the back). Additionally, in this August 13, 2023 call, RICHARDSON informed NORFOLK that one of his friend's dogs got loose and bit a neighbor. Through investigation, I have learned that JOHNSON JR. was involved in an incident where one of his dogs bit a neighbor's hand (after attacking the neighbor's dog).

316.    In the August 13, 2023 call described above, NORFOLK indicated that he was trying to set up a dogfight ("tryna put something on, man").  I believe this dogfight happened in the evening of August 19, 2023, at NORFOLK's residence.  At 2:42 p.m. on August 19, 2023, RICHARDSON and NORFOLK spoke over Target Phone 4; in this call, RICHARDSON asked, "…you gon' you gon' set up tonight [had NORFOLK finalized arrangements for the dog fight for that evening]?" NORFOLK

151

responded, "Mm-hm…What's the earliest you can do it?  …Bring the female. You [RICHARDSON] bring the female [dog] for you and one for Base. I'ma…Tell lil Mike [SANDERS], 'bring that boy.' I'll bring my boy out tonight." I believe in this call, NORFOLK was confirming the dog fight was going to occur that evening, and that he wanted RICHARDSON to bring "the female"—a reference back to the August 13, 2023 phone call, where RICHARDSON had told NORFOLK that he had "something for" the planned dogfight, indicating he had a "lil buddy" who had a "bitch" for this pending dogfight. When NORFOLK said to RICHARDSON, "Bring the female," I believe that NORFOLK was requesting that RICHARDSON have JOHNSON JR. bring JOHNSON JR.'s female dog, so that it could be fought the evening of August 19, 2023.

317.    On August 19, 2023, at approximately 3:02 p.m., NORFOLK and Gary Wright spoke over Target Phone 4; in the call, NORFOLK stated, "Yeah. I'm bulldogging [dogfighting]. I told you that already." Gary Wright responded, "You ain't tell me nothing…Oh, who ya'll gon' put on her [whose dog would be fighting NORFOLK's dog that evening]?" NORFOLK said, "Little Big, man."  Wright responded, "Who the fuck is Little Big." NORFOLK stated, "Little Big, the nigga Chuck [RICHARDSON] know [that is, the person that RICHARDSON knows—JOHNSON JR.—would be providing a dog to fight NORFOLK's dog]. Chuck' partner, little, short nigga."[30] Wright asked, "Oh. Oh, okay. When ya'll goin do that?" NORFOLK responded, "Shit, later on…I have been having it planned for a couple weeks." Wright asked, "where ya'll do it [where would the dogfight occur], at yo house [NORFOLKs house]? What, we goin set it [dog fighting pit] at the back?" NORFOLK went on to explain that he had purchased turkey tips for the dog fight from "Lil Big," who caters food.[31]

---

[30] I have learned through Indiana BMV that JOHNSON JR. is 5"1' tall.
[31] Through investigation, including a review of JOHNSON's Facebook page, I have learned that JOHNSON appears to have a secondary business as a caterer.

152

318.    In the above described August 19, 2023 call between NORFOLK and Wright, NORFOLK stated an individual who is called "Little Big" or "Lil Big" is RICHARDSON's partner. NORFOLK also went on to explain that "Little Big" was a caterer who was going to bring his dog to NORFOLK's house to fight. Accordingly, I believe this individual described by NORFOLK (the person who was to bring his female dog to NORFOLK's to fight NOFOLK's dog, who was a smaller individual, and who was a caterer) is, in fact JOHNSON JR.

319.    Furthermore, on August 19, 2023 [the day of the scheduled dog fight at NORFOLK's residence], investigators observed JOHNSON JR.'s truck arrive at NORFOLK's residence at approximately 10:34 p.m.; through surveillance efforts, I believe that RICHARDSON had already been at NORFOLK's residence earlier in the evening, prior to JOHNSON JR.'s arrival (and returned back to NORFOLK's residence after JOHNSON JR.'s arrival).[32]

320.    On August 19, 2023, at approximately 10:23 p.m., HENDERSON spoke on Target Phone 2 to Esmeralda McGee, in the call, HENDERSON stated, " I'm over here like—ready to watch these dog fights." Based on surveillance efforts at that time, I know that there were multiple individuals at NORFOLK's home, including HENDERSON. Through investigation, including based upon the intercepted calls described above, I believe that Marvin JOHNSON JR., who was also at NORFOLK's that evening, was not just attending a dog fight at NORFOLK's house on August 19, 2023, but was also exhibiting his own dog in one of those fights. As referenced above, JOHNSON JR. was set to fight one of NORFOLK's dogs.

---

[32] After RICHARDSON left the residence the first occasion, he was stopped by IMPD for a traffic violation. In the back of RICHARDSON's truck, officers observed a pit bull. When officers inquired about the do, RICHARDSON stated he took the dog to a friend's house (NORFOLK's) to breed the dog.

# VI.
# CONCLUSION

321.   Based upon my training and experience and the facts set forth herein, I respectfully submit that there is probable cause to believe:

a.      Between no later than November 2022 and August 25, 2023, the following individuals engaged in a Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, to include 400 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl, 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, and/or 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine: in violation of Title 21, United States Code, Sections 841 and 846: Ramiro RICO DE LEON, Gregory HENDERSON Jr. (hereinafter, HENDERSON), Octavio VICENCIO,  Erick FOSTER, George TAYLOR, JC SMITH, Dontoria GILBERT, David BENNETT, Gregory EASTER, Lauren EGGERT, and Quoshawn STEWART.

b.      Between no later than December 2020 and August 25, 2023, the following individuals engaged in a Conspiracy to Conspiracy to Engage in an Animal Fighting Venture, in violation of Title 7, United States Code, Section 2156 and Title 18, United States, Section 371: Gregory HENDERSON, Christopher NORFOLK, Maurice ERVIN, Michael SANDERS, James CROONS; Charles RICHARDSON III, Landon JONES, and Edward BRONAUGH, Donovan TIPLER, and  Marvin JOHNSON JR.

154

Accordingly, I request the Court issue a criminal complaint charging them with the offense(s) listed above, and issue warrants for their arrest.

/s/ Elyse L. Podwojski
Elyse L. Podwojski, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone.